**EXHIBIT 2**

# New York State DOMESTIC INCIDENT REPORT

**Agency:** SCPD  A
**Incident #:** 17-446447

**Reported Date (MM/DD/YYYY):** 07/30/2017   **Time (24 hours):** 1732
**Occurred Date (MM/DD/YYYY):** 07/30/2017   **Time (24 hours):** 1732
☐ Officer Initiated  ☒ Radio Run  ☐ Walk-in  ☐ ICAD (NYC)
**Complaint #:** 612

**Address:** [redacted] TERRYVILLE, NY
**City, State, Zip:** TERRYVILLE NY 11776

## Suspect (P2)

**Name (Last, First, M.I.):** CAMARCO [redacted]
**DOB:** [redacted]  **Age:** [redacted]
☐ Female ☐ Male ☐ Self-Identified

**Address:** [redacted]
**Suspect Phone Number:** [blank]
**Language:** ENGLISH

**City, State, Zip:** TERRYVILLE NY 11776
☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other
☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ Other Identifier:

**Do suspect and victim live together?** ☒ Yes ☐ No
**Suspect/P2 present?** ☒ Yes ☐ No
**Was suspect injured?** ☐ Yes ☒ No   If yes describe:
**Possible drug or alcohol use?** ☐ Yes ☒ No
**Suspect supervised?** ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown

**Suspect (P2) Relationship to Victim (P1):** ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☒ Child of Victim ☐ Relative: ☐ Other:
**Do the suspect and victim have a child in common?** ☐ Yes ☒ No

## Victim Interview

**Emotional condition of VICTIM?** ☒ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
HE WAS WALKING AROUND WITH A KNIFE, IT MADE ME NERVOUS

**Did suspect make victim fearful?** ☒ Yes ☐ No   If yes, describe: CONCERNED WITH HIS WELL BEING

**Weapon Used?** ☐ Yes ☒ No   **Gun:** ☐ Yes ☒ No   **Other, describe:**
**Access to Guns?** ☐ Yes ☒ No   If yes, describe:
**Suspect Threats?** ☐ Yes ☒ No   If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Injured?** ☐ Yes ☒ No   If yes, describe:
**In Pain?** ☐ Yes ☒ No   If yes, describe:
**Strangulation?** ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
**Visible Marks?** ☐ Yes ☒ No   If yes, describe:

## Suspect

**What did the SUSPECT say (Before and After Arrest):** IM FINE

**710.30 completed?** ☐ Yes ☒ No

## Incident Narrative

**Briefly describe the circumstances of this incident:** P1 STATES THAT P2 IS A DIAGNOSED [redacted] AND HASNT BEEN TAKING HIS MEDICATION. P1 STATES THAT P2 WAS WALKING AROUND WITH A KNIFE PRIOR TO ARRIVAL OF PD. P2'S ACTIONS MADE P1 CONCERNED FOR HIS WELL BEING. DUE TO THESE ACTIONS THE UNDERSIGNED POLICE OFFICER TRANSPORTED P2 TO CPEP FOR FURTHER EVALUATION. PISTOL LICENSE CHECKED WITH NEGATIVE RESULTS.

**DIR Repository checked?** ☒ Yes ☐ No
**Order of Protection Registry checked?** ☒ Yes ☐ No
**Order of Protection in effect?** ☐ Yes ☒ No ☐ Refrain ☐ Stay Away

## Evidence

**Evidence Present?** ☐ Yes ☒ No
**Photos taken:** ☐ Victim Injury ☐ Suspect Injury ☐ Other:
**Other Evidence:** ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other:
**Destruction of Property?** ☐ Yes ☒ No   If yes, Describe:

## Offense

**Offense Committed?** ☐ Yes ☒ No
**Was suspect arrested?** ☐ Yes ☒ No   If no, explain: NO OFFENSE
**Offense 1:** [blank]   **Law (e.g. PL):** [blank]
**Offense 2:** [blank]   **Law (e.g. PL):** [blank]

| Agency: SCPD | B | Case 2:22-cv-04629-GRB-JMW  Document 1-2  Filed 08/05/22  Page 3 of 3 PageID #: 25  17-446447 | 612 |

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

NO PRIOR DOMESTIC REPORTS.

---

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____.

| Has Suspect ever: | | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes ☒ No | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Strangled or "choked" you? | ☐ Yes ☒ No | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes ☒ No |
| Beaten you while you were pregnant? | ☐ Yes ☒ No | | |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No
If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

| Was DIR given to the Victim at the scene? ☐ Yes ☒ No if NO, Why: WAS GIVEN AFTER TRANSPORT TO CPEP | Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why: |

**Signatures:**
Reporting Officer (Print and Sign include Rank and ID#): CHRISTOPHER BRIAN PO6571/610/2
Supervisor (Print and Sign include Rank and ID#): PO6571/610/2

---

### STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ___/___/_____, (Date) at _____ (Location of incident) in the County/City/Town/Village _____ of the State of New York, the following did occur:

NO STATEMENT GIVEN PO6571/610/2

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature _____ Date 1/20/17
Witness or Officer Signature: CHRISTOPHER BRIAN PO6571/610/2 Date 7/30/17
Interpreter Signature and Interpreter Service Provider Name _____ Date
Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☒ No

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 of 2

VICTIM / COMPLAINANT COPY    NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906    3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS