UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff / Petitioner:<br>THOMAS LAMARCO and DIANE LAMARCO<br>Defendant / Respondent:<br>SUFFOLK COUNTY, New York, Commissioner RODNEY HARRISON, Individually and in his Professional Capacity, Captain WILLIAM SCRIMA, Individually, Sgt. WILLIAM WALSH, Individually, Police Officer "John" PLIHCIK, Individually, "JOHN" DOES 1-5 | **AFFIDAVIT OF SERVICE**<br><br>Civil Action No.: 22-cv-04629-GRB-JMW |

STATE OF NEW YORK )
)SS:
COUNTY OF SUFFOLK )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Wed, Aug 17 2022 AT 10:18 AM AT 502 WICKS ROAD, BRENTWOOD, NY 11717 deponent served the within SUMMONS IN A CIVIL ACTION and VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS 1 - 3 bearing Civil Action No.: 22-cv-04629-GRB-JMW upon SGT. WILLIAM WALSH defendant therein named.

☐ Individual: by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ Corporation: a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

☒ Suitable Person: by delivering thereat, a true copy of each to POLICE OFFICER MONAHAN a person of suitable age and discretion.

☐ Affixing to Door: by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ Mailing: Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at the above service address of 502 WICKS ROAD, BRENTWOOD, NY 11717, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on 8·19·22.

☒ Military Service: I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:
Age: 52   Skin Color: Caucasian   Gender: Male   Weight: 210
Height: 5'8"   Hair: Other   Eyes: _____   Relationship: Co-Worker/Authorized to Accept Service
Other   Hair=Gray/Brown

Sworn to before me on AUGUST 19th, 2022

_____
Thomas Steidel

_____
Christobel R. Zalak
Notary Public

CHRISTOBEL R. ZALAK
NOTARY PUBLIC, State of New York
No. 4672448
Qualified in Suffolk County
Term Expires May 31, 2026