UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE　　　　DATE:　10/18/2022
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME:　10:30 AM
　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEALED PROCEEDING

**CIVIL CAUSE FOR INITIAL CONFERENCE**
**CASE:  2:22-cv-04629-GRB-JMW-LaMarco et al. v. Suffolk County et al.**

APPEARANCES:

　　　For Plaintiffs:　　　Amy L. Bellantoni

　　　For Defendants:　　 Arlene S. Zwilling

Court Reporter/FTR:　　10:27-10:33 (Video)


**THE FOLLOWING RULINGS WERE MADE:**

☒　Initial Conference held.  Following discussion with counsel and review of the submitted worksheet, the Court adopted a Scheduling Order which is attached at DE [13]. The parties also submitted a draft confidentiality stipulation and order for the Court's consideration.

☒　A Status Conference has been scheduled for February 16, 2023, at 10:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.

☒　A Final Pretrial Conference has been scheduled for June 9, 2023, at 10:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.  If Judge Gary R. Brown requires one, a joint proposed pretrial order in compliance with Judge Brown's requirements and signed by counsel for each party must be received by the undersigned 5 business days prior to this conference.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

　　　　　　　　　　　　　　　　　　　　　SO ORDERED
　　　　　　　　　　　　　　　　　　　　　/s/ *James M. Wicks*
　　　　　　　　　　　　　　　　　　　　　JAMES M. WICKS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge