UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE　　　　　DATE:　02/16/2023
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME:　10:00 AM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE
### CASE:  2:22-cv-04629-GRB-JMW-LaMarco et al. v. Suffolk County et al.

APPEARANCES:

　　　For Plaintiff:　　　　Amy L. Bellantoni

　　　For Defendant:　　　Arlene S. Zwilling

Court Reporter/FTR:　　　10:05-10:16 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒　Status Conference held. The parties advised the Court of the status of this case.  Discovery is on track.  All dates and deadlines remain in place.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.


　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED
　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *James M. Wicks*
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES M. WICKS
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge