UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE:  06/09/2023
                                                       TIME:  10:00 AM
                                                       ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR STATUS CONFERENCE
### CASE:  2:22-cv-04629-GRB-JMW-LaMarco et al. v. Suffolk County et al.

APPEARANCES:

    For Plaintiff:    Amy L. Bellantoni

    For Defendant:    Arlene S. Zwilling

Court Reporter/FTR:    10:00-10:07 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒    Status Conference held.  The parties advised the Court of the status of discovery.  The parties to submit a joint status letter on or before June 16, 2023 advising the Court whether Plaintiffs have received Defendants' production and if paper discovery is complete.  The parties shall include a proposed revised schedule for the balance of the dates in the case.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

    SO ORDERED
    /s/ *James M. Wicks*
    JAMES M. WICKS
    United States Magistrate Judge