

June 16, 2023

**<u>VIA ECF</u>**

Hon. James M. Wicks
U.S. District Court, EDNY
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:    *LaMarco v. Suffolk County*
               22 Civ. 4629 (GRB) (JMW)

Your Honor,

    I represent the plaintiffs, Thomas and Diane LaMarco, in the above-referenced matter.

    Consistent with the June 9, 2023 Court conference, please find the parties' jointly proposed dates for the completion of discovery.

- Completion of fact depositions: October 23, 2023;
- Identification of experts: Neither party anticipates the use of experts;
- Close of all discovery: November 6, 2023;
- Final date for 1st Step in SJ to be Taken: November 20, 2023.

    Regarding the County's response to Plaintiffs' first demand for the production of documents, the County resent its May 24, 2023 production via email to me on June 14, 2023.

    Thank you for Your Honor's consideration.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Arlene Zwilling (via ECF)