

December 5, 2023

**VIA ECF**

Hon. James M. Wicks
U.S. District Court, EDNY
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:    *LaMarco v. Suffolk County*
              22 Civ. 4629 (GRB) (JMW)

Your Honor,

    I represent the plaintiffs, Thomas and Diane LaMarco, in the above-referenced matter. I write to request leave to identify a previously partially-unidentified named defendant.

    The caption and allegations contained in Plaintiffs' Complaint identifies one of the defendants as "Police Officer "John" PLIHCIK."

    The deposition of Suffolk County police officer Ciara Plihcik was taken by the undersigned on November 21, 2023 at which time it was learned that the defendant identified as Police Officer "John" PLIHCIK" should be identified as "Police Officer Ciara Plihcik."

    Since that date, I have requested consent from the defendants' counsel to amend the caption and allegations to reflect Officer Plihcik's actual identity, but have not yet received a response.

    Accordingly, I am requesting leave of the Court to amend the complaint to reflect the actual name of Officer Plihcik in the caption and body of the complaint. I have attached a copy of the red-lined version of the proposed amended complaint.

    Thank you for Your Honor's consideration.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Arlene Zwilling (via ECF)

2 Overhill Road, Suite 400　　info@bellantoni-law.com　　(914) 367-0090 (t)
Scarsdale, New York 10583　　www.bellantoni-law.com　　(888) 763-9761 (f)