

**COUNTY OF SUFFOLK**

**STEVE BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**                                                                 **DEPARTMENT OF LAW**
ACTING COUNTY ATTORNEY

December 6, 2023

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Lamarco v. County of Suffolk*
  CV 22-4629 (GRB) (JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants in this action pursuant to 42 U.S.C. § 1983. Defendants do not object to plaintiffs' request to amend the complaint to change the identification of "Police Officer John Plichik" to "Police Office Ciara Plichik".

We thank the Court for its continuing time and attention to this matter.

Respectfully submitted,

Dennis M. Brown
Acting Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling