

February 15, 2024

**VIA ECF**

Hon. James M. Wicks
U.S. District Court, EDNY
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

   Re: *LaMarco v. Suffolk County*
      22 Civ. 4629 (GRB) (JMW)

Your Honor,

  I represent the plaintiffs, Thomas and Diane LaMarco, in the above-referenced matter.

  I write to request a brief adjournment of the remote conference scheduled before Your Honor for February 23, 2024. Susan Flynn, counsel for the defendants in Ms. Zwilling's absence, has consented to this request. This is Plaintiffs' first such request. The reason for the request is that I will be away with family for a previously scheduled event.

  Alternative dates that are mutually available to counsel for a remote conference, should the Court grant this request, are March 5 and 11. Thank you for Your Honor's consideration.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni