

March 4, 2024

**VIA ECF**

Hon. Gary R. Brown
U.S. District Court, EDNY
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:    *LaMarco v. Suffolk County*
                22 Civ. 4629 (GRB) (JMW)

Your Honor,

      I represent the plaintiffs, Thomas and Diane LaMarco, in the above-referenced matter.

      In accordance with the Court's text order of February 28, 2024, the parties met and conferred regarding a proposed summary judgment schedule.

      Plaintiffs initially proposed a schedule wherein they would serve their motion for summary judgment on April 8, however, Ms. Zwilling advised that her last day in the County Attorney's Office will be March 15. In that connection, Ms. Zwilling requested that an additional 30 days be built into the schedule.

      In that connection, the parties propose the following schedule: Plaintiffs will serve their motion on May 6, Defendants' opposition will be served on June 3, and Plaintiffs' reply and the filing of all submissions (bundling) will be on June 17.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

2 Overhill Road, Suite 400
Scarsdale, New York 10583

*info@bellantoni-law.com*
www.bellantoni-law.com

(914) 367-0090 (t)
(888) 763-9761 (f)