**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE
SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**     **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

May 20, 2024

Hon. Gary R. Brown, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Lamarco v. County of Suffolk*
    CV 22-4629 (GRB) (JMW)

Dear Judge Brown:

The Suffolk County Attorney's Office represents defendants in this action pursuant to 42 U.S.C. § 1983. With the consent of Amy Bellantoni. Esq., counsel for plaintiffs, defendants respectfully request a two-week extension of the briefing schedule for plaintiff's motion for summary judgment. The requested extension would require us to serve our opposition on June 17, 2024 and plaintiffs to serve their reply on July 1, 2024. The extension is requested because I will be undergoing some medical procedures over the next few weeks.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling

LOCATION     MAILING ADDRESS
H. LEE DENNISON BLDG.     P.O. BOX 6100     (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY ♦ HAUPPAUGE, NY 11788-0099 ♦ TELECOPIER (631) 853-5169