UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THOMAS LAMARCO and DIANE LAMARCO,

                      Plaintiff,                          22 Civ. 4629 (GRB) (JMW)

   -against-                                **NOTICE OF MOTION**
                                                        **FOR SUMMARY JUDGMENT**

SUFFOLK COUNTY, New York, Commissioner
RODNEY HARRISON, Individually and in his
Professional capacity, Captain WILLIAM SCRIMA,
Individually, Sgt. WILLIAM WALSH, Individually,
Police Officer CIARA PLIHCIK, Individually,

                      Defendants.
-------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that, upon the Declaration of Amy L. Bellantoni with attached exhibits, Local Rule 56.1 Statement of Undisputed Material Facts, and Memorandum of Law, Plaintiffs Thomas an Diane LaMarco by and through their attorneys, The Bellantoni Law Firm, PLLC, in accordance with the schedule set by this Court, will move this Court at the United States District Court, Eastern District of New York located at 100 Federal Plaza, Central Islip, New York for an Order granting Plaintiffs' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and such further relief as this Court deems just and proper;

Dated: Scarsdale, New York
         May 6, 2024

                                                                THE BELLANTONI LAW FIRM, PLLC
                                                                 *Attorneys for Plaintiffs*

                                  By:           /s/
                                                Amy L. Bellantoni (AB3061)
                                                2 Overhill Road, Suite 400
                                                Scarsdale, New York 10583
                                                abell@bellantoni-law.com