UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THOMAS LAMARCO and DIANE LAMARCO,

                Plaintiff,                      22 Civ. 4629 (GRB) (JMW)

    -against-                                 **DECLARATION OF**
                                                              **AMY L. BELLANTONI**

SUFFOLK COUNTY, New York, Commissioner
RODNEY HARRISON, Individually and in his
Professional capacity, Captain WILLIAM SCRIMA,
Individually, Sgt. WILLIAM WALSH, Individually,
Police Officer CIARA PLIHCIK, Individually,

                Defendants.
------------------------------------------------------------x

       AMY L. BELLANTONI, an attorney duly admitted to practice in the United States District Courts for the Eastern District of New York, declares pursuant to 28 U.S.C. §1746 that:

       1.      I am counsel for the plaintiffs, Thomas and Diane LaMarco, in the above-captioned matter.

       2.      I submit this Declaration and annexed exhibits in support of the plaintiffs' motion for summary judgment.

       3.      Attached hereto as Exhibit 1 is a true and accurate copy of the Verified Complaint filed in this matter.

       4.      Attached hereto as Exhibit 2 are true and accurate copies of the Notices of Suspension for Diane LaMarco and Thomas LaMarco.

       5.      Attached hereto as Exhibit 3 is a true and accurate copy of the written statement submitted to the Suffolk County Pistol License Bureau related to the pistol license suspensions of Diane LaMarco and Thomas LaMarco.

6. Attached hereto as Exhibit 4 is a true and accurate copy of the medical release and authorization for the mental health records of the LaMarco's adult son, Matthew LaMarco, as required by Defendants.

7. Attached hereto as Exhibit 5 is a true and accurate copy of the PowerPoint presentation created by Defendant William Walsh for the Suffolk County Police Academy.

8. Attached hereto as Exhibit 6 is a true and accurate copy of the Suffolk County Pistol Licensing Bureau Handbook in effect at the time of the suspension of the pistol licenses of Diane LaMarco and Thonmas LaMarco.

9. Attached hereto as Exhibit 7 is a true and accurate copy of portions of the deposition transcript of Thomas LaMarco taken in this action.

10. Attached hereto as Exhibit 8 is a true and accurate copy of portions of the deposition transcript of Diane LaMarco taken in this action.

11. Attached hereto as Exhibit 9 is a true and accurate copy of portions of the deposition transcript of William Walsh taken in this action.

12. Attached hereto as Exhibit 10 is a true and accurate copy of portions of the deposition transcript of Ciara Plihcek taken in this action.

Dated: May 6, 2024
      Scarsdale, New York

THE BELLANTONI LAW FIRM, PLLC
*Attorneys for Plaintiff*

_____/s_____
Amy L. Bellantoni (AB3061)
2 Overhill Road, Suite 400
Scarsdale, New York 10583
abell@bellantoni-law.com