# EXHIBIT 3



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.   C.C.#_____
**STATEMENT FORM**       Date 6/3/21  Time 9:39AM
PDCS-1165b         Page 1 of 2

I, **Thomas L LAMARCO** of **16 TAYLOR ST PT JEFFERSON STATION, NY 11776**   Lic #**C-050572**  (being duly sworn)
deposes and says:
                             name
(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am **59** years old.

(age)
I was born on **06/21/1961**. I am giving this statement to _Officer PLIHCIK_____.
              d.o.b.                              (name of officer)
I am giving this statement freely, having received no threats or promises to do so.

SEE STATEMENT ATTACHED.

_____

False statements made herein are punishable as a class       Signature of person giving statement
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law
_____
Signature of person giving statement   Date 6/3/21

                                   Sworn to before me
                                   Date 6/3/21
                                   Notary Public
Witnessing Officer                 THOMAS P. LA MARCO
53-0176: 01/00cb                   Notary Public, State of New York
                                   No. 52-7407750
                                   Qualified in Suffolk County
                                   Commission Expires May 31, 20 YV

# Thomas and Diane LaMarco

16 Taylor Street
Port Jefferson Station, New York 11776
631-474-4684

May 27, 2021

To whom it may concern,

    We live with our son Matthew who is diagnosed with schizophrenia. He has been hospitalized a few times over the passed six years. Matthew has not needed to be hospitalized during the last two years as the medications prescribed seem to be appropriate. He is compliant with taking his medication and has voiced the desire to never return to his previous state.

    Prior to his illness and during it, we always kept our firearms in a closet that has a combination lock that locks automatically when closed, in a safe within that closet, and with a trigger lock at all times. We had called the police for assistance getting him to the hospital because he would not get in our car. While the police were here, an office asked if we had any firearms in the house, to which we replied we did and showed him where they were kept. He agreed that they were safely secured and not within our son's reach.

    It is our desire to have our pistol licenses reinstated and our firearms returned as we believe they are safe within our home. We believe that our son is not a danger to himself or others. He has not expressed such thoughts and has never acted on such thoughts.

    We have spoken with our son's therapist, Melissa Sossich LMHC, who has been seeing him for approximately two years and she expressed that he is doing well. She stated that it is Catholic Charities practice to not write a letter in support of firearms in the home as it opens them to liability, but she is willing to speak to whomever needs information regarding his current state. She can be reached at 631-654-1919.

Cordially,

*[signatures]*