# EXHIBIT   8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------x
THOMAS LAMARCO and DIANE LAMARCO,

          Plaintiffs,

                                Index No.

   - against -                 22 Civ. 4629

SUFFOLK COUNTY, New York, Commissioner RODNEY
HARRISON, Individually and in his Professional
capacity, Captain WILLIAM SCRIMA,
Individually, Sgt. WILLIAM WALSH,
Individually, Police Officer "John" PLIHCIK,
Individually, and "JOHN DOES 1-5",
Individually,

          Defendants.

--------------------------------------------x

          100 Veterans Memorial Highway
          Hauppauge, New York

          August 30, 2023
          10:07 a.m.

     EXAMINATION BEFORE TRIAL of
DIANE LAMARCO, Plaintiff, taken by Defendant,
pursuant to Federal Rules of Civil Procedure,
and Order, held at the above-noted time and
place, before Kristen Stein, a Stenotype
Reporter and Notary Public within and for the
State of New York.

(1)

(2)    **A P P E A R A N C E S:**

(3)

(4)    THE BELLANTONI LAW FIRM
              Attorneys for Plaintiffs
(5)           Two Overhill Road, Suite 400
              Scarsdale, New York 10583

(6)

       BY: AMY L. BELLANTONI, ESQ.

(7)

(8)

       SUFFOLK COUNTY ATTORNEYS OFFICE
(9)           Attorneys for Defendants
              100 Veterans Memorial Highway
(10)          Hauppauge, New York 11788

(11)   BY: ARLENE ZWILLING, ESQ.

(12)

(13)

       A L S O   P R E S E N T:

(14)

              THOMAS LAMARCO, HUSBAND

(15)

(16)

(17)

(18)

(19)

(20)

(21)

(22)

(23)

(24)

(25)

(1)

(2)          F E D E R A L    S T I P U L A T I O N S

(3)

(4)           IT IS HEREBY STIPULATED AND

(5)    AGREED by and between (among) counsel  for the

(6)    respective parties herein, that filing and

(7)    sealing being the same are hereby waived.

(8)

(9)           IT IS FURTHER STIPULATED AND AGREED

(10)    that all objections, except as  to the form of

(11)    the question, shall be reserved to the time of

(12)    the trial.

(13)

(14)           IT IS FURTHER STIPULATED AND AGREED

(15)    that the within deposition may be sworn to and

(16)    signed before any officer authorized to

(17)    administer an oath, with the same force and

(18)    effect as if  signed and sworn to before the

(19)    Court.

(20)

(21)                    ooOoo

(22)

(23)

(24)

(25)

(1)

(2)     D I A N E   L A M A R C O,

(3)             Plaintiff, having first been duly

(4)     sworn by the Notary Public, in and of the

(5)     State of New York, was examined and testified

(6)     as follows:

(7)             **THE COURT REPORTER:  Please state**

(8)         **your name for the record.**

(9)             **THE WITNESS:  Diane LaMarco.**

(10)            **THE COURT REPORTER:  Where do you**

(11)        **reside?**

(12)            **THE WITNESS:  16 Taylor Street,**

(13)        **Port Jefferson Station, New York 11776.**

(14)    **EXAMINATION BY**

(15)    **MS. ZWILLING:**

(16)        Q.     Good morning, Ms. LaMarco.  I am

(17)    Assistant County Attorney Arlene Zwilling, I'm

(18)    going to be conducting your deposition today

(19)    in a case which you have filed against Suffolk

(20)    County and some Suffolk County employees.

