# EXHIBIT   9

1                                                    1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    ---------------------------------------x

5    Thomas LaMarco and Diane LaMarco,

6                        Plaintiffs,      Civil Index No:
                                          21 Civ. 3716
7              -against-

8    Suffolk County, New York, Commissioner

9    Rodney Harrison, Individually and in

10   his Professional capacity, Captain

11   William Scrima, Individually, Sgt.

12   William Walsh, Individually, Police

13   Officer "John" Plihcik, Individually,

14   and "John Does 1-5", Individually,

15                        Defendants.

16   ---------------------------------------x

17                        100 Federal Plaza
                          Central Islip, New York
18
                          November 16, 2023
19                        10:00 a.m.

20             Deposition of Defendant

21       LIEUTENANT WILLIAM WALSH, pursuant

22       to Notice, before Diana Mitchell, a

23       Notary Public of the State of New

24       York.

25

*Rich Moffett Court Reporting, Inc.*

```
 1                                            2
 2     A P P E A R A N C E S:
 3     THE BELLANTONI LAW FIRM, PLLC
 4     Attorney for Plaintiff
 5          2 Overhill Road, Suite 400
 6          Scarsdale, New York 10583
 7     BY:      AMY L. BELLANTONI, ESQ.
 8
 9     SUFFOLK COUNTY DEPARTMENT OF LAW
10     Attorney for Defendants
11          100 Veterans Memorial Highway
12          Hauppauge, New York 11788
13     BY:      ARLENE S. ZWILLING, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

*Rich Moffett Court Reporting, Inc.*

3

IT IS HEREBY STIPULATED AND
AGREED by and between the attorneys
for the respective parties herein,
that the filing, sealing and
certification of the within
deposition be waived.

IT IS FURTHER STIPULATED AND
AGREED that all objections, except
as to the form of the question,
shall be reserved to the time of
the trial.

IT IS FURTHER STIPULATED AND
AGREED that the within deposition
may be sworn to and signed before
any officer authorized to
administer an oath with the same
force and effect as if signed and
sworn to before the Court.

- oOo -

```
 1                                         4
 2            MS. BELLANTONI:  I have four
 3       exhibits, do you want to mark them
 4       now?
 5            (Plaintiffs' Exhibit 1,
 6       Pistol License Handbook, marked for
 7       identification.)
 8            (Plaintiffs' Exhibit 2,
 9       Police Department, County of
10       Suffolk, New York, Pistol Licensing
11       Bureau/Release of Medical Records,
12       marked for identification.)
13            (Plaintiffs' Exhibit 3,
14       Defendants' Initial Disclosures
15       Pursuant to Rule 26(a)(1)(A),
16       marked for identification.)
17            (Plaintiffs' Exhibit 4,
18       Verified Complaint For Declaratory
19       and Injunctive Relief, marked for
20       identification.)
21
22            *            *            *
23
24
25
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                         11
 2      a lieutenant.
 3           Q      When did you begin that
 4      position?
 5           A      April of 2022.
 6           Q      What are your duties and
 7      responsibilities at the police academy?
 8           A      It's administrative and
 9      supervising the three in-service
10      training, recruit training section and
11      the range, firearms training section.
12           Q      What was your assignment
13      prior to being assigned to the police
14      academy?
15           A      Sergeant at the Pistol
16      Licensing Bureau.
17           Q      How long were you in that
18      position?
19           A      September of 2016 until April
20      of 2022.
21           Q      And your position or your
22      title while you were assigned to the
23      Pistol Licensing Bureau, was it always
24      sergeant?
25           A      Yes.
```

```
                                            17
or did they come directly from

Commissioner Harrison?

     A      They were based on if -- I

would sign them if my lieutenant was not

available, and they were based on the

policy and procedure and handbook from

the Pistol Licensing Bureau.

     Q      So you had the ability and

the authority to do that without going to

Commissioner Harrison?

     A      If my lieutenant wasn't

present I had the ability to sign,

permission to sign it.

     Q      I am going to show you what

has been marked as Exhibit 1.

          MS. BELLANTONI:  For the

          record, Exhibit 1 is production

          from Suffolk County and Bates

          stamped COS 0001 through COS 0174.

          MS. ZWILLING:  I see that

          part of this exhibit is a copy of

          Pistol Licensing Handbook.  Is this

          the post-Bruen handbook, and I ask

          just to move things along?
```

```
 1                                      20
 2          A       Not that I recall.
 3          Q       Do you have any knowledge as
 4   to who or what department would handle or
 5   make any changes to or revisions to the
 6   pistol license handbook?
 7          A       I would assume.
 8                  MS. ZWILLING:  Don't assume.
 9                  THE WITNESS:  Oh, sorry.
10          Q       Do you have any direct
11   knowledge?
12          A       Pistol Licensing Bureau, I
13   did not in Pistol Licensing Bureau.
14          Q       Is there a legal department
15   within the Suffolk County Police
16   Department?
17          A       Yes.
18          Q       Does it have a name
19   specifically?
20          A       Legal Bureau.
21          Q       Generally, what is the pistol
22   license handbook?
23          A       Basically, it's a book that
24   -- that is the rules, procedures,
25   guidelines for a pistol licensee.
```

```
1                                    21
2        Q      Does the handbook, and
3   specifically the handbook that was in
4   effect in around 2021, which is the
5   handbook that begins at COS 0016, does
6   the handbook cover applications for
7   pistol license and the criteria for
8   applying and being eligible?
9        A      I believe it is discussed in
10  there.
11       Q      And does it also provide
12  licensees with information about the
13  circumstances under which their license
14  could be suspended or revoked?
15       A      Yes.
16       Q      Could you turn to Bates stamp
17  0022?  That is Chapter 2 and it's License
18  Requirements, do you see that?
19       A      Yes.
20       Q      And to your understanding, do
21  the license requirements set forth the
22  eligibility for an individual to be
23  issued a pistol license?
24       A      I'm sorry, could you...
25       Q      Sure.
```

