**EXHIBIT   10**

1                                              1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    ---------------------------------------x

5    Thomas LaMarco and Diane LaMarco,

6                      Plaintiffs,       Civil Index No:
                                         21 Civ. 3716
7            -against-

8    Suffolk County, New York, Commissioner

9    Rodney Harrison, Individually and in

10   his Professional capacity, Captain

11   William Scrima, Individually, Sgt.

12   William Walsh, Individually, Police

13   Officer "John" Plihcik, Individually,

14   and "John Does 1-5", Individually,

15                      Defendants.

16   ---------------------------------------x

17                      100 Federal Plaza
                        Central Islip, New York
18
                        November 21, 2023
19                      9:57 a.m.

20

21           Deposition of Defendant

22      POLICE OFFICER CIARA PLIHCIK,

23      pursuant to Notice, before Diana

24      Mitchell, a Notary Public of the

25      State of New York.

*Rich Moffett Court Reporting, Inc.*

```
 1                                              2

 2      A P P E A R A N C E S :

 3      THE BELLANTONI LAW FIRM, PLLC

 4      Attorney for Plaintiff

 5           2 Overhill Road, Suite 400

 6           Scarsdale, New York 10583

 7      BY:       AMY L. BELLANTONI, ESQ.

 8

 9      SUFFOLK COUNTY DEPARTMENT OF LAW

10      Attorney for Defendants

11           100 Veterans Memorial Highway

12           Hauppauge, New York 11788

13      BY:       ARLENE S. ZWILLING, ESQ.

14

15

16

17

18

19

20

21

22

23

24

25
```

3

　　　　　　IT IS HEREBY STIPULATED AND

AGREED by and between the attorneys

for the respective parties herein,

that the filing, sealing and

certification of the within

deposition be waived.

　　　　　　IT IS FURTHER STIPULATED AND

AGREED that all objections, except

as to the form of the question,

shall be reserved to the time of

the trial.

　　　　　　IT IS FURTHER STIPULATED AND

AGREED that the within deposition

may be sworn to and signed before

any officer authorized to

administer an oath with the same

force and effect as if signed and

sworn to before the Court.


　　　　　　　　　- oOo -

```
1                                              4
2    C I A R A    P L I H C I K,
3    called as a witness, having been duly
4    sworn by a Notary Public, was examined
5    and testified as follows:
6            *              *              *
7    EXAMINATION BY
8    MS. BELLANTONI:
9         Q      Please state your full name
10   for the record.
11        A      My name is Police Officer
12   Ciara Plihcik.
13        Q      What is your address?
14        A      My business address is
15   Command 5800, 30 Yaphank Avenue, Yaphank,
16   New York 11980.
17        Q      Good morning.
18        A      Good morning.
19        Q      My name is Amy Bellantoni,
20   and I represent the plaintiffs in this
21   action filed in Suffolk County and
22   several individuals who either were
23   employed or are employed with the County
24   including yourself, and I will be asking
25   you questions today related to the
```

*Rich Moffett Court Reporting, Inc.*

                                                          9

1

2          A      The renewal applications are

3    scanned into the computer file.

4          Q      When you say you reviewed the

5    911 calls, was that just the printouts or

6    did you review the audio as well?

7          A      Just the printout.

8          Q      What specifically were those

9    calls related to?

10         A      They were related to the

11   LaMarcos' son Matthew.

12         Q      Do you recall about how many

13   incidents you reviewed?

14         A      I recall I believe two from

15   2017, possibly one from 2016 and one from

16   2019.

17         Q      When you testified that you

18   reviewed the notes that were contained in

19   the file, were those notes in the

20   computer file or the hardcopy file?

21         A      Computer file.

22         Q      What was the sum and

23   substance of those notes?

