```
Phone: 631-474-4684     Nature: 10-09   Priority: 1   CC: 2016-0520903

Location: 16 TAYLOR          TERRYV       Sector: 612

Cross Street: NOSTRAND AV / BEDFORD AV

Complainant: LAMARCO DIANE

Officer: PO LAURITANO, NICHOLAS

Remarks:
15:53  COMP RECALLING 23yo son bipolar/paranoid off meds IN COHERENT REQ
       RESCUE
15:54  COMPL STATED SON IS PIPOLAR OFF MEDS/
15:54  RESCUE NOTIFIED
15:55  RESCUE NOTIFIED
15:55  VERIFY FOR VIOLENCE
15:56  SAID WILL PROBABLY GIVE HARD TIME TO RESPONDERS
16:15  26@1615
16:35  36@1633


Date Received: 08/28/2016        Shield: 5523    Dispo: 38-PMI-TSPT
Time Received: 15:52:47

Time Dispatch: 15:54:37
Time Unit Arr: 16:03:28
Time Closed:   17:29:17

------------------------ Unit Times ------------------------------

  613    Availa 08/28/2016 16:08
  612    Availa 08/28/2016 16:08 TO MATHER HOSPITAL
  612    Transp 08/28/2016 16:08
  613    Transp 08/28/2016 16:08
  612    Transp 08/28/2016 16:08
  613    Transp 08/28/2016 16:08
  612    Transp 08/28/2016 16:08
  613    Transp 08/28/2016 16:08
  613    Arrive 08/28/2016 16:08
  612    Arrive 08/28/2016 16:08
  613    Dispat 08/28/2016 16:08
  612    Dispat 08/28/2016 16:08
```