

**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
*ACCREDITED LAW ENFORCEMENT AGENCY*

**MENTAL HEALTH ASSISTANCE INCIDENT REPORT**
PDCS-2090a

BLOTTER #: 3226

| Field | Value |
|---|---|
| CC NUMBER | 16-520903 |
| PCT | 6TH |
| COMMAND | 610 |
| SECTOR | 612 |
| CAR | 612 |
| DATE OF REPORT | 8/28/16 |
| TIME OF OCCURRENCE | 1550 |
| TIME OUT | 1554 |
| DATE OF OCC | 8/28/16 |
| TIME OF ARRIVAL | 1600 |
| TIME IN | 1730 |

**INCIDENT:** MENTAL HEALTH INCIDENT
**PLACE OF OCCURRENCE:** 16 Taylor St, PJS 11776 — ☒ OUTSIDE

**COMPLAINANT:** LaMarco, Diane
**PHONE:** 747-5054
**ADDRESS:** 16 Taylor St, PJS 11776

**PERSON REQUIRING ASSISTANCE (NAME):** LaMarco, Matthew
**SEX:** ☒ MALE
**D.O.B.** 4/22/1998

**PERSON REQUIRING ASSISTANCE (ADDRESS):** 16 Taylor St, PJS 11776
**PHONE #:** 454-4684

**LOCATION OF FIRST CONTACT:** ☒ PRIVATE HOME

**NAME OF AGENCY / FACILITY / RESIDENCE:** N/A
**ADDRESS OF AGENCY / FACILITY / RESIDENCE:** N/A

**POLICE TRANSPORT TO MENTAL HEALTH FACILITY?** ☒ YES
**REFERRAL MADE?** ☒ YES
**REFERRAL MADE TO:** Mather Hospital - CPEP Unit

SUFFOLK COUNTY MOBILE CRISIS TEAM (631)952-3333  RESPONSE HOTLINE (631)751-7500  DEPARTMENT OF SOCIAL SERVICES HOTLINE (631)854-9100

**IF POLICE TRANSPORTED TO MENTAL HEALTH FACILITY, COMPLETE THE FOLLOWING** ☒ INVOLUNTARY

**ADDRESS / LOCATION WHERE TRANSPORT ORIGINATED:** 16 Taylor St, PJS 11776

| TIME OF TRANSPORT | TIME OF ARRIVAL AT FACILITY | TIME OF TRIAGE (INVOLUNTARY ONLY) | TIME OF TRANSFER TO FACILITY (INVOLUNTARY ONLY) | TIME OF OFFICER'S DEPARTURE FROM FACILITY (ALL TRANSPORTS) |
|---|---|---|---|---|
| 1613 | 1632 | 1647 | 1715 | 1715 |

**FACILITY (HOSPITAL) TRANSPORTED TO BY POLICE:** Mather Hospital
**STAFF MEMBER RECEIVING PATIENT (IF INVOLUNTARY TRANSPORT):** Mather Hospital

- DID PATIENT REQUIRE MEDICAL CLEARANCE? ☒ NO
- SIGNS OF INTOXICATION / SUBSTANCE ABUSE? ☒ NO
- IS PATIENT SUBJECT TO ARREST OR UNDER ARREST? ☒ NO
- WAS PATIENT VIOLENT PRIOR TO TRANSPORT? ☒ NO
- WAS PATIENT VIOLENT DURING TRANSPORT? ☒ NO
- DID PATIENT RESIST TRANSPORT TO HOSPITAL? ☒ NO
- IS THE PATIENT HOMELESS? ☒ NO
- IS THE PATIENT A VETERAN? ☒ NO

**CONTRIBUTING FACTORS:**
- ☒ EVIDENCE OF APPARENT MENTAL ILLNESS
- ☒ OTHER: Bi-Polar Disorder

POLICE OFFICERS MUST NOTIFY A PATROL SUPERVISOR WITHIN 30 MINUTES OF ARRIVAL AT THE FACILITY

**DETAILS:** Patient Psychiatric Emergency, Patient Bi-Polar Disorder And Not Taking Prescription Medication. Patient Reported As Having Delusional And Incoherent Thoughts.

No Pistol Permit

**NAME OF PERSON PROVIDED WITH FORM AND RELATIONSHIP TO PATIENT:** Mother 1) LaMarco Diane
**SUPERVISOR AT SCENE:** ☒ NO

**REPORT TO FOLLOW:** ☒ CLOSED NON-CRIMINAL

**REPORTING OFFICER'S NAME (PRINTED):** Nicklus Lawritano  PO 5593/6013
**SUPERVISOR'S NAME PRINTED:** Walter Langdon Sgt 1124/6003

**REPORTING OFFICER'S SIGNATURE:** N. Lauri PO#5593 6013  DATE 8/28/16
**SUPERVISOR'S SIGNATURE:** Walter Langdon Sgt 1124/6003  8/28/16

White – Central Records; Yellow – Command; Pink – Division of Community Mental Hygiene Services; Goldenrod - Hospital Staff at Drop-Off
53-0142..04/09