```
------------------------------- Incident Data --------------------------------

CC: 17-446447  Pct:06 Sector: 612  Car: 612   Domestic: Y  Command: 0610

Report Date: 07/30/17          Occurred From: 07/30/17 - 1732
       Time: 1945                         To:             -

Business Name:
        Address: 16 TAYLOR ST   TERRYV   Zip:               Town Code: 5251

        Offense         Cat         Deg    Description             Att
                                           DOMESTIC

   Remarks: 24 YO SON WALKING AROUND LOOKING FOR KNIFE HIS

----------------------------- Persons Involved -------------------------------

Typ Name                      DOB   Sex Race    Ethnicity    Relation to Off
 V  LAMARCO,MATTHEW         19930422 M  White   Non-Hispanic
    16 TAYLOR ST TERRYVILLE NY 11776  [H]:     -    -      [W]:

            Type of Injury:
           Level of Injury:
         Medical Treatment:

 V  LAMARCO,DIANE           19960311 F  White   Non-Hispanic
    16 TAYLOR ST TERRYVILLE NY 11776  [H]:6314744684    [W]:

            Type of Injury:
           Level of Injury:
         Medical Treatment:


---------------------------- Suspects/Arrestees ------------------------------

Typ Name                      DOB   Sex Race    Ethnicity   Age Hgt Wgt

-------------------------------- Vehicle(s) ----------------------------------

Year Make           Model       VIN                Color       Plate    St

-------------------------------- Property ------------------------------------

Per  Sta  Quantity  Description                            Typ  Value

-------------------------------- Narrative -----------------------------------

P1 STATES THAT P2 IS A DIAGNOSED BIPOLAR AND HASNT BEEN TAKING HIS
MEDICATION. P1 STATES THAT P2 WAS WALKING AROUND WITH A KNIFE PRIOR
TO
ARRIVAL OF PD. P2S ACTIONS MADE P1 CONCERNEDFOR HIS WELL BEING. DUE
TO
THESE ACTIONS THE UNDERSIGNED POLICE OFFICER TRANSPORTED P2 TO CPEP
FOR FURTHER EVALUATION. PISTOL LICENSE CHECKED WITH NEG RESULTS.

INVOLUNTARY TRANSPORT

1805 TRANSPORT
1819 ARRIVAL
1828 TRIAGE


------------------------------ Administrative --------------------------------

   Case Status:                  Date:
      Teletype:                  TOT:

Evidence/Tech Work Done:

                   Weapon (A):
                 Location (B):
       Larceny/Theft Category (C):
            Bias Crime Type (D):
```