

# POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.
*ACCREDITED LAW ENFORCEMENT AGENCY*

## MENTAL HEALTH ASSISTANCE INCIDENT REPORT

PDCS-2090a

BLOTTER # 100

| CC NUMBER | PCT | COMMAND | SECTOR | CAR | DATE OF REPORT | TIME OF OCCURRENCE | TIME OUT |
|---|---|---|---|---|---|---|---|
| 17-446447 | 6 | 610 | 612 | 612 | 7/30/17 | 1732 | 1732 |
| | | | | | DATE OF OCC 7/30/17 | TIME OF ARRIVAL 1738 | TIME IN 1944 |

**INCIDENT:** MENTAL HEALTH INCIDENT
**PLACE OF OCCURRENCE:** 16 TAYLOR ST TERRYVILLE ☒ INSIDE ☐ OUTSIDE

**COMPLAINANT:** DIANE LAMARCO
**PHONE:** (631) 747-5084
**ADDRESS:** 16 TAYLOR ST TERRYVILLE

**PERSON REQUIRING ASSISTANCE (NAME):** MATTHEW LAMARCO
**SEX:** ☒ MALE ☐ FEMALE
**D.O.B.:** 4/22/93

**PERSON REQUIRING ASSISTANCE (ADDRESS):** 16 TAYLOR ST TERRYVILLE, NY
**PHONE #:** 561-7277 (631)

**LOCATION OF FIRST CONTACT:** ☐ STREET ☒ PRIVATE HOME ☐ COMMUNITY RESIDENCE ☐ SCHOOL ☐ SOBER HOUSE ☐ COURT ☐ MENTAL HEALTH CLINIC ☐ OTHER

**NAME OF AGENCY / FACILITY / RESIDENCE:**
**ADDRESS OF AGENCY / FACILITY / RESIDENCE:**

**POLICE TRANSPORT TO MENTAL HEALTH FACILITY?** ☒ YES ☐ NO
**REFERRAL MADE?** ☐ YES ☒ NO
**REFERRAL MADE TO:**

SUFFOLK COUNTY MOBILE CRISIS TEAM (631)952-3333  RESPONSE HOTLINE (631)751-7500  DEPARTMENT OF SOCIAL SERVICES HOTLINE (631)854-9100

**IF POLICE TRANSPORTED TO MENTAL HEALTH FACILITY, COMPLETE THE FOLLOWING** ☐ VOLUNTARY ☒ INVOLUNTARY

**ADDRESS / LOCATION WHERE TRANSPORT ORIGINATED:** 16 TAYLOR ST TERRYVILLE, NY

| TIME OF TRANSPORT | TIME OF ARRIVAL AT FACILITY | TIME OF TRIAGE (INVOLUNTARY ONLY) | TIME OF TRANSFER TO FACILITY (INVOLUNTARY ONLY) | TIME OF OFFICER'S DEPARTURE FROM FACILITY (ALL TRANSPORTS) |
|---|---|---|---|---|
| 1805 (6:05 PM) | 1819 (6:19 PM) | 1828 (6:28 PM) | | |

**FACILITY (HOSPITAL) TRANSPORTED TO BY POLICE:** STONY BROOK HOSPITAL
**STAFF MEMBER RECEIVING PATIENT (IF INVOLUNTARY TRANSPORT):** MUSTAFA (MD)

| DID PATIENT REQUIRE MEDICAL CLEARANCE? ☐ YES ☒ NO | SIGNS OF INTOXICATION / SUBSTANCE ABUSE? ☐ YES ☒ NO | IS PATIENT SUBJECT TO ARREST OR UNDER ARREST? ☐ YES ☒ NO | IF YES, WHAT CHARGE? |
| WAS PATIENT VIOLENT PRIOR TO TRANSPORT? ☐ YES ☒ NO | WAS PATIENT VIOLENT DURING TRANSPORT? ☐ YES ☒ NO | DID PATIENT RESIST TRANSPORT TO HOSPITAL? ☐ YES ☒ NO | IS THE PATIENT HOMELESS? ☐ YES ☒ NO | IS THE PATIENT A VETERAN? ☐ YES ☒ NO |

**CONTRIBUTING FACTORS** (check all that apply): ☐ OFFICE OF MENTAL HEALTH DOCUMENTATION:
☐ ASSISTED OUTPATIENT TREATMENT PICKUP (Kendra's Law MHL9.60)   ☐ SUICIDAL STATEMENTS OR ACTS   ☐ THREATS OR HOMICIDAL STATEMENTS
☐ HIGHLY AGGRESSIVE BEHAVIOR   ☒ EVIDENCE OF APPARENT MENTAL ILLNESS   ☐ OTHER:

**POLICE OFFICERS MUST NOTIFY A PATROL SUPERVISOR WITHIN 30 MINUTES OF ARRIVAL AT THE FACILITY**

**DETAILS** (NOTE ALL ESSENTIAL DETAILS; SPECIFICALLY THOSE INDICATING NEED FOR TRANSPORT/NON-TRANSPORT):

ABOVE SUBJECT (MATTHEW LAMARCO) IS DIAGNOSED BI POLAR. SUBJECT WAS WALKING AROUND WITH A KNIFE AND WORRIED HIS PARENTS. SUBJECT HAD NO WEAPONS UPON POLICE ARRIVAL. SUBJECT HAS PRESCRIBED MEDICINE BUT IS NOT TAKING THEM.

Pistol Lic check - neg.

**WAS A COPY OF MENTAL HEALTH ASSISTANCE NOTIFICATION FORM PROVIDED?** ☐ YES ☒ NO
**NAME OF PERSON PROVIDED WITH FORM AND RELATIONSHIP TO PATIENT:**
**SUPERVISOR AT SCENE** ☐ YES ☒ NO  Name:

**REPORT TO FOLLOW:** ☒ DOMESTIC INCIDENT REPORT   ☐ INCIDENT REPORT   ☐ OTHER
☐ ACTIVE   ☐ CLEARED BY ARREST   ☐ PENDING   ☐ EXCEPTIONALLY CLEARED   ☒ CLOSED NON-CRIMINAL

| REPORTING OFFICER'S NAME (PRINTED) | RANK/ SHIELD | SUPERVISOR'S NAME PRINTED | RANK/ SHIELD |
|---|---|---|---|
| CHRISTOPHER, BRYAN | PO 6571 | Sgt. P. Beihoff | Sgt 1285 |
| REPORTING OFFICER'S SIGNATURE | DATE | SUPERVISOR'S SIGNATURE | DATE |
| PO6571/610/2 | | 1285/604/5 | 7/31/17 |

White – Central Records; Yellow – Command; Pink – Division of Community Mental Hygiene Services; Goldenrod - Hospital Staff at Drop-Off

53-0142..04/09