# DOMESTIC INCIDENT REPORT

**Agency:** SCPD
**Reported Date:** 07/30/2017 **Time:** 1732
**Occurred Date:** 07/30/2017 **Time:** 1732
☒ Radio Run
**Complaint #:** 17-446447 / 612

**Address:** 16 Taylor St Terryville, NY
**City, State, Zip:** Terryville NY 11776

## Victim (P1)
**Name:** LaMarco, Diane
**Address:** 16 Taylor St
**City, State, Zip:** Terryville NY 11776
**DOB:** 03/11/1961 **Age:** 56 ☒ Female
**Victim Phone Number:** 631-474-4684
**Language:** English
☒ White ☒ Non Hispanic
**How can we safely contact you?** SECF

## Suspect (P2)
**Name:** LaMarco, Matthew
**Address:** 16 Taylor St
**City, State, Zip:** Terryville NY 11776
**DOB:** 04/22/1993 **Age:** 24 ☒ Male
**Language:** English
☒ White ☒ Non Hispanic

**Do suspect and victim live together?** ☒ Yes
**Suspect/P2 present?** ☒ Yes
**Was suspect injured?** ☒ No
**Possible drug or alcohol use?** ☒ No
**Suspect supervised?** ☒ Not Supervised

**Suspect (P2) Relationship to Victim (P1):** ☒ Child of Victim
**Do the suspect and victim have a child in common?** ☒ No

**Emotional condition of VICTIM:** ☒ Upset

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
HE WAS WALKING AROUND WITH A KNIFE, IT MADE ME NERVOUS

**Did suspect make victim fearful?** ☒ Yes — CONCERNED WITH HIS WELL BEING
**Weapon Used?** ☒ No **Gun:** ☒ No
**Access to Guns?** ☒ No
**Injured?** ☒ No
**In Pain?** ☒ No
**Suspect Threats?** ☒ No
**Strangulation?** ☒ No
**Visible Marks?** ☒ No

**What did the SUSPECT say (Before and After Arrest):** IM FINE

**710.30 completed?** ☒ No

**Briefly describe the circumstances of this incident:**
P1 STATES THAT P2 IS A DIAGNOSED BI POLAR AND HASNT BEEN TAKING HIS MEDICATION. P1 STATES THAT P2 WAS WALKING AROUND WITH A KNIFE PRIOR TO ARRIVAL OF PD. P2'S ACTIONS MADE P1 CONCERNED FOR HIS WELL BEING. DUE TO THESE ACTIONS THE UNDERSIGNED POLICE OFFICER TRANSPORTED P2 TO CPEP FOR FURTHER EVALUATION. PISTOL LICENSE CHECKED WITH NEGATIVE RESULTS

LTF BY PO #578

**DIR Repository checked?** ☒ Yes
**Order of Protection Registry checked?** ☒ Yes
**Order of Protection in effect?** ☒ No

**Evidence Present?** ☒ No
**Destruction of Property?** ☒ No
**Offense Committed?** ☒ No
**Was suspect arrested?** ☒ No — NO OFFENSE

POLICE COPY (Please make a copy for DA's office if appropriate)
NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906
3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: 05101 | Incident #: 17-446447 | Complaint #: 612 |

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

NO PRIOR DOMESTIC REPORTS.

---

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____.

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☒ No
Strangled or "choked" you? ☐ Yes ☒ No
Beaten you while you were pregnant? ☐ Yes ☒ No

Is suspect capable of killing you or children? ☐ Yes ☒ No
Is suspect violently and constantly jealous of you? ☐ Yes ☒ No
Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☐ Yes ☒ No If NO, Why: WAS GIVEN AFTER TRANSPORT TO CPEP

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No If NO, Why:

**Signatures:**
Reporting Officer (Print and Sign include Rank and ID#): CHRISTOPHER, BRIAN PO 6571/610/2
Supervisor (Print and Sign include Rank and ID#): Sgt. Beihoff 1285/6015

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.)

I _____ (Victim/Deponent Name) state that on ___/___/_____, (Date) at _____ (Location of incident) in the County/City/Town/Village _____ of the State of New York, the following did occur:

NO STATEMENT GIVEN PO6571/610/2

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature: [signature] 7/30/2017
Witness or Officer Signature: CHRISTOPHER, BRIAN PO6571/610/2 Date: 7/30/17
Interpreter Signature and Interpreter Service Provider Name: _____
Interpreter Requested ☐ Yes ☒ No Interpreter Used ☐ Yes ☒ No Date: _____

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS