```
------------------------------------ Incident Data ------------------------------------
CC: 19-160079  Pct:06  Sector: 612   Car: 612    Domestic:      Command: 0610
Report Date: 03/16/19           Occurred From: 03/16/19 - 1849
       Time: 1915                          To:                -
Business Name:                                          Town Code: 5251
     Address: 16 TAYLOR ST    TERRYV   Zip:

     Offense           Cat         Deg     Description              Att
                                           AIDED CASE

     Remarks:  y/o   APPEARS TO BE INTOX OR HIGH AT THIS TIME

------------------------------- Persons Involved -------------------------------
Typ Name                       DOB   Sex Race    Ethnicity    Relation to Off
 C   LAMARCO,MATTHEW            19930422 M
     16 TAYLOR ST TERRYVILLE NY   [H]:631-474-4684  [W]:

         Type of Injury:
        Level of Injury:
      Medical Treatment:


------------------------------- Suspects/Arrestees -------------------------------
Typ Name                       DOB   Sex Race    Ethnicity   Age  Hgt   Wgt

------------------------------- Vehicle(s) -------------------------------
Year Make           Model          VIN                Color       Plate    St

------------------------------- Property -------------------------------
Per  Sta  Quantity  Description                              Typ  Value

------------------------------- Narrative -------------------------------
ABOVE SUBJECT DISORIENTED, POSSIBLY UNDER INFLUENCE OF ALCOHOL,
PRESCRIPTION PSYCHIATRIC MEDICATION AND MARIJUANA .  TERRYVILLE
VOLUNTEER FIRE DEPARTMENT RESCUE RESPONDED AND TRANSPORTED TO
MATHER HOSPITAL FOR EVALUATION AND TREATMENT.  NO PISTOL LICENSE
POSSESSED, NO PISTOL LICENSE ON PREMISES.
```

```
-------------------------------- Administrative --------------------------------

  Case Status: Closed Non Crimina  Date: 20190316
     Teletype:                      TOT:

Evidence/Tech Work Done:

                        Weapon (A):
                      Location (B):
        Larceny/Theft Category (C):
               Bias Crime Type (D):
    Is Victim also Complainant (E):
       Is Offense Gang Related (F):
       Is Offense Computer Rel (G):
                     Drug Type (H):
        Assault/Homicide Circum (I):
        Burglary Point of Entry (T):
       Burglary Method of Entry (U):
               Cancel Teletype:
          Cancel Teletype Date:

                       Domestic:
             Order or Protection:
     Violate Order of Protection:
                   Issuing Court:
                     Arrest Made:
               Non-Arrest Reason:
                   Resist Arrest:
                   Guns in House:
              Victim Contrib Fact:
             Suspect Contrib Fact:
        Vulnerable Adult Abuse Case:

     Officer: PO    RIBEIRO           BRIAN E       4167
  Investigator:
   Supervisor: SGT   BUONOCORE         MICHAEL J    1374

---------------------------- Tour Report Entries ----------------------------
```

```
Phone: 631-474-4684      Nature: 10-09   Priority: 1   CC: 2019-0160079

Location: 16 TAYLOR            TERRYV       Sector: 612

Cross Street: NOSTRAND AV / BEDFORD AV

Complainant: LAMARCO THOMAS

Officer: PO RIBEIRO, BRIAN

Remarks:
18:49 son on psych meds 25 y/o
18:49 APPEARS TO BE INTOX OR HIGH AT THIS TIME
18:49 UNK IF POSS HEROINE
18:49 HAS DONE HEROINE BEFORE
18:49 RESCUE NOTIFIED
18:50 612 NARCAN CERT AND EQUIP
18:51 BCC
18:51 NO ANSWER FOR MEDCAT


Date Received: 03/16/2019           Shield: 4167    Dispo: 38-FIELD
Time Received: 18:49:30

Time Dispatch: 18:49:43
Time Unit Arr: 18:59:27
Time Closed:   19:25:17

------------------------ Unit Times -----------------------------

  641     Availa 03/16/2019 19:03
  612     Availa 03/16/2019 19:03 MATTHEW LAMARCO INTOX TERRYVILLE FD TO M
  610     Availa 03/16/2019 19:03
  612     Arrive 03/16/2019 19:03
  610     Arrive 03/16/2019 19:03
  N-ME    Availa 03/16/2019 19:03
  N-CM    Availa 03/16/2019 19:03
  N-CM    Dispat 03/16/2019 19:03
  N-ME    Dispat 03/16/2019 19:03
  641     Dispat 03/16/2019 19:03
  610     Dispat 03/16/2019 19:03
  612     Dispat 03/16/2019 19:03
```