## POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.
*ACCREDITED LAW ENFORCEMENT AGENCY*
### FIELD REPORT PDCS-1053c

| CENTRAL COMPLAINT NUMBER | PCT. OF OCC. | SECTOR | CAR NO. | HAMLET |
|---|---|---|---|---|
| 2019-0160079 | 6 | 612 | 612 | TERRYV |

**INCIDENT:** AIDED CASE

**INCIDENT LOCATION (INCLUDE BUSINESS NAME):** 16 TAYLOR ST

| DAY | DATE | TIME | DAY | DATE | TIME |
|---|---|---|---|---|---|
| SAT | 3/16/2019 | 18:49 | | | |

| COMPLAINANT OR VICTIM | PT | DATE OF BIRTH | M/F |
|---|---|---|---|
| LAMARCO, MATTHEW | C | 4/22/1993 | M |

**ADDRESS:** 16 TAYLOR ST  TERRYVILLE NY
**TELEPHONE:** 631-474-4684

**DETAILS:**
ABOVE SUBJECT DISORIENTED, POSSIBLY UNDER INFLUENCE OF ALCOHOL, PRESCRIPTION PSYCHIATRIC MEDICATION AND MARIJUANA. TERRYVILLE VOLUNTEER FIRE DEPARTMENT RESCUE RESPONDED AND TRANSPORTED TO MATHER HOSPITAL FOR EVALUATION AND TREATMENT. NO PISTOL LICENSE POSSESSED, NO PISTOL LICENSE ON PREMISES.

| DATE OF REPORT | TIME OUT | TIME ARRIVED | TIME IN | TOUR | FOUNDED |
|---|---|---|---|---|---|
| 3/16/2019 | 18:49 | 18:59 | 19:25 | 1500-2300 | X YES  ☐ NO |

☐ ACTIVE  ☒ CLOSED (NON-CRIMINAL ONLY)  ☐ CLEARED BY ARREST
☐ PENDING  ☐ EXCEPTIONALLY CLEARED
**REPORT TO FOLLOW:** NO

**POLICE OFFICER:** RIBEIRO, BRIAN PO/4167/3C2
**SUPERVISOR:** BUONOCORE, MICHAEL SGT/1374/636

Printed 5/15/2024 8:35:27 AM

Anyone with information about crimes is asked to call Crime Stoppers at 1-800-220-TIPS. Crime Stoppers of Suffolk County, Inc., is offering a Cash Reward of up to $5000.00 for information leading to an arrest.

