**STATE OF NEW YORK**
**PISTOL/REVOLVER LICENSE APPLICATION**

PPB-3 REV. 10/03

INSTRUCTIONS: Print or type in black ink only

| Field | Value |
|---|---|
| NYSID NUMBER | 2468797P |
| LICENSE NUMBER | C-089591 |
| DATE OF ISSUE | 04/01/15 |
| COUNTY OF ISSUE | SUFFOLK |
| EXPIRATION DATE | 04/01/16 |
| LAST NAME | LAMARCO |
| FIRST NAME | DIANE |
| MI | E |
| DATE OF BIRTH | 03/11/61 |
| SEX | F |
| RESIDENCE ADDRESS | 16 TAYLOR ST |
| CITY | PT JEFF STATION |
| ZIP | 11776 |
| HGT | 63 |
| WGT | 100 |
| EYES | BLU |
| HAIR | BLN |
| RACE | W |
| SSN | 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 |
| CITIZEN OF U.S.A. | YES |
| EMPLOYED BY | THE OPPORTUNITY PRE-SCHOOL |
| BUSINESS ADDRESS | 495 HOFFMAN LA, HAUPPAUGE, NY, US |

I HEREBY APPLY FOR A PISTOL/REVOLVER LICENSE TO: [X] CARRY CONCEALED

A LICENSE IS REQUIRED FOR THE FOLLOWING REASON:
SPORTSMAN

**CHARACTER REFERENCES:**

| Last, First, MI | Street Address | City, Village, Town | Signature |
|---|---|---|---|
| FACCIOLA, RICHARD | 7 HIGHWOODS CT | ST JAMES NY | ON FILE |
| FISCHER, LINDA | 3 MCNULTY ST | DIX HILLS NY | ON FILE |
| FRUHAUF, JOHN | 100 NOSTRAND AV | PT JEFF STATION N | ON FILE |
| SCOVETTA, CHRISTINE | 46 VILLAGE GREEN DR | PT JEFF STATION N | ON FILE |

HAVE YOU EVER BEEN ARRESTED, SUMMONED, CHARGED OR INDICTED ANYWHERE FOR ANY OFFENSE, INCLUDING DWI (EXCEPT TRAFFIC INFRACTIONS)? [X] NO

| Question | Answer |
|---|---|
| Ever been terminated/discharged from employment or armed forces for cause? | NO |
| Ever undergone treatment for alcoholism or drug use? | NO |
| Ever suffered any mental illness, or been confined to any hospital for mental illness? | NO |
| Ever had a pistol license, dealer's license, gunsmith license, or any application disapproved, revoked or cancelled? | NO |
| Do you have any physical condition which could interfere with the safe and proper use of a handgun? | NO |
| Ever been charged, petitioned against, a respondent, or otherwise been a subject of a proceeding in Family Court? | NO |

(Stamp: NO RECORD — DEPT OF MENTAL HYGIENE)

ANY OMISSION OF FACT OR ANY FALSE STATEMENT WILL BE SUFFICIENT CAUSE TO DENY THIS APPLICATION AND CONSTITUTES A CRIME PUNISHABLE BY FINE, IMPRISONMENT, OR BOTH.

I AM AWARE THAT THE FOLLOWING CONDITIONS AFFECT ANY LICENSE WHICH MAY BE ISSUED TO ME:

1. NO LICENSE ISSUED AS A RESULT OF THIS APPLICATION IS VALID IN THE CITY OF NEW YORK.
2. ANY LICENSE ISSUED AS A RESULT OF THIS APPLICATION WILL BE VALID ONLY FOR A PISTOL OR REVOLVER SPECIFICALLY DESCRIBED IN THE LICENSE PROPERLY ISSUED BY THE LICENSING OFFICER.
3. IF I PERMANENTLY CHANGE MY ADDRESS, NOTICE OF SUCH CHANGE AND MY NEW ADDRESS MUST BE FORWARDED TO THE SUPERINTENDENT OF THE STATE POLICE AND IN NASSAU COUNTY AND SUFFOLK COUNTY, TO THE LICENSING OFFICER OF THAT COUNTY, WITHIN 10 DAYS OF SUCH CHANGE.
4. ANY LICENSE ISSUED AS A RESULT OF THIS APPLICATION IS SUBJECT TO REVOCATION AT ANY TIME BY THE LICENSING OFFICER OR ANY JUDGE OR JUSTICE OF A COURT OF RECORD.

**JURAT:**
SIGNED AND SWORN TO BEFORE ME THIS 20 DAY OF OCTOBER, 2010
AT YAPHANK, NEW YORK

Signature of Applicant: Diane LaMarco

APPLICATION NOT VALID UNLESS SWORN

THIS FORM APPROVED BY SUPERINTENDENT OF STATE POLICE AS REQUIRED BY PENAL LAW SECTION 400.00, SUBD.3.