(21)    What that means is, I'm going to be asking you

(22)    questions about the details of your case,

(23)    which you will be expected to answer.  If I

(24)    ask you a question and you don't understand

(25)    the question, you need to let me know that so

```
(1)                  D. LAMARCO

(2)      overbroad.

(3)             MS. ZWILLING:  Past two years.

(4)             MS. BELLANTONI:  It's not

(5)      overbroad with respect to time, it's

(6)      overbroad with respect to you're not

(7)      limiting it to the issues in this case,

(8)      you're just generally asking her if

(9)      she's taken any steps to receive any

(10)     mental health treatment.

(11)            MS. ZWILLING:  That's correct,

(12)     that is exactly what I'm asking her.

(13)            MS. BELLANTONI:  Well, the only

(14)     relevance is her damages with respect to

(15)     the County's conduct, not anything else.

(16)            MS. ZWILLING:  Mark that for a

(17)     ruling.

(18)     Q.     At the present time, do you have

(19) any plans to seek mental health care?

(20)     A.     No.

(21)     Q.     When and where were you born?

(22)     A.     I was born March 11, 1961.  I was

(23) born in Manhattan Infirmary.

(24)     Q.     How long have you lived at your

(25) present address for?
```

```
(1)                    D. LAMARCO

(2)        A.        Thirty-four years, almost

(3)   thirty-five.

(4)        Q.        Now, you mentioned that you were

(5)   born in Manhattan, did you live in New York

(6)   City for a period of time?

(7)        A.        While my parents were building

(8)   their house, yes, I lived in Queens.

(9)        Q.        When did you last live in New

(10)  York City?

(11)       A.        When I was two.

(12)       Q.        Have you lived on Long Island

(13)  continuously since then?

(14)       A.        Yes.

(15)       Q.        Have you lived in Suffolk County

(16)  continuously since then?

(17)       A.        Yes.

(18)       Q.        Your present marital status is

(19)  married?

(20)       A.        Correct.

(21)       Q.        Have you been previously married?

(22)       A.        No.

(23)       Q.        How long are you married for?

(24)       A.        Thirty-four years.

(25)       Q.        Do you have any children?
```

```
(1)                    D. LAMARCO
(2)          A.        Yes.
(3)          Q.        Your children's names and ages?
(4)          A.        I have Thomas, he's thirty-two.
(5)   Matthew is thirty.   And Katherine is
(6)   twenty-seven.
(7)          Q.        Do any of them live with you at
(8)   this time?
(9)          A.        Thomas and Matthew do.
(10)         Q.        Does Katherine live on Long
(11)  Island at this time?
(12)         A.        Yes.
(13)         Q.        Is Thomas employed?
(14)         A.        Yes.
(15)         Q.        Where is he employed?
(16)                   THE WITNESS:  Is it Heatherwood?
(17)         Q.        You can't ask anyone, so if you
(18)  don't know, you can tell me you don't know.
(19)         A.        I believe it's Heatherwood.
(20)         Q.        What is Heatherwood?
(21)         A.        A condo and apartment complex.
(22)         Q.        Do you know what sort of work he
(23)  does there?
(24)         A.        Maintenance.
(25)         Q.        Is Matthew employed?
```

```
(1)                        D. LAMARCO
(2)          A.      No.
(3)          Q.      Has he been employed in the last
(4)  three years?
(5)          A.      No.
(6)          Q.      Are you employed?
(7)          A.      Yes.
(8)          Q.      Where are you employed?
(9)          A.      The Opportunity Pre-School.
(10)         Q.      How long have you worked there
(11) for?
(12)         A.      Thirty-two years.
(13)         Q.      What is your position there?
(14)         A.      I'm a speech pathologist.
(15)         Q.      Is it a full-time position?
(16)         A.      No.
(17)         Q.      Part-time?
(18)         A.      Uh-huh.
(19)         Q.      Has it always been part-time?
(20)         A.      No.
(21)         Q.      How long have you been working
(22) part-time for?
(23)         A.      I'm not sure exactly.  Probably
(24) about eight years, maybe.
(25)         Q.      Do you have some sort of
```

(1)                          D. LAMARCO

(2)    certification from the State for your work as

(3)    a speech pathologist?

(4)          **A.      Yes.**

(5)          Q.      From New York State?

(6)          **A.      Yes.**

(7)          Q.      Do you have any additional

(8)    employment?

(9)          **A.      No.**

(10)         Q.      Have you had any additional

(11)   employment since you started working at The

(12)   Opportunity Pre-School part-time?

(13)         **A.      No.**

(14)         Q.      Do you belong to any clubs or

(15)   organizations?

(16)         **A.      I belong to the American Speech**

(17)   **Language and Hearing Association.**

(18)         Q.      Anything else?

(19)         **A.      No.**

(20)         Q.      Where is The Opportunity

(21)   Pre-School located?

(22)         **A.      Hauppauge.**

(23)         Q.      Where in Hauppauge?