```
 1                                    22
 2             Do the license requirements
 3   that are depicted in Chapter 2 there, do
 4   they inform the public of what the
 5   eligibility is for obtaining a pistol
 6   license?
 7        A      This is part of the
 8   requirements.
 9        Q      If you turn to the next page,
10   023, toward the middle of the page, do
11   you see the sentence, "The final
12   statutory requirement"?
13        A      Yes.
14        Q      "The final statutory
15   requirement in the penal law grants the
16   licensing officer the authority to
17   consider facts not specifically addressed
18   above as grounds for disapproving an
19   application."  Do you see where it says
20   that?
21        A      Yes.
22        Q      I know what it says in the
23   pistol licensing handbook, we can see
24   that on page 023.  The factors that
25   determine eligibility, whether they're on
```

*Rich Moffett Court Reporting, Inc.*

23

page 22, which is the statutory factors

under the penal law or the federal law,

or whether on page 23, which is

discretionary with the Licensing Division

or Bureau, are those also the same

grounds that an individual's existing

license could be suspended or revoked?

     A     I'm sorry.

     Q     Okay, so on page 22 there are

requirements under state and federal law

to be even eligible to own a firearm, to

possess a firearm, agreed?

     A     Correct.

     Q     And on the next page the

handbook indicates that, "Aside from

those statutory prohibitors, the Pistol

License Bureau can also make a

determination about whether someone is

eligible based on their discretion."  Is

that accurate?

     A     Correct.

     Q     And those same state and

federal disqualifiers and that same

discretion would apply to grounds for

```
 1                                        24
 2      suspending someone who has an existing
 3      license or revoke them; is that also
 4      accurate?
 5           A      Yes, it could be.
 6           Q      If you turn to page 032, on
 7      that page there is a section, Section 4,
 8      which is entitled, "Incidents That
 9      Require You to Notify the Licensing
10      Bureau."  Are you on that page?
11           A      Yes.
12           Q      This section requires an
13      existing licensee to report to the
14      licensing bureau if any of these
15      incidents have occurred; is that correct?
16           A      Yes.
17           Q      Under A, the first section,
18      it says, "Within 24 hours, a licensee is
19      required under Subsection 5 to report the
20      arrest of any member of their immediate
21      household in any jurisdiction."  Do you
22      see that?
23           A      Yes.
24           Q      And so if an existing
25      licensee resided with another person,
```

*Rich Moffett Court Reporting, Inc.*

                                                              25

1   spouse or adult, child or minor child,

2   who was arrested, and that licensee who

3   had not been arrested or had any

4   prohibitors failed to report that

5   incident to the licensing bureau within

6   24 hours, that would present grounds for

7   suspending their pistol license?

8           A       That was just a little long.

9   I'm sorry.  If you could just clear it up

10  a little?

11          Q       Sure.  Sure.

12                  If there is a licensee, so

13  someone has a pistol license --

14          A       Correct.

15          Q       -- and they are living with

16  their adult child, I'll say 20 year old,

17  for example, and the 20 year old gets

18  arrested for something, if the licensee

19  doesn't report within 24 hours to the

20  licensing bureau that their child has

21  been arrested, their license could be

22  suspended?

23          A       Yes, okay.

24          Q       Generally, is that the

*Rich Moffett Court Reporting, Inc.*

```
 1                                        26

 2      procedure and policy at the time that you

 3      were in the bureau, that the license

 4      would be suspended if you learned that

 5      they hadn't reported?

 6           A      It could be.  I don't

 7      remember specific incidents.

 8           Q      And under Subsection 6,

 9      another incident required to be reported

10      within 24 hours of occurrence is, "The

11      issuance of any criminal process against

12      a licensee or any member of the

13      licensee's immediate household."  Is that

14      also correct?

15           A      Yes.

16           Q      And that would present a

17      grounds for the licensee's pistol license

18      to be suspended as well, yes?

19           A      Yes, it could.

20           Q      And on the next page, which

21      is Bates stamped 033, Section 4, it's

22      entitled, "Grounds for

23      Suspension/Revocation."  Subsection A

24      indicates that, "The licensing officer,"

25      so I am going to pause right there.  When
```

*Rich Moffett Court Reporting, Inc.*

27

1

2    it says, "The licensing officer," is that

3    generally, based on your years in the

4    Pistol Licensing Bureau, does that

5    generally mean the Pistol Licensing

6    Bureau, either yourself or the lieutenant

7    at the time?

8         A      Licensing officer could be

9    the commissioner's office, the

10   lieutenant, myself or any licensing

11   officer I believe that term is.

12        Q      I'm just saying in practice,

13   in the bureau in practice, when the

14   handbook says, "The licensing officer may

15   revoke or cancel a license at any time,"

16   who had the authority to do that, so it

17   would be yourself and lieutenant and/or

18   the commissioner?

19        A      Well, the commissioner's

20   office has final determination on pistol

21   license suspensions or revocations with

22   permission.

23        Q      I just want to clarify, you

24   had said you had authority to sign a

25   suspension notice if the lieutenant was

*Rich Moffett Court Reporting, Inc.*

```
1                                          28

2    not available?

3         A       Yes, I do have permission.

4         Q       That means that you had

5    authority to suspend a license if the

6    handbook was violated?

7                 MS. ZWILLING:  Objection.

8                 You may answer.  You can

9         answer.

10        A       Oh, okay, yes, I could sign

11   the letter to notify of the suspension.

12        Q       Before signing the letter

13   were you required to get permission from

14   someone?

15        A       I would have to get

16   permission from my lieutenant if he was

17   not -- he was present.

18        Q       If your lieutenant was not

19   present you had authority to suspend the

20   license, or you would have to get

21   permission from someone else?

22        A       I could initiate the

23   suspension.