24         A      The notes were in sum and

25   substance that the LaMarcos were --

*Rich Moffett Court Reporting, Inc.*

10

```
1
2    submitted an application for renewal,
3    which was reviewed by our secretarial
4    staff.  It was revealed that there were
5    911 calls relating to their son Matthew,
6    the files were pulled for review and
7    subsequently suspended as a result.
8         Q     What is your understanding of
9    the reason that the LaMarcos' pistol
10   licenses were suspended?
11        A     Because they failed to notify
12   us that their son required mental health
13   assistance.
14        Q     Why is that a grounds for
15   suspension?
16        A     Because they're required to
17   notify us as per our handbook which they
18   signed for in 2021 agreeing to follow all
19   the rules and procedures.
20        Q     Does the failure to notify
21   the Pistol Licensing Bureau that their
22   son required mental health assistance
23   constitute a violation, to your knowledge
24   as a police officer, of any penal law
25   provision?
```

```
 1                                        13

 2     result of any disciplinary proceeding?

 3          A      No.

 4          Q      What was your position in

 5     Pistol Licensing when you were assigned

 6     in 2017?

 7          A      Police officer/applicant

 8     investigator.

 9          Q      Is that your current

10     assignment?

11          A      Yes.

12          Q      Generally, what are your

13     duties and responsibilities as an

14     applicant investigator?

15          A      Investigating applicants.

16          Q      How do you do that, or what

17     do you do in that respect?

18          A      If someone applies for a

19     pistol license are you asking?

20          Q      Yes.

21          A      An initial application?

22          Q      Application, yes.

23          A      So initially we bring the

24     applicant in.

25          Q      Well, let's start with when
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    15
 2         Q      Are you regularly assigned to
 3    the window?
 4         A      No, not regularly, but
 5    sometimes.
 6         Q      Is that like if somebody is
 7    out sick you fill in?
 8         A      Correct.
 9         Q      So if you don't generally
10    handle the renewals as an applicant
11    investigator, who would handle the
12    renewals in the office?
13         A      Initially it would go to one
14    of the secretarial staff members.
15         Q      And then where would it go?
16         A      Well, it depends.
17         Q      If you know, so walk me
18    through the different scenarios.
19         A      I'm not overly familiar with
20    it because I'm not involved with it, but
21    it's my understanding that if there is no
22    issues, then the renewal will be
23    approved, if an issue comes up, then it
24    would go to a supervisor.
25         Q      Can the secretaries approve
```

```
                                                16
 1
 2      the renewals if there is no issue or do
 3      they still need to go to a supervisor?
 4           A      I don't know.
 5           Q      In this case with the
 6      LaMarcos, you are aware that the issues
 7      of the nonreporting of Matthew's mental
 8      health treatment arose from the LaMarcos'
 9      renewal of their pistol licenses; is that
10      correct?
11           A      Yes.
12           Q      What is your understanding or
13      what is your knowledge of how that came
14      to the --
15           A      I wasn't aware.
16           Q      You have to wait.  I am
17      sorry, I know I paused and I apologize.
18                  -- to the Licensing Bureau's
19      attention?
20           A      I was aware of it when I was
21      assigned the files.
22           Q      Do you recall approximately
23      when you were assigned the files?
24           A      Approximately April of '21.
25           Q      What information did you have
```