(24)         **A.      On Hoffman Lane.**

(25)         Q.      What did you do to prepare for

```
(1)                      D. LAMARCO
(2)   giving a deposition today?
(3)          A.       Nothing.
(4)          Q.       Did you review any documents?
(5)          A.       No.
(6)          Q.       Did you speak with anyone in
(7)   preparation?
(8)          A.       We spoke with Amy yesterday.
(9)          Q.       For how long?
(10)         A.       About an hour.
(11)         Q.       Was that by phone, in person, by
(12)  video conference?
(13)         A.       By phone.
(14)         Q.       When you say that "we" spoke with
(15)  your attorney, are you referring to you and
(16)  your husband?
(17)         A.       Yes.
(18)         Q.       Was anyone else on that line?
(19)         A.       No.
(20)         Q.       For what reason did you bring
(21)  this case?
(22)         A.       My pistol license was revoked.
(23)         Q.       And you felt it necessary to
(24)  litigate regarding that?
(25)         A.       Definitely.
```

(1)                          D. LAMARCO

(2)          Q.        Okay, well you say definitely;

(3)    what made you feel this was that important to

(4)    you?

(5)                    MS. BELLANTONI:   Objection, you

(6)          can answer.

(7)          A.        It's my right to own a gun, and I

(8)    did nothing to have it taken away.

(9)          Q.        And when you say it's your right

(10)   to own a gun, what do you base that statement

(11)   on?

(12)         A.        The Second Amendment.

(13)         Q.        What is your understanding of the

(14)   Second Amendment?

(15)         A.        That I have the right to own a

(16)   gun.

(17)         Q.        In your understanding of the

(18)   Second Amendment, do you have the right to

(19)   carry a gun?

(20)                   MS. BELLANTONI:   Objection, you

(21)         can answer.

(22)         A.        Yes.

(23)         Q.        In your understanding of the

(24)   Second Amendment, do you have a right to use a

(25)   gun?

(1)                    D. LAMARCO

(2)    pistol license?

(3)         A.       I believe it was 2006.

(4)         Q.       And, prior to applying for a

(5)    pistol license, did you speak with anyone

(6)    about whether you should submit that

(7)    application?

(8)         A.       I probably talked to my husband

(9)    about it.

(10)        Q.       Do you recall having any

(11)   particular conversation with your husband

(12)   about applying for a pistol license?

(13)        A.       Not specifics.

(14)        Q.       Can you tell me generally?

(15)        A.       I probably told him that I

(16)   want --

(17)             MS. BELLANTONI:  Objection, are

(18)        you asking her the substance of their

(19)        marital conversation, or are you asking

(20)        if she spoke with him before she

(21)        submitted her application?

(22)             MS. ZWILLING:  I'm asking about

(23)        both.

(24)             MS. BELLANTONI:  Well, I object

(25)        because any communications they had are

```
(1)                    D. LAMARCO
(2)       Q.       When did you first give some
(3)  thought to applying for a pistol license?
(4)       A.       I don't know that either.
(5)       Q.       Do you know what led to your
(6)  initial consideration of applying for a pistol
(7)  license?
(8)       A.       Nothing in particular.
(9)       Q.       Now, did your husband have a
(10) pistol license at the time you applied?
(11)      A.       Yes.
(12)      Q.       Do you know how long he had a
(13) pistol license for at that time?
(14)      A.       Probably about ten years.
(15)      Q.       Now, had you ever had a,
(16) withdrawn.
(17)               Where is the first place you
(18) submitted an application for a pistol license
(19) for?
(20)      A.       Yaphank.
(21)      Q.       Have you ever applied for a
(22) pistol license outside of Suffolk County?
(23)      A.       No.
(24)      Q.       When were you first issued a
(25) pistol license?
```

```
(1)                    D. LAMARCO
(2)        A.      I don't know the exact date.
(3)        Q.      What is the approximate date?
(4)        A.      I believe it was 2006.
(5)        Q.      Did you acquire any weapons at
(6)    that time?
(7)        A.      I don't know the time span was
(8)    between when I got my license and when I got
(9)    my pistol.
(10)       Q.      Can you tell me approximately
(11)   when you first acquired a firearm after
(12)   obtaining your license?
(13)       A.      I don't know the date.
(14)       Q.      Did you have any long guns before
(15)   obtaining your license?
(16)       A.      No.
(17)       Q.      Do you have any long guns at this
(18)   time?
(19)       A.      Me, personally?
(20)       Q.      Yes.
(21)       A.      No.
(22)       Q.      Are there any long guns kept in
(23)   your home at this time?
(24)       A.      Yes.
(25)       Q.      What would they be?
```

(1)                          D. LAMARCO

(2)          A.      I think we have a shotgun.