24        Q       What does that mean?

25        A       Send out the letter of
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        29
 2    notification.
 3         Q      When the letter of suspension
 4    is sent out to a licensee, does that mean
 5    the license has been suspended, or are
 6    there other things that need to happen
 7    before the licensing bureau considers
 8    that a suspended license?
 9         A      The license is suspended when
10    the letter of suspension is sent.
11         Q      So if we go back to page 033
12    of Exhibit 1, under Section 4 under B it
13    says, "The following acts WILL RESULT in
14    a suspension and possible revocation of
15    your license," and then it goes on to
16    name various events.  Do you see where it
17    says that?
18         A      Yes.
19         Q      And under 3, so that would be
20    B 3, it indicates in the handbook,
21    "Failure to make any notification
22    required by Section 2 and Section 3 of
23    this chapter."  So those notifications
24    are, or include, what we had talked about
25    a few minutes ago, like if someone in
```

*Rich Moffett Court Reporting, Inc.*

32

police officers sending a report in or at
renewal maybe, recertification?

A      At renewal time.  One example
is at renewal time our administrative
office does review of the licensee of any
incidents that may be police related that
happened the prior -- during the time
that -- that they had the license.  Also,
we'd receive email notifications for
certain incidents.

Q      From who?

A      It's a computer program and
officers will send documentation of
incidents.

Q      Like a domestic incident
report, is that the kind of information
that would be sent to the Pistol
Licensing Bureau?

A      That could be one, yes.

Q      And what are some other
types?

A      Mental health issue.

Q      And by "Mental health issue,"
do you mean a report under Mental Hygiene

33

1
2    Law 9.46, or do you mean a police officer
3    was called to a home and just classifies
4    it as a mental health answer?
5         A    I don't know the case laws of
6    that specific section, but an example
7    would be if someone was committed to a
8    hospital for mental health issues which
9    they needed assistance.
10        Q    So a transport by one of the
11   officers?
12        A    That could be it, yes, that
13   could be one situation.
14        Q    That could be one?
15        A    Yes.
16        Q    And so mental health
17   transports are -- well, are officers
18   required to forward this type of
19   information to the licensing bureau?
20        A    I would have to review policy
21   and procedure for the County on
22   specifics.
23        Q    With regard to the mental
24   health-related information that was sent
25   from the officers to the Pistol Licensing

34

1

2   Bureau, is that mental health information

3   regarding the licensee or anyone in their

4   household or something else?

5       A    It would be licensee and

6   household members.

7       Q    So from the time that you

8   were assigned to the Pistol Licensing

9   Bureau, if a licensee resided with

10  someone who had a mental health issue or

11  who was transported to a hospital for a

12  mental health-related issue, that would

13  pose a ground for the license to be

14  suspended?

15      A    Yes, it can.

16      Q    And it did, right, during

17  your time?

18      A    Had it, yes, at times.

19      Q    So for the times that it did

20  not result in a suspension, what

21  delineated whether it was going to result

22  in a suspension for a licensee or not if

23  any family member had been transported

24  for a mental health evaluation, how was

25  that decision made?

*Rich Moffett Court Reporting, Inc.*

1                                          35

2          A       I'm sorry, say that again.

3     I'm sorry, if you can rephrase it?

4          Q       So if there was a family

5     member of a licensee that was transported

6     for a mental health issue, transported

7     for evaluation, you said sometimes that

8     would result in the suspension of the

9     pistol licensee's license and sometimes

10    it wouldn't, so what were the factors

11    that the Pistol Licensing Bureau looked

12    at to make a decision about whether it

13    would be suspended or not suspended?

14         A       Determination could be made

15    that the person doesn't live at that

16    address anymore would be an example.

17         Q       Anything else?

18         A       No, not specifically that I

19    can think of now.

20         Q       And if the person still lived

21    in the household with the licensee, the

22    suspension was certain to happen?

23         A       I would have -- I would have

24    to -- I would have to see the -- I'm

25    sorry, I'm just trying to think of the

36

1

2      proper way to articulate.

3           Q      Okay, take your time.

4           A      I would say traditionally the

5      license would be suspended, but I can't

6      recall every incident.

7           Q      That was generally the

8      policy?

9           A      Yes.

10          Q      If you turn to 054 of Exhibit

11     1, in the middle of the page it

12     indicates, "Additional Reasons For

13     Disapproval," and underneath, right

14     underneath, it states, "The lack of a

15     'automatic bar' in your background does

16     not guarantee the issuance or renewal of

17     a pistol license.  There are many other

18     factors that are considered in the

19     investigation into an individual's

20     qualification to possess a pistol

21     license.  Reasons for disapproval, other

22     than the above referenced automatic bars,

23     include, but are not limited to," and

24     then it lists seven factors, and if you

25     look under Number 5, one of the factors