17

1
2  at the point in time where you were
3  assigned their files?
4       A      I was notified that they had
5  failed to notify Pistol Licensing Bureau
6  of a mental health issue within their
7  household as they were required to do so.
8       Q      Had their licenses been
9  suspended at that point in time already?
10      A      When I received the file?
11      Q      Yes.
12      A      Yes.
13      Q      Did you receive a hardcopy
14 file or just --
15      A      Hardcopy.
16      Q      Since being assigned to the
17 Pistol Licensing Bureau in or around
18 2017, what, if any, training did you
19 receive with regard to pistol licensing?
20      A      When I first got there, I was
21 trained by another police officer or by
22 my team.
23      Q      When you say "team," who do
24 you mean?
25      A      So we have three teams, back

```
                                            20
Department?
        A      Yes.
        Q      Have you received, or
generally to your knowledge, has the
Licensing Bureau received any training
from the legal department within the last
five years?
        A      Not that I'm aware of.
        Q      Have you received any
training with regard to constitutional
issues or 2nd Amendment-related rights in
your assignment to the Pistol Licensing
Bureau during official training?
        A      No.
        Q      How about unofficial?
        A      I mean, we discuss sometimes.
        Q      Is it just discussions
between and among the Licensing Bureau
staff or is it supervisory discussions
with the staff?
        A      I would say both.
        Q      What was the sum and
substance of those conversations?
        A      I can't recall specific
```

```
1                                    21
2    conversations, it's just as things evolve
3    we discuss them.
4         Q     You can't think of any
5    incidents at all?
6         A     No.
7         Q     What about Thomas LaMarco and
8    his eligibility to possess firearms
9    generally was negatively affected by his
10   son's ineligibility to possess firearms?
11        A     Are you asking me why it was
12   suspended?
13        Q     No, I am asking you how
14   Thomas LaMarco is ineligible to possess
15   handguns because his son happens to be
16   ineligible to possess handguns?
17              MS. ZWILLING:  Objection.
18              You may answer.
19        A     Because it's a common
20   practice at the Pistol Licensing Bureau
21   that the entire household is held to the
22   same standard as the licensee, the same
23   eligibility.
24        Q     Who came up with that idea?
25        A     I don't know.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        22
 2           Q      Has it always been that way
 3    since you worked there?
 4           A      Since I worked there, yes.
 5           Q      Have there been any
 6    discussions with the Licensing Bureau
 7    that you were involved in or personally
 8    heard regarding an individual's right to
 9    possess firearms versus another person
10    that lives in the household?
11           A      No, it's just been our common
12    practice that everybody, if one person in
13    the household is not eligible, the entire
14    household is held to that.
15           Q      So under what circumstances
16    would the LaMarcos be able to have their
17    suspension lifted?
18           A      If they receive a note from
19    their son's treating physician stating
20    that there's no issues with him residing
21    in a home with firearms or if his son
22    moved out of his home.
23           Q      What would the circumstances
24    be if their son isn't able to obtain a
25    note from a physician?
```

```
 1                                          23
 2          A      They'll remain on suspended
 3    status.
 4          Q      At what point would their
 5    license be cancelled or revoked?
 6          A      Based on the current file --
 7          Q      Yes.
 8          A      -- the current situation,
 9    they will not -- they will just remain in
10    suspended status.  They won't get
11    cancelled unless they fail to renew.
12          Q      The LaMarcos are able to
13    renew their pistol license even in
14    suspended status?
15          A      Yes.
16          Q      Did you talk to any of the
17    police officers who responded to the
18    LaMarcos' household during any of the
19    incidents that you reviewed the 911
20    incidents for?
21          A      No.
22          Q      Did you request or schedule
23    any kind of home visit to ascertain how
24    the LaMarcos store their firearms?
25          A      No.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        24
 2          Q       Did you ever learn from the
 3    LaMarcos how they store their firearms?
 4          A       I believe it's in the file.
 5    I don't recall if it's in their statement
 6    or it's in your letter, but yes, there is
 7    reference to how they store their
 8    firearms.
 9          Q       Did you take that as true or
10    it wasn't relevant?
11          A       It wasn't relevant.
12          Q       How come?
13          A       Because their safe storage of
14    the firearms is not under debate, it's
15    not under question.
16          Q       Oh, okay, so you're taking
17    that as true then that they do safely
18    store their firearms in the manner they
19    describe?
20          A       I am not taking it any way.
21    I haven't witnessed it myself.
22          Q       If the LaMarcos store their
23    firearms in such a manner that they are
24    not accessible to their son Matthew or
25    any other third party, then why can't
```

*Rich Moffett Court Reporting, Inc.*

25

2   their suspension be lifted?

3          A       Again, as the common practice

4   in my office, that if one person is in

5   the household is ineligible, then the

6   entire household is ineligible.

7          Q       Is Matthew ineligible to

8   possess firearms?

9          A       Yes.

10         Q       And how so?

11         A       Because we would require a

12  doctor's note stating that he is capable

13  of possessing firearms before he would

14  get approved.

15         Q       Based on what?  In other

16  words, what information do you have in

17  your files that indicate that Matthew is

18  firearms prohibited?

19         A       He was transported to psyche

20  ward for a mental health evaluation.

21         Q       And a transport itself is

22  enough to disqualify someone from

23  firearms possession?

24         A       Yes.

25         Q       You said a few times that

*Rich Moffett Court Reporting, Inc.*

```
 1                                        26
 2     it's the common practice in the Pistol
 3     Licensing Bureau to enforce this policy
 4     of the handbook; is that right?
 5            A      Yes.
 6            Q      Who in the police department
 7     or the Pistol Licensing Bureau would have
 8     the authority to override that general
 9     policy?
10            A      I don't know.
11            Q      If you, and I'm not saying
12     that you do, if you disagreed with the
13     policy, do you have the authority to
14     reinstate the pistol licenses of the
15     LaMarcos?
16            A      No.
17            Q      Who would have that
18     authority?
19            A      I don't know.
20            Q      Did you receive an
21     authorization from the LaMarcos that was
22     signed by their son Matthew for you to
23     obtain his medical records from Catholic
24     Charities hospital?
25            A      I received a medical release
```