(3)          Q.      Do you know what type of shotgun

(4)   that is?

(5)          A.      No.

(6)          Q.      Any other long weapons kept in

(7)   your home at this time?

(8)          A.      I don't know.

(9)          Q.      How long has that shotgun been

(10)  maintained in your home for?

(11)         A.      I'm not sure how long we've had

(12)  it.

(13)         Q.      Approximately how long?

(14)         A.      I can't even give you a guess.

(15)         Q.      More than ten years?

(16)         A.      Maybe.

(17)         Q.      Do you own any long guns at this

(18)  time that are not maintained in your home?

(19)         A.      No.

(20)         Q.      Do you know if your husband owns

(21)  any long guns at this time that are not

(22)  maintained in your home?

(23)         A.      I don't think so.

(24)         Q.      Now, did you hold a pistol

(25)  license continuously after obtaining it?

(1)                     D. LAMARCO

(2)          A.       Yes.

(3)          Q.       Was it ever suspended at any

(4)  point?

(5)          A.       No.

(6)          Q.       Was it ever revoked at any time?

(7)          A.       No.

(8)          Q.       What is the status of your

(9)  license at this time?

(10)         A.       Suspended.

(11)         Q.       So, it was suspended?

(12)         A.       For this, yes.

(13)         Q.       When was it suspended?

(14)         A.       About two years ago.

(15)         Q.       To the best of your knowledge,

(16)  why was it suspended?

(17)         A.       Because I have a child with

(18)  mental health issues.

(19)         Q.       Who would that child be?

(20)         A.       Matthew.

(21)         Q.       What are his mental health

(22)  issues?

(23)         A.       He's diagnosed with

(24)  schizophrenia.

(25)         Q.       When was he diagnosed with

(1)                      D. LAMARCO

(2)    schizophrenia?

(3)         A.      2016.

(4)         Q.      Who diagnosed him with

(5)    schizophrenia?

(6)         A.      A doctor at, I believe, it was

(7)    Eastern Long Island Hospital.

(8)         Q.      Was he an inpatient there at the

(9)    time?

(10)        A.      Yes.

(11)        Q.      Had you taken him to the

(12)   hospital?

(13)        A.      We had.

(14)        Q.      Did you personally take him to

(15)   Eastern Long Island Hospital at that time?

(16)        A.      No.

(17)        Q.      Do you know how he got there?

(18)        A.      By ambulance.

(19)        Q.      What ambulance company?

(20)        A.      I don't know, whatever the

(21)   hospital used.

(22)        Q.      Had you called the ambulance?

(23)        A.      Not for that transport.

(24)        Q.      Do you know who called the

(25)   ambulance?

(1)                      D. LAMARCO

(2)          **A.      I believe it was Mather Hospital.**

(3)          Q.      Was he in Mather Hospital just

(4)   prior to being taken to Eastern Long Island

(5)   Hospital?

(6)          **A.      Yes.**

(7)          Q.      Had you taken him to Mather?

(8)          **A.      Yes.**

(9)          Q.      For what reason did you take him

(10)  to Mather?

(11)         **A.      He seemed off.**

(12)         Q.      What did you mean by "he seemed

(13)  off"?

(14)         **A.      He seemed to be responding to**

(15)  **things that weren't there.**

(16)         Q.      Such as?

(17)         **A.      He would smile like somebody told**

(18)  **him a joke, or he -- I don't know, it looked**

(19)  **like he was seeing things.**

(20)         Q.      When did you first notice that he

(21)  was experiencing those symptoms?

(22)         **A.      About a week prior to his**

(23)  **hospitalization.**

(24)         Q.      Had he ever displayed such

(25)  symptoms at a previous time in his life?

(1)                    D. LAMARCO

(2)        **A.      No.**

(3)        Q.      Had he ever been treated for his

(4)   mental health up to that point?