```
 1                                              37
 2    is, "If the director of community
 3    services makes a report, Mental Hygiene
 4    Law 9.46," but it speaks to indicating
 5    that, "An applicant or a member of his or
 6    her household is likely to engage in
 7    conduct that will result in serious harm
 8    to self or others," do you see that?
 9            A     Yes.
10            Q     And that is kind of what we
11    just talked about, that if there was a
12    Mental Hygiene Law report under 9.46
13    about a licensee's household member that
14    would result in either a suspension or
15    that would be a bar to renewal of the
16    handgun license; is that correct?
17                  MS. ZWILLING:  Objection.  I
18            believe those are two different
19            things.  The director of the
20            community services would be a state
21            official.
22                  MS. BELLANTONI:  Okay.
23            Q     I'm saying for pistol
24    licensing purposes, if a licensee's
25    household member has a 9.46 report, then
```

*Rich Moffett Court Reporting, Inc.*

38

their pistol license would likely not be
renewed or would be suspended?

      MS. ZWILLING:  Okay, so
      you're asking him about a 9.46
      report by the director --

      MS. BELLANTONI:  By the
      County.

      MS. ZWILLING:  The director
      of community services would not be
      a county report, it would be if
      there was a report by the state --

      MS. BELLANTONI:  Yes.

      MS. ZWILLING:  -- is what you
      are asking?

      MS. BELLANTONI:  Yes.

    A    That was for disapproval or
this is from the disapproval section.

    Q    So if you look in the bold
area in the middle of the page, it says,
"Does not guarantee the issuance," so
that would be initial approval, "or
renewal of a pistol license," right?

    A    Right.

    Q    So if someone lived with

*Rich Moffett Court Reporting, Inc.*

39

1
2      another person who had a 9.46 report
3      issued from the state, then their pistol
4      license would not be renewed; is that
5      accurate?
6          A      That is what it says.
7          Q      And that's part of the
8      handbook, right?
9          A      Yes.
10         Q      Also, under Number 7, "Other
11     good cause also forms the basis."  In
12     other words, if the Pistol Licensing
13     Bureau felt that there was another reason
14     why they shouldn't renew the pistol
15     license, then it wouldn't be renewed,
16     correct?
17         A      Correct.
18         Q      There was a lot of discretion
19     exercised as to whether to renew
20     someone's license or not to renew the
21     license; is that right?
22         A      That's a term I don't know,
23     "a lot of discretion."  There is a
24     discretion, I don't know a lot.
25         Q      Okay, fair enough.

43

1
2      who would they approach, who do they give
3      their information to?
4            A      That would be to myself or my
5      lieutenant.
6            Q      And then from there what
7      happens?
8            A      Determination is --
9      determination is made.
10           Q      If you were approached by one
11     of the investigators, like in this case
12     the LaMarcos, and they give you the
13     results of their investigation, what
14     steps would you take when you received
15     that?
16           A      In their scenario, their
17     license was suspended as a result.
18           Q      Generally speaking, when you
19     were in the Pistol Licensing Bureau, what
20     would be, in a renewal just like in this
21     case, what would be the next step if the
22     investigator conducted the investigation
23     and then, as here you suspended their
24     licenses, what is the next thing that
25     would happen?

44

1

2      A       They would be assigned to an

3  investigator to perform the suspension

4  investigation.

5      Q       Would that be the same

6  investigator that did the initial

7  investigation on the renewal?

8      A       Not necessarily, there's a

9  rotation.

10      Q       Was it routine in cases where

11  a family member had mental health issues,

12  a family member of a licensee, was it

13  routine to request the licensee create a

14  written statement to explain the events

15  that had occurred?

16      A       A statement is one of the

17  options, not options, one of the

18  requirements when someone is under

19  suspension.

20      Q       What are the other

21  requirements?

22      A       Depends on the nature of the

23  suspension.

24      Q       And in a case like the

25  LaMarcos where they live with an

*Rich Moffett Court Reporting, Inc.*

45

1

2      individual who has a mental health issue

3      or is suffering from a mental health

4      issue, were there requirements that the

5      licensee provide medical records or

6      psychiatric records of their family

7      member?

8            A      I don't remember specifics to

9      their case, so I couldn't tell you

10     exactly what they were required of.

11           Q      And aside from the LaMarcos,

12     do you have a recollection during your

13     tenure in the licensing bureau of that

14     being a requirement for a licensee?

15           A      For medical records of the

16     incident if there was an incident that

17     required a transport.

18           Q      So if a licensee's family

19     member was transported for an evaluation,

20     then generally, the licensing bureau

21     would request the medical records of that

22     transport --

23           A      That incident.

24           Q      -- pertaining to that

25     incident?

47

1

2  PowerPoint that I made.

3          Q      What was the purpose of

4  making the PowerPoint?

5          A      I made the PowerPoint.  I

6  took a course called IDC, Instructor

7  Developmental Course, in which you had to

8  create a lecture, a course, a class plan.

9          Q      Where did you take that

10  course?

11         A      At the Suffolk County Police

12  Academy.

13         Q      Did you present this

14  PowerPoint to anyone?

15         A      I had to perform it in front

16  of the instructors for the course.

17         Q      Other than performing it for

18  the instructors at the course, was this

19  PowerPoint, to your knowledge, used to

20  instruct the Suffolk County Police

21  Officers in their duties and

22  responsibilities?

23         A      I did use it for that

24  purpose, yes.

25         Q      And when did you do that?

```
1                                        48

2          A      Once per a part time seasonal

3   police class and the other time

4   supervision school.

5          Q      And you were teaching

6   sergeants or supervisory-level officers?

7          A      I don't believe they were

8   supervisors yet.  It was police officers.

9          Q      The information that is

10  contained in the PowerPoint located in

11  this exhibit, is it reflective of

12  generally what the policies were in

13  Suffolk County in the licensing bureau,

14  is that what you based your PowerPoint

15  on?

16             MS. ZWILLING:  Objection.

17             You may answer the question.

18         A      From the time that I was

19  present there, yes.

20         Q      For this time period that

21  we're talking about in around 2020 and

22  2021?

23         A      Right.

24         Q      If you look at the first page

25  of your PowerPoint, it's dated October
```

49

25, 2022?

A       Correct.

Q       Were you already out of the
Pistol Licensing Bureau at that time?

A       Yes.

Q       If you turn to 0163.

A       Yes.

Q       So this is entitled Types of
PLB Investigations, that's Pistol
Licensing Bureau investigations, correct?

A       Yes.

Q       And this is just a list of
the types of investigations that are
conducted at the bureau?

A       Yes.

Q       Indicating new applications,
suspensions, revocations, renewals and
cancellations, yes?

A       Correct.

Q       What do "cancellations" mean?

A       The standard pistol license
at that time expired every five years, so
if they did not renew, the license could
be cancelled or in -- or if they passed

50

```
 1
 2      away or moved from the jurisdiction,
 3      among other scenarios.
 4           Q      Turning to page 0165, that is
 5      entitled Pistol License Information
 6      Handbook; is that correct?
 7           A      Yes.
 8           Q      And it provides information
 9      on where the handbook can be located
10      online and informs that the book includes
11      information on the Pistol Licensing
12      Bureau rules and regulations, correct?
13           A      Yes.
14           Q      A indicates that, "Every
15      licensee will sign an acknowledgment
16      form."  I am assuming when they get their
17      pistol license, they sign an
18      acknowledgment form that they received
19      the information?
20           A      Yes.
21           Q      And I guess they are
22      responsible for knowing what's in the
23      handbook?
24           A      Correct.  And in addition,
25      every renewal they sign the handbook.
```

```
 1                               51
 2        Q      If you turn to page 0172, and
 3   this page is entitled Grounds For
 4   Suspension Or Revocation, and that
 5   includes to report a lost or stolen
 6   firearm, and when a licensee or household
 7   member becomes the subject of an arrest,
 8   indictment, field appearance ticket or
 9   order of protection in any jurisdiction,
10   those are grounds for suspension or
11   revocation, correct?
12        A      Yes.
13        Q      And a psychiatric episode of
14   a licensee or household member, that also
15   is a grounds for suspension or
16   revocation, right?
17        A      Yes.
18        Q      What does that mean,
19   "psychiatric episode," how is that
20   defined?
21        A      I would say, I'm just trying
22   to put this in context.  An example would
23   be when an officer-involved transport of
24   a person to the hospital for mental
25   health issues.
```

*Rich Moffett Court Reporting, Inc.*