*Rich Moffett Court Reporting, Inc.*

```
                                                      27
signed by Matthew, yes.
        Q       What did you do with that
release?
        A       I believe I sent it to the
doctor.  I'm not 100 percent if he -- if
they received the note from the doctor or
if I sent a medical release and the
doctor sent the note to me, I don't
recall.
        Q       You received a note from the
doctor?
        A       Well, I received -- there is
a note in the file from Catholic Health
Charities, I don't recall how it got
there.
        Q       Do you recall speaking with
anyone from Catholic Charities?
        A       No.
        Q       Did you try to reach out to
anyone from the hospital?
        A       No.
        Q       And how come?
        A       How come what exactly?
        Q       Why didn't you try to reach
```

```
1                                        28
2      out to anyone from Catholic hospitals?
3                MS. ZWILLING:  Not Catholic
4           hospitals, Catholic Charities.
5                MS. BELLANTONI:  Is that not
6           a hospital?
7                MS. ZWILLING:  It's not a
8           hospital.
9                MS. BELLANTONI:  Catholic
10          Charities.
11               MS. ZWILLING:  It's not a
12          hospital.
13               MS. BELLANTONI:  What is it?
14               MS. ZWILLING:  It's an
15          organization.  It's not a hospital.
16               MS. BELLANTONI:  Is it a
17          mental health facility?
18               MS. ZWILLING:  It's a general
19          charitable organization that does a
20          lot of things.
21               MS. BELLANTONI:  Including
22          mental health treatment?
23               MS. ZWILLING:  I think they
24          do all sorts of things, like run
25          soup kitchens and you name it.
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                    29
 2        It's an umbrella organization, as
 3        far as I know.
 4             MS. BELLANTONI:  Okay.  Thank
 5        you.  So I'll just make a note,
 6        Catholic Charities.
 7        Q     You didn't try to reach out
 8   to anyone from Catholic Charities?
 9        A     No.
10        Q     Did you not reach out to
11   Catholic Charities because it was a
12   requirement that whatever information
13   came from a treater it needed to be in
14   writing?
15        A     Yes.
16        Q     Is there any other reason why
17   you didn't reach out to Catholic
18   Charities?
19        A     No.
20        Q     So the only thing that the
21   Pistol Licensing, just to be clear, that
22   the Pistol Licensing Bureau is waiting
23   for is something in writing from
24   Matthew's treater or some other doctor
25   that indicates that he is firearms
```

```
                                              30
 1
 2    eligible?
 3         A      From his treating physician.
 4         Q      That he is firearms eligible?
 5         A      That he's eligible to reside
 6    in a home with firearms.
 7         Q      Do you recall having any
 8    conversations with Sergeant Walsh, at the
 9    time I guess it was Sergeant Walsh,
10    regarding the LaMarcos?
11         A      I don't recall any specific
12    conversations.
13         Q      When you were assigned their
14    file, their renewal file, how did you
15    receive it, was it from the secretarial
16    staff or from Sergeant Walsh, if you
17    recall?
18         A      It could have been either.  I
19    don't recall.
20         Q      I am going to show you what
21    has been previously marked as Plaintiff's
22    Exhibit 3, and just go through it and
23    just look through it so you can
24    familiarize yourself with it.
25         A      With this whole thing?  Want
```

```
 1                                      31
 2    me to read this whole thing right now?
 3         Q       Yeah.
 4         A       I'm familiar with most of
 5    this.  I can look back on it if you have
 6    questions that I need to clarify.
 7         Q       Yes, that's fine.
 8                 I was wondering if anywhere
 9    in that exhibit is located the Catholic
10    Charities notation.
11         A       It's mentioned in their
12    statement.  I see it mentioned in their
13    statement.  I don't see the note from
14    Catholic Health Charities, unless I'm
15    missing it.
16                 MS. ZWILLING:  Okay.
17         Q       You would still have a copy
18    of that in the Pistol Licensing Bureau?
19         A       Yes.
20                 MS. BELLANTONI:  I would just
21            ask, and I will follow up in
22            writing, I am going to ask for a
23            copy of that note.
24         A       Okay.
25         Q       So you can maybe put it to
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                      32
 2     the side so that it can be produced.
 3               MS. BELLANTONI:  Can you mark
 4          the transcript?
 5          Q       Assuming that you received a
 6     note from Matthew's treating physician
 7     indicating that it's okay for him to
 8     reside in a home that also has firearms
 9     located in the home, what would the next
10     step be?
11          A       That would be the first step
12     in beginning the reevaluation of their
13     competence or the reevaluation as to
14     whether or not they can be reinstated.
15          Q       What would the next step be?
16          A       I would do an investigation.
17          Q       And what would you
18     investigate?
19          A       Many variables.  I mean,
20     basically, I would investigate both them
21     and the household.
22          Q       Specifically, let's say for
23     instance, you would run their background
24     check to see if they had any convictions
25     since their last renewal?
```