(5)        **A.      No.**

(6)        Q.      How had he gotten to Mather

(7)   Hospital at that time?

(8)        **A.      I don't remember if we drove him**

(9)   **or if we called an ambulance.**

(10)       Q.      Did he go from your house?

(11)       **A.      Yes.**

(12)       Q.      Do you know what ambulance

(13)  company covers the area of your home?

(14)       **A.      I don't know, I guess whatever --**

(15)  **whatever responds when you call 911.**

(16)       Q.      How long was he seen at Mather

(17)  Hospital for?

(18)       **A.      I think it was about**

(19)  **forty-eight hours.**

(20)       Q.      Was he admitted there or simply

(21)  seen in the emergency room?

(22)       **A.      He was observed there, so I don't**

(23)  **know if that's considered admitted or**

(24)  **emergency, I don't know.**

(25)       Q.      Were you in the hospital at any

```
(1)                    D. LAMARCO
(2)     ambulance, have you ever called 911 regarding
(3)     your son, Matthew?
(4)            A.      No.
(5)            Q.      Have you ever called 911
(6)     regarding your other children?
(7)            A.      No.
(8)            Q.      Have you ever called 911
(9)     regarding your husband?
(10)           A.      No.
(11)           Q.      Any other family members?
(12)           A.      No.
(13)           Q.      Now, when your son, Matthew, was
(14)    taken to Mather and then Eastern Long Island
(15)    Hospital, had any police responded to your
(16)    home at that time?
(17)           A.      I think each time we called for
(18)    an ambulance, the police showed up with them.
(19)           Q.      Did the police ever come into
(20)    your home any time they showed up?
(21)           A.      Yes.
(22)           Q.      On which occasions?
(23)           A.      On each occasion that we called
(24)    an ambulance.
(25)           Q.      Do you know how many times
```

(1)                    D. LAMARCO

(2)      altogether you've called an ambulance for your

(3)      son, Matthew?

(4)           **A.      I think it was three.**

(5)           Q.      And that was the first, second

(6)      and fourth time or --

(7)           **A.      First, second and third.**

(8)           Q.      Do you know who the officers were

(9)      that responded the first time the police came?

(10)          **A.      I have no idea what their names**

(11)     **are, I couldn't even tell you what they looked**

(12)     **like.**

(13)          Q.      Did you speak with them when they

(14)     were there?

(15)          **A.      I did.**

(16)          Q.      Do you recall what you spoke with

(17)     them about?

(18)          **A.      They asked me why we had called,**

(19)     **what he was like.  They did ask if we had any**

(20)     **weapons in the home.  I don't know if they all**

(21)     **did, but I know at least two did.**

(22)          Q.      Did they personally ask you if

(23)     you had weapons in the home?

(24)          **A.      Yes, yes.**

(25)          Q.      What was your answer?

```
(1)                      D. LAMARCO

(2)          A.        Yes.

(3)          Q.        Did the police ask you if you had

(4)   weapons in the home on each occasion when they

(5)   came to your house?

(6)          A.        I think so, but I'm not positive

(7)   about that.

(8)          Q.        Did you always tell them that you

(9)   did have weapons in the home?

(10)         A.        Of course.

(11)         Q.        Did they ask you what type of

(12)  weapons?

(13)         A.        I don't remember.

(14)         Q.        Did they ask you to see the

(15)  weapons?

(16)         A.        One did -- no, one asked me how

(17)  it was secured, that's it.

(18)         Q.        So none of the police asked you

(19)  to see the weapons; is that correct?

(20)         A.        No.

(21)         Q.        Do you know who it was that asked

(22)  you how the weapons were secured?

(23)         A.        I don't know his name.

(24)         Q.        Do you know which of the times

(25)  that you the police in your home you were
```

(1)                         D. LAMARCO

(2)     asked about how the weapons were secured?

(3)             A.      **I really don't remember.**

(4)             Q.      Did he ask you, personally, how

(5)     the weapons were secured?

(6)             A.      **Yes.**

(7)             Q.      What response did you give the

(8)     officer?

(9)             A.      **I showed him.**

(10)            Q.      What exactly did you show him?