```
                                              52
1
2          Q      So a transport alone of a
3    family member or a household member would
4    be grounds for suspension or revocation?
5          A      Based, yes, based on a mental
6    health issue.
7          Q      Well, yeah, a transport to
8    like CPEP?
9          A      Right.
10         Q      Or a psychiatric facility?
11         A      Correct.
12         Q      Also volatile domestic
13   incidents would also be grounds for
14   suspension or revocation, correct?
15         A      Correct.
16         Q      What does that mean, volatile
17   domestic incident?
18         A      Examples could be numerous
19   domestic incidents involving a specific
20   licensee.
21         Q      Would there need to be an
22   arrest made for that to constitute
23   grounds, or is it enough that the police
24   came and noted in a report that there was
25   a domestic incident?
```

*Rich Moffett Court Reporting, Inc.*

53

```
 1
 2        A       No, it doesn't require an
 3   arrest, it would be the totality of a
 4   domestic incident.
 5        Q       What are the objective
 6   factors that would be looked at to
 7   determine whether a domestic incident or
 8   group of domestic incidents rose to the
 9   level of requiring a suspension or
10   revocation?
11        A       Could be if alcohol use is
12   involved, as an example, on numerous
13   occasions.
14        Q       And that would be the case
15   even if there was no allegation that you
16   know the firearm was used or threatened
17   to be used?
18        A       It's kind of hard to limit
19   the definition concisely.  It would be
20   the totality of an investigation of
21   whatever factors occurred, like, numerous
22   domestics.  It may just be visitation
23   agreement which they documented with
24   police, which wouldn't...
25        Q       So aside from any criminal
```

*Rich Moffett Court Reporting, Inc.*

54

1
2     activity, just appearing at the residence
3     where there are allegations of alcohol
4     use or arguments, that would be enough to
5     suspend or revoke?
6          A     It's hard to define the
7     totality of the incident to limit it that
8     much.  It depends.  There's numerous
9     scenarios that could happen.
10         Q     Okay.
11               In the absence of the, you
12    know, a violation of the penal law?
13         A     Right.
14         Q     So domestic incident, it's
15    not confined to domestic violence, right,
16    it's any domestic incident that under the
17    totality of the circumstances may give
18    rise to a suspension or revocation?
19         A     The totality could rise to
20    that.
21         Q     And the last bullet point
22    indicates, "Failure to cooperate and
23    comply with the requests by PLB and/or
24    law enforcement personnel."  And so what
25    does that entail?

1

2          MS. ZWILLING:  Could you read

3      the question back?  I missed it.

4          (Record read.)

5      A       That entails if an

6  investigation is being conducted and an

7  investigator requires whatever.  There's

8  various.  He's trying to conduct an

9  investigation and they fail to comply or

10  assist in completing the investigation.

11      Q       Then that could be grounds

12  for suspension or revocation?

13      A       Yes.

14      Q       That would be even in the

15  absence of, like, a prohibiting

16  conviction or one of those federal- or

17  state-listed prohibitors?

18      A       It could be, yes.

19      Q       And if you could go to the

20  next page, 0173.

21      A       Yes.

22      Q       So this is entitled,

23  "Removing Firearms," and, "If firearms

24  must be removed, you must take

25  possession."  Are there circumstances

57

1

2      A      Well, I was -- that's a --

3      that's a determination for the officer.

4      I would -- and then depending on the

5      circumstances that are there.  My point

6      was sometimes people ask -- the

7      application has a spot for the safeguard

8      person, so sometimes people get confused

9      and believe that they can give them to

10      the safeguard person, so I just wanted to

11      clear any misunderstandings.

12      Q      And the officers were also

13      instructed to also take the pistol

14      license itself if they're taking the

15      firearms, yes?

16      A      Correct.

17      Q      And then if you turn to the

18      next page, 0174.

19      A      Yes.

20      Q      So this is Eyes and Ears

21      entitled, and then it indicates,

22      "Remember to properly document and

23      forward required reports."  So who would

24      they be forwarding the required reports

25      to?

```
1                                               58
2          A       To Pistol License Bureau.
3          Q       What types of reports are the
4   law enforcement officers required to
5   forward to the Pistol Licensing Bureau?
6          A       Well, that would be that they
7   would have to go through the policy and
8   procedure, be aware of what reports
9   required.
10         Q       Where is that policy and
11  procedure?
12         A       LEXAPOL.
13         Q       Is that an SCPD, like, rules
14  and regulations?
15         A       It's the policy and procedure
16  used by the department.
17         Q       In your experience in the
18  Pistol Licensing Bureau, if an officer
19  fills out a domestic incident report, is
20  that the type of report that's required
21  to be forwarded to the Pistol Licensing
22  Bureau?
23         A       I would have to check the
24  policy and procedures.
25         Q       From your recollection from
```

59

```
1
2    2021, 2017 when you were in the bureau,
3    was that something that was required, do
4    you recall?
5         A     I don't recall specifically.
6         Q     How about if an individual in
7    the household was transported for a
8    mental health evaluation, is that the
9    type of report that law enforcement
10   officers were required to forward to the
11   Pistol Licensing Bureau?
12        A     That I do not know the
13   specifics.
14        Q     And the second bullet point
15   indicates, "Relay questionable behavior."
16   And what does that mean?
17        A     It's not limit -- well, in
18   trusting the officer at the call,
19   questionable behavior could have many
20   meanings from somebody who probably has
21   mental health issues or anything of that
22   nature to convince.
23        Q     Does that apply to licensees
24   only or household members that if there
25   is questionable behavior of a household
```

*Rich Moffett Court Reporting, Inc.*

60

1

2      member they would also let the licensing

3      bureau know?

4           A     They could.

5           Q     Were you teaching that that

6      was a requirement?

7           A     No.

8           Q     I'll take that back, and I

9      will show you what has been marked as

10     Exhibit 2.  So if you look at the first

11     page of Exhibit 2, it's entitled, Pistol

12     Licensing Bureau/Release of Medical

13     Records, do you generally recognize that

14     form?

15          A     Yes.

16          Q     And what is that form?

17          A     It's a request to release

18     medical information and have it sent to

19     the Pistol Licensing Bureau.

20          Q     Is that a form that was used

21     in the Pistol Licensing Bureau when you

22     were assigned there?

23          A     It looks like it.  I don't

24     know if it's been updated or if it was

25     anything different from what it was.