*Rich Moffett Court Reporting, Inc.*

```
                                              33
1
2          A       Yes, I would run a computer

3      check.

4          Q       What would that computer

5      check entail?

6          A       I would check our system to

7      see if any 911 calls were generated, that

8      would be one step.

9          Q       Okay, what else?

10         A       I would run the household.

11     When I say "run," I mean I would do a

12     background check on members of the

13     household.  It's just how we phrase it.

14         Q       For what purpose would you

15     check everybody else in the household

16     through your system?

17         A       Because it's our common

18     practice that everybody in the household

19     is held to the same standard.

20         Q       And then what else would you

21     do, assuming there was nothing in the

22     running of the backgrounds?

23         A       So you're asking me what I

24     would do if there was nothing in the

25     background and they had a note from his
```

```
1                                    34
2    treating physician?
3         Q      Yes.
4         A      Saying that he was competent
5    to reside in a home with firearms?
6         Q      Yes.
7         A      I would get updated
8    statements from both of the licensees.
9         Q      Okay, and what would you want
10   them to put in the statements?
11        A      Well, that would be their
12   statements.
13        Q      Well, so you're just going to
14   send them something that says, Send me a
15   statement?  Like, what are you looking
16   for?
17        A      Send me an updated,
18   basically, just an updated statement on
19   what occurred in the household.
20        Q      You want them to reiterate
21   what you already asked them to put in
22   writing?
23        A      And put any new incidents in
24   there, also.
25        Q      That weren't reported in the
```

```
 1                                            35

 2   system?

 3          A       That occurred.

 4          Q       Okay, and if there was

 5   nothing reported in the system as a

 6   result of their background check, you're

 7   going to ask them if there were any other

 8   incidents that occurred?

 9          A       Yes, I would ask them for an

10   updated statement.

11          Q       And then you would check that

12   to see whether they reported those

13   incidents to the Pistol Licensing Bureau

14   in accordance with the handbook?

15          A       Yes, I would do a thorough

16   background check.

17          Q       And if there were additional

18   incidents that didn't show up in your

19   background check that they didn't report

20   to the Pistol Licensing Bureau, that

21   would further cause a suspension of

22   their --

23          A       It's possible.

24          Q       Because they didn't comply

25   with the handbook?
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                        36
 2         A      Correct.
 3         Q      Which is not a law under New
 4    York State law?
 5         A      I don't know.
 6                Are you asking me to quote
 7    the law?
 8         Q      Well, you know, you're a
 9    police officer working in the Pistol
10    Licensing Bureau, do you think that --
11                MS. ZWILLING:  She's not an
12         attorney.
13         Q      -- do you think that it is
14    your responsibility as a police officer
15    enforcing the pistol licensing rules and
16    regulations to know what the state of the
17    law is?
18                MS. ZWILLING:  Objection.
19                You may answer.
20         A      I follow the common practice
21    of our office.
22         Q      Without question?
23         A      Yes.
24         Q      Assuming there were no other
25    incidents listed in the LaMarco
```

```
 1                                    37
 2    statement, what would the next step be?
 3         A      Again, there are many
 4    variables, but assuming there were no
 5    incidents and we had a note from
 6    Matthew's doctor, his treating physician,
 7    then they would probably get reinstated,
 8    but again, there's so many variables.
 9         Q      I'd like to know what they
10    are.
11         A      What the variables are?
12         Q      Yes.
13         A      Each case is different.
14         Q      Well, I'd like to know
15    specifically to the LaMarcos, what are
16    the variables so they know the path
17    forward to getting their 2nd Amendment
18    rights reinstated by Suffolk County?
19              MS. ZWILLING:  Objection.  Is
20         your question --
21              MS. BELLANTONI:  Yes, I would
22         like to know the variables.
23         A      So specific to the LaMarcos,
24    they would need a background check, they
25    would need a note from the doctor, and if
```

                                                         38

1

2    all of that was clear, then they could

3    get reinstated.

4         Q      They wouldn't need to write

5    another statement down?

6         A      I already said they would

7    need another statement.

8         Q      Yes, they would?

9         A      Yes, they would.

10        Q      I am showing you what has

11   been marked as Exhibit 2, and the first

12   two pages of that exhibit are the release

13   of medical records that was filled out

14   and signed by Matthew LaMarco.  Do you

15   see the first two pages?

16        A      Yes.

17        Q      That medical release is

18   within the file that is maintained in the

19   Pistol Licensing Bureau?

20        A      Yes.

21        Q      Did you testify that you did

22   not send this release out to the hospital

23   to obtain Matthew LaMarco's -- I'm sorry,

24   out to Catholic Charities, my apologies,

25   to receive the records that they have

*Rich Moffett Court Reporting, Inc.*