(11)            A.      **I showed him the combination lock**

(12)    **on the closet, I opened that up, I showed him**

(13)    **the safe that was in there, I opened that up,**

(14)    **I showed him that there was a trigger lock on**

(15)    **the gun and I showed him the safe that we keep**

(16)    **the trigger lock key in.**

(17)            Q.      Where is the closet that the safe

(18)    is in?

(19)            A.      **My bedroom.**

(20)            Q.      Is this a fixed safe or removable

(21)    safe?

(22)            A.      **It's moveable, if you have about**

(23)    **four people.**

(24)            Q.      Is it connected to a wall or the

(25)    floor?

```
(1)                    D. LAMARCO

(2)        A.      No.

(3)        Q.      Just very heavy?

(4)        A.      Yes.

(5)        Q.      Did the officer ask you to open

(6)   the safe?

(7)        A.      I don't remember if he asked me,

(8)   I may have just shown him.

(9)        Q.      When the officers asked you if

(10)  you had weapons in the home, and you told them

(11)  you did, did they give you instructions to do

(12)  anything?

(13)       A.      No.

(14)       Q.      Did anyone from the police

(15)  department come to your home at any time to

(16)  take weapons?

(17)       A.      No.

(18)       Q.      Now, the first time your son was

(19)  seen at Mather and then Eastern Long Island,

(20)  did you contact the police department to let

(21)  them know about that treatment?

(22)       A.      The police had come to the -- the

(23)  police had come to the house and I told them.

(24)       Q.      Did you make a separate contact

(25)  to the police department to notify them that
```

D. LAMARCO

(1)

(2)      A.      I don't know.

(3)      Q.      Has your son been seen at the

(4)  hospital for his mental health since 2021?

(5)      A.      No.

(6)      Q.      Other than responding to your

(7)  calls for ambulances for your son, Matthew,

(8)  have the Suffolk County Police ever come to

(9)  your home?

(10)      A.      I think they showed up when my

(11)  CO2 detector went off with the fire

(12)  department.

(13)      Q.      Anything else?

(14)      A.      Not that I remember, no.

(15)      Q.      Have you ever called the Suffolk

(16)  County Police Department for assistance with

(17)  anything other than your son's mental health?

(18)      A.      Years ago, I did to report a

(19)  drunk driver.  Not to the house, but while I

(20)  was on the road.

(21)      Q.      When was the last time you called

(22)  911 for any type of assistance?

(23)      A.      I think maybe it was 2019, that

(24)  hospitalization, I think that was the last

(25)  time we called.

(1)                        D. LAMARCO

(2)    carry the weapon with you?

(3)          A.     No.

(4)          Q.     Did you ever use the weapon in

(5)    the three years prior to its being suspended?

(6)                 MS. BELLANTONI:  Objection to the

(7)          form.  In what way?  Use in what way?

(8)                 MS. ZWILLING:  Go to the range.

(9)                 MS. BELLANTONI:  I just wanted to

(10)         clarify.  Go ahead.

(11)         A.     I went to the range.

(12)         Q.     Was there any particular range or

(13)   ranges you would go to?

(14)         A.     I don't remember the name of the

(15)   range.

(16)         Q.     Where was it?

(17)         A.     I'm sorry, what?

(18)         Q.     Where was it?

(19)         A.     I think it's on Route 112.

(20)         Q.     Were there any other ranges that

(21)   you went to?

(22)         A.     No.

(23)         Q.     Do you know where about on

(24)   Route 112 the range was?