```
 1                                           61
 2          Q      Matthew LaMarco, do you
 3   recognize that as being the LaMarcos'
 4   adult son?
 5          A      Yes.
 6          Q      If you look at the second
 7   page of the form, it's dated May 15th of
 8   2021, do you see that?
 9          A      Yes.
10          Q      Do you have any reason to
11   believe that the form that you're
12   familiar with as having been used for
13   release of medical records in the Pistol
14   Licensing Bureau is different from the
15   form that Matthew LaMarco signed here?
16          A      No.
17          Q      To your knowledge, Matthew
18   LaMarco did not have a pistol license; is
19   that correct?
20          A      Correct.
21          Q      He was the son of Thomas and
22   Diane LaMarco, correct?
23          A      Correct.
24          Q      So under what circumstances
25   would the Pistol Licensing Bureau require
```

62

1
2      a non-licensee to provide a release for

3      their mental and mental health and/or

4      medical records?

5          A      An example would be in an

6      incident in which a household member was

7      transported to a mental health facility

8      by the police.

9          Q      And if Matthew LaMarco had

10     refused to provide his medical records,

11     is that a situation that would likely

12     have resulted in the revocation of the

13     LaMarcos' pistol license?

14         A      That I couldn't tell you

15     based on the specifics.

16         Q      In your experience in the

17     Pistol Licensing Bureau, have you seen or

18     experienced other non-licensees provide

19     this release to the bureau or this type

20     of a release?

21         A      It has been used in other

22     cases, I don't remember specific details.

23         Q      Can you recall, not the

24     specifics, but whether in the past a

25     licensee had been unable to or refused to

63

```
1
2      provide this type of release from their
3      household member or family member?
4           A      No, I can't.
5           Q      As you sit here is it your
6      general recollection that when asked,
7      licensees typically provide or obtain the
8      release for medical records of their
9      household members?
10          A      From what I am aware of, I
11     believe so.
12          Q      So once this authorization is
13     received, is the next step getting the
14     medical records from the hospital or
15     facility?
16          A      That would be one of the
17     steps.
18          Q      What would be another step?
19          A      Whatever other aspects of
20     their investigation.  I can't give you
21     specific details.  Depending on what else
22     we are working on references a specific
23     investigation.
24          Q      So that would be a part of
25     whatever investigation they're
```

64

1
2      conducting --

3          A      Correct.

4          Q      -- in addition to getting the

5      written statement from the licensee?

6          A      That's another part.

7          Q      So if you look on the first

8      page of Exhibit 2 where you're looking,

9      if you go down to the second, we'll call

10     it paragraph, but it's really a short

11     paragraph, it says, "The following

12     requested information is necessary in

13     order for the Suffolk County Police

14     Department to complete an investigation

15     to determine the fitness of the above

16     individual to reside in a home with

17     firearms."  Do you see that?

18         A      I'm sorry, yes, I see it.

19         Q      So the Pistol Licensing

20     Bureau is through this form and whatever

21     other investigation they're conducting

22     and the medical records to determine

23     whether Matthew LaMarco who does not have

24     a pistol license is fit enough to reside

25     in a home with firearms; is that

```
 1                                          65
 2   accurate?
 3         A      Yes.
 4         Q      Once the medical records for
 5   Matthew LaMarco are received by the
 6   Pistol Licensing Bureau as a result of
 7   this authorization, what happens then,
 8   what happens with those records?
 9         A      The investigator will review
10   them.
11         Q      And then?
12         A      Continue with their
13   investigation based on what information
14   they seized from it.
15         Q      Generally, what is the
16   purpose of reviewing the records?
17         A      In reference to a mental
18   health incident, it's just -- it's part
19   of the investigation to ensure that the
20   license could be reinstated.
21         Q      What are the guidelines used
22   in the Pistol License Bureau to determine
23   for looking at mental health records
24   whether the household member is fit to
25   live in a house with firearms?
```

*Rich Moffett Court Reporting, Inc.*

1                                             66

2          A        Part of it is to clarify

3     any -- part of it is to clarify what

4     happened at the incident that resulted in

5     the suspension and how to proceed.

6          Q        Anything else?

7          A        No.  No.

8          Q        Do you have a psychiatrist or

9     a psychologist on staff in the Pistol

10    License Bureau to review these records?

11         A        No.

12         Q        Do you have a mental health

13    professional on staff in the Pistol

14    License Bureau to review these records?

15         A        No.

16         Q        How about just generally in

17    the Suffolk County Police Department, is

18    there a mental health professional or a

19    psychiatrist or a psychologist that would

20    be reviewing these records to determine

21    whether that family member who is not

22    licensed is fit to reside in a house

23    where firearms are also located?

24         A        Not that I am aware of.

25         Q        If you go further down on the

*Rich Moffett Court Reporting, Inc.*

67

1

2    page, it says, "Please provide a letter

3    containing the following information:

4    Reason for treatment, List any

5    medications prescribed and its effects,

6    possible side effects on patient and your

7    professional opinion as to the competence

8    of the patient to reside in a home with

9    firearms."  So who is that directed to,

10    is that directed to Mr. LaMarco?

11       A    This is directed to the

12    mental health professional, the mental

13    health professional that Mr. LaMarco

14    sees.

15       Q    So here it would be the

16    medical provider Catholic Charities as

17    indicated on the top of the page?

18       A    Right.

19       Q    So Catholic Charities

20    Hospital was requested to provide a

21    reason for the treatment and to list all

22    of Mr. LaMarco's medications and then

23    give a professional opinion about the

24    competence of Matthew LaMarco to reside

25    in a home with firearms, is that correct,

68

1

2      that's the request --

3          A      It appears that's the

4      request, yes.

5          Q      -- to Catholic Charities?

6              In your experience, have you

7      encountered circumstances where the

8      mental health professional will not

9      provide any professional opinion as to

10     whether a non-licensee is fit to reside

11     in a home with firearms?

12         A      I believe it has happened.

13     I'm tying to recall a specific.  Yes.

14         Q      If you can't get a mental

15     health professional to say that family

16     member is competent to live in a home

17     with firearms, then what's the policy,

18     when you were there in the Pistol

19     Licensing Bureau, for reinstatement of

20     that pistol license?

21         A      Well, I've had, I'm trying to

22     remember specific, I've had it where

23     people had issues getting medical

24     notification from a medical expert, but I

25     don't recall any incident where they

69

1
2    couldn't get anything from somebody who
3    is in the medical profession that's an
4    expert in the field.
5            Q        But without a mental health
6    professional or a medical professional's
7    letter saying that this person is okay to
8    live in the home with firearms, what is
9    the rule or what was the rule in the
10   Pistol Licensing Bureau about reinstating
11   that pistol license?  And again, we're
12   talking about a family member or a
13   household member, not the licensee who
14   needs to get the letter.
15           A        It would require someone in
16   the medical expert in -- in this case,
17   medical expert to be able to provide
18   documentation before the pistol license
19   would be reinstated, before we could
20   reinstate.
21           Q        The license?
22           A        The license.
23           Q        And if you go down to the
24   next paragraph, the second sentence, "I
25   am aware that the information disclosed