(25)         A.     I'm not sure, I'm not sure.  I

```
(1)                    D. LAMARCO
(2)   want to say Medford, but I'm not sure.
(3)        Q.      How frequently did you go to the
(4)   range?
(5)        A.      Once or twice.
(6)        Q.      Once or twice ever or once --
(7)        A.      (No verbal response.)
(8)        Q.      Now, when you went to the range,
(9)   did you use any other weapons while you were
(10)  there?
(11)       A.      No.
(12)       Q.      Did you go with anyone?
(13)       A.      I went with my husband.
(14)       Q.      Anyone else?
(15)       A.      No.
(16)       Q.      To the best of your knowledge,
(17)  had your son, Matthew, ever threatened to harm
(18)  himself?
(19)       A.      No, he never did.
(20)       Q.      Did he ever threaten to harm
(21)  anyone else?
(22)       A.      No, that was never a concern.
(23)       Q.      Now, you mentioned that your gun
(24)  safe has a combination lock on it; is that
(25)  correct?
```

```
(1)                    D. LAMARCO
(2)         A.      I don't think so, no.
(3)         Q.      Did you ever receive subsequent
(4)   hardcopies of amended handbooks?
(5)         A.      I don't think so.
(6)         Q.      When was the last time you looked
(7)   at a pistol licensing handbook?
(8)         A.      Probably around the time that I
(9)   got my license.
(10)        Q.      When was the last time you
(11)  observed your gun safe being open for any
(12)  reason?
(13)        A.      It's a safe that we keep other
(14)  documents in as well, so it's opened
(15)  frequently.
(16)        Q.      You open it frequently?
(17)        A.      Yeah.
(18)        Q.      And what about your husband?
(19)        A.      I don't know how often he opens
(20)  it.
(21)        Q.      To the best of your knowledge,
(22)  does anyone else have the combination?
(23)        A.      Nobody does.
(24)        Q.      Do you know how many weapons are
(25)  regularly kept in the safe?
```

(1)                    D. LAMARCO

(2)        A.      Two.

(3)        Q.      One is yours, correct?

(4)        A.      Yes.

(5)        Q.      What is the other one?

(6)        A.      My husband's.

(7)        Q.      What type of weapon is that?

(8)        A.      I don't know what he has.

(9)                THE WITNESS:  I'm sorry, Hun, I

(10)       don't remember what kind of gun you

(11)       have.

(12)       Q.      It is a handgun of some sort?

(13)       A.      Yes.

(14)       Q.      That is one handgun?

(15)       A.      I think so, yeah.

(16)       Q.      Does he have any other weapons

(17)    that are maintained in your home other than

(18)    the handgun and the rifle that you told us

(19)    about earlier?

(20)       A.      I don't think so.

(21)       Q.      Does anyone else keep weapons at

(22)    your home?

(23)       A.      No.

(24)       Q.      How did you learn of your license

(25)    being suspended?

(1)                         D. LAMARCO

(2)    police department about the suspension on your

(3)    behalf?

(4)         A.      No.

(5)         Q.      Have you had any contact at all

(6)    with the police department about the

(7)    suspension since you received the letter?

(8)         A.      **Only to drop off my gun.**

(9)         Q.      What was the contact you had with

(10)   the police department at that time?

(11)        A.      **I dropped my gun off.**

(12)        Q.      Where did you go to drop it off?

(13)        A.      **6th Precinct.**

(14)        Q.      Did anyone go with you?

(15)        A.      **No.**

(16)        Q.      Were you instructed by anyone to

(17)   go to the 6th Precinct in particular?

(18)        A.      **I think the letter said to drop**

(19)   **it off to a local precinct.**

(20)        Q.      Had you been to the 6th Precinct

(21)   prior to that time?

(22)        A.      **To pickup an accident report.**

(23)        Q.      An accident report for what?

(24)        A.      **My daughter had been in an**

(25)   **accident.**

(1)                    D. LAMARCO

(2)  to get your weapon back?

(3)        **A.       I don't think so.**

(4)        Q.       Did you speak with your husband

(5)  after dropping off your weapon about taking

(6)  any steps to get your license or your weapon

(7)  back?

(8)        **A.       Probably.**

(9)        Q.       Did you speak with anyone other

(10) than your husband about steps you could take

(11) to get your license or weapon back?

(12)       **A.       I did speak with my son's doctor,**

(13) **I think there was something in the letter**

(14) **about having a -- a note from his doctor.**

(15)       Q.       Which doctor is it that you're

(16) referring to?

(17)       **A.       Francis Dooley.**

(18)       Q.       When did you speak with

(19) Dr. Dooley about that?

(20)       **A.       Shortly after receiving the**

(21) **letter.**

(22)       Q.       Had someone instructed you to do

(23) that or that was something you decided on your

(24) own to do?

(25)       **A.       No, I think there was something**

D. LAMARCO

(1)

(2)     in the letter that said something about

(3)     getting a -- a note from the doctor.

(4)          Q.     And you, personally, spoke with

(5)     Dr. Dooley about this?

(6)          A.     I did.

(7)          Q.     What did that conversation

(8)     involve?