```
                                          70
 1
 2      pursuant to this authorization may be
 3      subject to re-disclosure and would no
 4      longer be protected" --
 5           A      I'm sorry, I'm missing a
 6      page.
 7           Q      Sure, that's fine.
 8                  Where it says, "Please
 9      forward the above requested letter."
10           A      Okay.
11           Q      The next paragraph, the last
12      sentence, "I am aware that the
13      information disclosed pursuant to this
14      authorization may be subject to
15      re-disclosure and would no longer be
16      protected."  Do you see that?
17           A      Yes.
18           Q      And what does that mean to
19      you?
20                  MS. ZWILLING:  Objection.
21           Isn't that the language regarding
22           HIPAA?
23                  MS. BELLANTONI:  HIPAA is
24           more of an electronic disclosure,
25           so I'm not sure.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        71
 2              MS. ZWILLING:  Yes, I will
 3         say that I believe it is in the
 4         standard HIPAA forms.
 5              MS. BELLANTONI:  That's fine,
 6         we'll stipulate to that.
 7         Q      But this is part of your
 8    forms, correct?  I mean, this is what it
 9    says, correct?
10         A      Yeah.
11         Q      If you go the third paragraph
12    down from there where it starts, "I
13    understand I do not have to sign this
14    authorization."  Do you see that?
15         A      Yes.
16         Q      The next sentence says, "I
17    understand that failure to sign this
18    authorization or revocation of this
19    authorization will affect my eligibility
20    to possess a pistol license."  Do you see
21    that?
22         A      Yes.
23         Q      We can agree that Matthew
24    LaMarco was not applying for a pistol
25    license, right?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                       72
 2          A       Correct.
 3          Q       And then further down,
 4    Mr. LaMarco, "Matthew LaMarco was
 5    required to initial to allow the
 6    disclosure of information related to
 7    acquired immunodeficiency syndrome,
 8    behavioral health services, psychiatric
 9    care and treatment for alcohol and/or
10    drug abuse."  Is that right?
11          A       Yes.
12          Q       If you turn past the HIPAA
13    form, the next form is Pistol License
14    Notice of Suspension Hearing, do you see
15    that?
16          A       Yes.
17          Q       And that's dated April 19th
18    of 2021 for Diane LaMarco, do you see
19    that?
20          A       Yes.
21          Q       And you signed this, correct?
22          A       Yes.
23          Q       That's your signature at the
24    bottom?
25          A       Yes.
```

*Rich Moffett Court Reporting, Inc.*

```
                                              73
 1
 2            Q      And it indicates, "As a
 3    result of a mental health assist that
 4    occurred involving a member of your
 5    household and your failure to notify this
 6    office, your Suffolk County pistol
 7    license is hereby suspended pending
 8    further investigation into your continued
 9    qualification to possess same."  Is that
10    accurate?
11            A      Yes.
12            Q      What about these events made
13    Diane LaMarco unqualified or unfit to
14    possess a pistol license?
15            A      Why was it suspended?
16            Q      Why was she determined by the
17    Pistol License Bureau and yourself to be
18    unfit to possess a pistol license?
19            A      Due to a household member
20    having a mental health assist, needing a
21    mental health assist.
22            Q      How does that make Diane
23    LaMarco unfit to possess firearms?
24            A      Well, if a household member
25    has a mental health issue, I don't -- I
```

```
 1                                        74
 2    could look back on that, look into the
 3    pistol licensing book to determine a
 4    specific term or section, but if someone
 5    in the household did have a mental health
 6    incident, it was a possibility for a
 7    suspension.
 8         Q     So she is unfit because the
 9    pistol license handbook defined her as
10    being unfit for not reporting the
11    incident or for living with someone who
12    had a mental assist?
13              MS. ZWILLING:  Objection.
14              You may answer.
15         A     Okay, it appears that as a
16    combination of both, having someone -- a
17    household member with a mental health
18    assist incident and failure to notify the
19    office.
20         Q     Other than the pistol
21    licensing handbook, are you aware of any
22    other state statute or federal law that
23    renders, like a felony conviction,
24    renders someone ineligible or
25    disqualified from possessing firearms
```

75

1

2    because someone else has a mental health

3    issue?

4         A     I'm not familiar with the law

5    in that nature.

6         Q     So your point of reference is

7    solely what's written in the pistol

8    licensing handbook?

9         A     I followed what was in the

10   pistol licensing handbook.

11        Q     And under the notice of

12   suspension, Diane LaMarco was required to

13   surrender pistol license and all

14   handguns; is that correct?

15        A     Yes.

16        Q     Was she also required to

17   surrender rifles and shotguns, if you can

18   recall, under Penal Law Section 400?

19        A     I can't recall.

20        Q     Further down she was also

21   directed to provide the Pistol Licensing

22   Bureau with a sworn statement in her own

23   words explaining in detail the

24   circumstances surrounding the incident,

25   correct?

76

1

2          A      Yes.

3          Q      And if you turn to the next

4    page, that's a Pistol License Notice of

5    Suspension Hearing, that's exactly the

6    same but with regard to Mr. Thomas

7    LaMarco, correct?

8          A      Yes.

9          Q      And if you turn the page

10   again, do you recognize this document?

11         A      Yes.

12         Q      It is dated May 27th, so

13   that's why I was asking.  This is a

14   letter from Thomas and Diane LaMarco to

15   the Pistol Licensing Bureau explaining

16   the incident that led to their son's

17   transport for a mental health evaluation;

18   is that right?

19         A      Yes.

20         Q      Do you recall when you saw

21   this for the first time?

22         A      No.

23         Q      Now, in this letter in the

24   second paragraph, it says, "The LaMarcos

25   indicate that they have always kept their

77

1
2    firearms in a closet that has a
3    combination lock and that locks
4    automatically when closed in a safe
5    within that closet and with a trigger
6    lock at all times."  Do you see that in
7    the second paragraph?
8          A     Yes.
9          Q     If true, does the fact that
10   their firearms are safely secured from
11   third parties change the circumstances
12   with regard to the reinstatement of their
13   pistol license?  In other words, they're
14   saying their son has no access to these
15   firearms, is it still necessary under the
16   policies and procedures to look through
17   the medical records and make a
18   determination about their license and
19   whether it could be reinstated?
20         A     We'd have to refer to the
21   medical experts that it would be safe to
22   have the firearms in the house.
23         Q     Even if they're completely
24   locked up in a closet in a safe with a
25   combination lock with trigger locks that