(9)          A.     He was willing to write the

(10)    letter saying that Matthew was not a danger to

(11)    himself or to anybody else, and he was -- he

(12)    was willing to write it.  When he showed the

(13)    letter to -- he told me that his boss says we

(14)    don't do that.  So, it was never sent in.

(15)         Q.     Did he explain to you what his

(16)    boss meant by "we don't do that"?

(17)         A.     No.

(18)         Q.     Did you, personally, see the

(19)    letter?

(20)         A.     No.

(21)         Q.     Did you speak with his boss about

(22)    getting the letter sent?

(23)         A.     No.

(24)         Q.     To the best of your knowledge,

(25)    did Dr. Dooley have any contact with anyone at

D. LAMARCO

(1)

(2)     the police department regarding your license

(3)     or your husband's license?

(4)              A.      **I wouldn't know.**

(5)              Q.      Well, to the best of your

(6)     knowledge --

(7)              A.      **I don't think so.**

(8)              Q.      You're not aware of him doing

(9)     anything?

(10)             A.      **No.**

(11)             Q.      Did you speak with anyone else

(12)    other than Dr. Dooley about contacting the

(13)    police department on your behalf about your

(14)    license?

(15)             A.      **No.**

(16)             Q.      Did you contact any groups or

(17)    organizations regarding the suspension of your

(18)    license?

(19)             A.      **No.**

(20)             Q.      Did you put anything on social

(21)    media about the suspension of your license?

(22)             A.      **No.**

(23)             Q.      Now, was your son seeing a

(24)    therapist at some point for his mental health

(25)    in addition to Dr. Dooley?

```
(1)                      D. LAMARCO

(2)          A.      He saw a mental health

(3)    professional at Catholic Charities.

(4)          Q.      Do you know that person's name?

(5)          A.      Her first name is Melissa, I

(6)    don't know her last name.

(7)          Q.      Was he seeing that person at the

(8)    same time as Dr. Dooley or at a different

(9)    time?

(10)         A.      Same time.

(11)         Q.      Was that talk therapy to your

(12)   knowledge?

(13)         A.      As far as I know.  I wasn't in

(14)   the sessions.

(15)         Q.      That was going to be my next

(16)   question; did you ever have to join a session

(17)   for your son's benefit?

(18)         A.      I did once.

(19)         Q.      What took place during that

(20)   session?

(21)         A.      I really don't remember.

(22)         Q.      Do you know if that was before or

(23)   after your pistol license was suspended?

(24)         A.      Oh, before.

(25)         Q.      Now, was your son still treating
```

(1)                          D. LAMARCO

(2)        **A.        No.**

(3)        Q.        Have you ever gone to police

(4)    headquarters to obtain documents from the

(5)    police department?

(6)        **A.        Just -- police department**

(7)    **headquarters?**

(8)        Q.        Yes.

(9)        **A.        No.**

(10)       Q.        Have you ever gone to the

(11)   precinct to obtain documents other than the

(12)   motor vehicle accident report and --

(13)       **A.        No.**

(14)       Q.        Have you attempted to reapply for

(15)   a pistol license since the suspension?

(16)       **A.        No.**

(17)       Q.        Is there any reason you have not?

(18)       **MS. BELLANTONI:   Objection, you**

(19)       **can answer it.**

(20)       **A.        It just seems silly to try to**

(21)   **apply for it again if it's been suspended.**

(22)       Q.        Do you know if your husband has

(23)   reapplied?

(24)       **A.        No, he hasn't.**

(25)       Q.        Now, did Dr. Dooley offer to

[Page 79]
August 30, 2023

(1)                        D. LAMARCO

(2)                    CERTIFICATION

(3)

(4)     STATE OF NEW YORK   )

                           )  ss

(5)     COUNTY OF SUFFOLK   )

(6)

(7)          I, KRISTEN STEIN, a Shorthand Reporter

(8)     and Notary Public within and for the State of

(9)     New York, do hereby certify:

(10)         THAT the foregoing transcript is a true

(11)    and accurate transcript of my original

(12)    stenographic notes.

(13)         IN WITNESS WHEREOF, I have hereunto set

(14)    my hand this 30th day of August, 2023.

(15)

(16)

(17)         _____  Kristen Stein

(18)              KRISTEN STEIN

(19)

(20)

(21)

(22)

(23)

(24)

(25)