```
1                                      78
2    the son has no access to, you still would
3    need an approval from a mental health
4    professional in order to reinstate the
5    LaMarcos' pistol license?
6         A     We would have to continue
7    investigation to verify these facts and
8    to get a medical expert's opinion on the
9    subject.
10        Q     Assuming that a police
11   officer verified that they have
12   everything locked up, let's assume that,
13   you would still need an expert medical
14   opinion that the son could remain in the
15   house with the firearms; is that
16   accurate?
17        A     We would require a medical
18   expert's professional opinion on this,
19   yes.
20        Q     About Matthew?
21        A     Yes.
22        Q     I am going to show you what
23   has been marked as Exhibit 3.  Exhibit 3
24   is entitled Defendants' Initial
25   Disclosures Pursuant to Rule 26(a)(1)(A),
```

*Rich Moffett Court Reporting, Inc.*

79

```
 1
 2      and just on the front page there are a
 3      number of names of 1 through 5.  Do you
 4      recognize any of those names?  In other
 5      words, are they police officers, to your
 6      knowledge, from the Suffolk County Police
 7      Department?
 8          A      I don't know.
 9          Q      If you don't know that's
10      fine, I know there are a lot of officers.
11          A      Not offhand.
12          Q      Okay, that's fine.
13                 And if you turn two more
14      pages in, do you recognize this form
15      here, this Field Report?
16          A      Yes.
17          Q      And generally, what does this
18      report depict?  It's dated April 20th of
19      2021.
20          A      Field report for surrendering
21      a weapon.
22          Q      Is that depicting Diane
23      LaMarco having turned in her firearms for
24      safekeeping?
25          A      Yes.
```

```
 1                                      81
 2    top, and --
 3          A     Where does it say it's dated?
 4          Q     It's right up at the top.
 5          A     That's the renewal date.
 6          Q     Well, I don't know if that's
 7    the renewal date, but the date on it is
 8    April 1, 2021.
 9                MS. ZWILLING:  Yes, it says,
10          "Renewal Date."
11          Q     It does say it, yes?
12          A     Yes, it's the renewal date.
13          Q     It says, "Handguns owned by
14    applicant," and further down it indicates
15    two entries, one is renewal mailed
16    February 1, 2016, do you see that?
17          A     Okay, yes.
18          Q     Am I correct in interpreting
19    that to mean that the renewal that was
20    approved or was mailed out on February
21    1st of 2016, that might have been an
22    earlier renewal of the pistol license?
23          A     Yes.
24          Q     And this is for Diane
25    LaMarco, right, that's at the top?
```

*Rich Moffett Court Reporting, Inc.*

```
1                                          82
2          A      Yes.
3          Q      So the next entry is dated
4   April 9, 2021.  It indicates, "Gave to
5   Sergeant W." Is that yourself?
6          A      Yes.
7          Q      "For review," and then,
8   "-MG."  Who is MG?
9          A      I'm trying to think whose
10  initials.  I guess who it -- no, I won't
11  guess.
12         Q      Don't guess.
13                So it would be an
14  investigator?
15         A      Yes, in the Pistol License
16  Bureau.
17         Q      Would it be administrative
18  staff --
19         A      Yes.
20         Q      -- or investigator?
21         A      Yes.
22         Q      Administrative staff?
23         A      Yes.
24         Q      When we were talking earlier
25  about how things come in and get
```

```
 1                                   83
 2    disbursed, so this, I am assuming, is the
 3    renewal for April for Diane LaMarco would
 4    have come in, her application to renew,
 5    and then the administrative staff would
 6    have done the background, and then it
 7    would have gone to you assign to an
 8    investigator?
 9         A      Right.
10         Q      And that's what happened
11    here?
12         A      I can't remember specifics so
13    I couldn't say for definite.
14         Q      So from this entry it appears
15    as if the renewal for Diane LaMarco came
16    in and that MG, who is the administrative
17    staff, performed the background
18    investigation and gave it to you to
19    review?
20         A      Correct.
21         Q      And the next notation is,
22    "Suspended per Sergeant W.," which is
23    you, right?
24         A      Yes.
25         Q      "A then - failed to inform of
```

*Rich Moffett Court Reporting, Inc.*

```
1                                         84
2    CPEP of son - multiple incidents -
3    assigned to PO Plihcik."  Is it Officer
4    Plihcik?
5         A     Yes.
6         Q     What is the officer's first
7    name?
8         A     It's Keira, but it's spelled
9    C-I-A-R-A.
10        Q     So it appears from this
11   document that the suspension was based on
12   just the failure to inform that the son
13   Matthew had been transported to CPEP; is
14   that accurate?
15        A     It's a general note, so I
16   don't remember what the -- what the
17   specific meaning of it was.  I mean...
18        Q     Would there be a piece of
19   paper or an entry made by yourself into
20   the computer system, or how does this MG
21   know that that's your determination that
22   it should be suspended, is it done by
23   word of mouth or do you pass a note
24   along, email?
25        A     The scenario, I imagine,
```

```
 1                                        85
 2     would be worth of mouth, so it would be
 3     assigned to the next investigator on
 4     rotation.
 5            Q      There's, like, a physical
 6     file where it's written on and it's gone
 7     back to MG and then Officer Plihcik?
 8            A      Maybe their pistol license
 9     application, if it's the whole
10     application.
11            Q      Okay, maybe it's written on
12     there, all right.
13                   Then if you turn to the next
14     page, that appears to be the same as the
15     other field record?
16            A      Yes.
17            Q      Going forward to the next
18     page, that appears to be the renewal
19     application dated March 2021 for Diane
20     LaMarco, yes?
21            A      Yes.
22            Q      And then the next page
23     appears to be a DMV run for Matthew
24     LaMarco; is that accurate?
25            A      Yes.
```