```
                                                          1
     UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
     ----------------------------------------x
     Thomas LaMarco and Diane LaMarco,
                         Plaintiffs,      Civil Index No:
                                          21 Civ. 3716
             -against-

     Suffolk County, New York, Commissioner
     Rodney Harrison, Individually and in
     his Professional capacity, Captain
     William Scrima, Individually, Sgt.
     William Walsh, Individually, Police
     Officer "John" Plihcik, Individually,
     and "John Does 1-5", Individually,
                         Defendants.
     ----------------------------------------x
                              100 Federal Plaza
                              Central Islip, New York

                              November 21, 2023
                              9:57 a.m.


             Deposition of Defendant
         POLICE OFFICER CIARA PLIHCIK,
         pursuant to Notice, before Diana
         Mitchell, a Notary Public of the
         State of New York.
```

*Rich Moffett Court Reporting, Inc.*

```
                                                    15
     Q      Are you regularly assigned to
the window?
     A      No, not regularly, but
sometimes.
     Q      Is that like if somebody is
out sick you fill in?
     A      Correct.
     Q      So if you don't generally
handle the renewals as an applicant
investigator, who would handle the
renewals in the office?
     A      Initially it would go to one
of the secretarial staff members.
     Q      And then where would it go?
     A      Well, it depends.
     Q      If you know, so walk me
through the different scenarios.
     A      I'm not overly familiar with
it because I'm not involved with it, but
it's my understanding that if there is no
issues, then the renewal will be
approved, if an issue comes up, then it
would go to a supervisor.
     Q      Can the secretaries approve
```

```
                                              16
   the renewals if there is no issue or do
   they still need to go to a supervisor?
         A     I don't know.
         Q     In this case with the
   LaMarcos, you are aware that the issues
   of the nonreporting of Matthew's mental
   health treatment arose from the LaMarcos'
   renewal of their pistol licenses; is that
   correct?
         A     Yes.
         Q     What is your understanding or
   what is your knowledge of how that came
   to the --
         A     I wasn't aware.
         Q     You have to wait.  I am
   sorry, I know I paused and I apologize.
               -- to the Licensing Bureau's
   attention?
         A     I was aware of it when I was
   assigned the files.
         Q     Do you recall approximately
   when you were assigned the files?
         A     Approximately April of '21.
         Q     What information did you have
```

*Rich Moffett Court Reporting, Inc.*

```
 1                                              17
 2   at the point in time where you were
 3   assigned their files?
 4          A      I was notified that they had
 5   failed to notify Pistol Licensing Bureau
 6   of a mental health issue within their
 7   household as they were required to do so.
 8          Q      Had their licenses been
 9   suspended at that point in time already?
10          A      When I received the file?
11          Q      Yes.
12          A      Yes.
13          Q      Did you receive a hardcopy
14   file or just --
15          A      Hardcopy.
16          Q      Since being assigned to the
17   Pistol Licensing Bureau in or around
18   2017, what, if any, training did you
19   receive with regard to pistol licensing?
20          A      When I first got there, I was
21   trained by another police officer or by
22   my team.
23          Q      When you say "team," who do
24   you mean?
25          A      So we have three teams, back
```

```
                                                    18
   then, I don't know if I had teams back
   then, but by the other police officers
   and civilians in the office.
        Q    I'm sorry, were you done with
   your answer?
        A    Yes.
        Q    Now you have three teams?
        A    Yes.
        Q    Have you had three teams
   since 2020?
        A    I believe so.
        Q    Since you were assigned the
   suspension?
        A    I believe so.
        Q    And what are those three
   teams?
        A    We have team 1, 2 and 3.
   There are people assigned to each team.
        Q    Do they have the same duties
   and responsibilities?
        A    Yes.
        Q    What is the difference
   between and among the teams?
        A    There are really no
```

*Rich Moffett Court Reporting, Inc.*

```
                                                   19
  differences.  They're made up of
  civilians and police officers.
       Q     So just getting back to the
  training, what, if any, training do you
  recall receiving when you first began in
  the Pistol Licensing Bureau?
       A     I don't recall specifics.
       Q     Was it just on-the-job
  training or any formal training?
       A     I think it was just
  on-the-job training.
       Q     Was it just specific to the
  procedures in Pistol Licensing?
       A     I don't recall.
       Q     Since 2017 have you received
  any other training with regard to pistol
  licensing?
       A     I don't -- I don't know.
       Q     Within the last five years
  have you received any training with
  regard to pistol licensing?
       A     I don't recall.
       Q     Is there a legal department
  within the Suffolk County Police
```

*Rich Moffett Court Reporting, Inc.*

```
                                            20
   Department?
        A    Yes.
        Q    Have you received, or
   generally to your knowledge, has the
   Licensing Bureau received any training
   from the legal department within the last
   five years?
        A    Not that I'm aware of.
        Q    Have you received any
   training with regard to constitutional
   issues or 2nd Amendment-related rights in
   your assignment to the Pistol Licensing
   Bureau during official training?
        A    No.
        Q    How about unofficial?
        A    I mean, we discuss sometimes.
        Q    Is it just discussions
   between and among the Licensing Bureau
   staff or is it supervisory discussions
   with the staff?
        A    I would say both.
        Q    What was the sum and
   substance of those conversations?
        A    I can't recall specific
```

*Rich Moffett Court Reporting, Inc.*

```
                                          21
    conversations, it's just as things evolve
    we discuss them.
         Q      You can't think of any
    incidents at all?
         A      No.
         Q      What about Thomas LaMarco and
    his eligibility to possess firearms
    generally was negatively affected by his
    son's ineligibility to possess firearms?
         A      Are you asking me why it was
    suspended?
         Q      No, I am asking you how
    Thomas LaMarco is ineligible to possess
    handguns because his son happens to be
    ineligible to possess handguns?
                MS. ZWILLING:  Objection.
                You may answer.
         A      Because it's a common
    practice at the Pistol Licensing Bureau
    that the entire household is held to the
    same standard as the licensee, the same
    eligibility.
         Q      Who came up with that idea?
         A      I don't know.
```

*Rich Moffett Court Reporting, Inc.*

```
                                              22
   Q      Has it always been that way
since you worked there?
   A      Since I worked there, yes.
   Q      Have there been any
discussions with the Licensing Bureau
that you were involved in or personally
heard regarding an individual's right to
possess firearms versus another person
that lives in the household?
   A      No, it's just been our common
practice that everybody, if one person in
the household is not eligible, the entire
household is held to that.
   Q      So under what circumstances
would the LaMarcos be able to have their
suspension lifted?
   A      If they receive a note from
their son's treating physician stating
that there's no issues with him residing
in a home with firearms or if his son
moved out of his home.
   Q      What would the circumstances
be if their son isn't able to obtain a
note from a physician?
```

```
                                              24
    Q      Did you ever learn from the
LaMarcos how they store their firearms?
    A      I believe it's in the file.
I don't recall if it's in their statement
or it's in your letter, but yes, there is
reference to how they store their
firearms.
    Q      Did you take that as true or
it wasn't relevant?
    A      It wasn't relevant.
    Q      How come?
    A      Because their safe storage of
the firearms is not under debate, it's
not under question.
    Q      Oh, okay, so you're taking
that as true then that they do safely
store their firearms in the manner they
describe?
    A      I am not taking it any way.
I haven't witnessed it myself.
    Q      If the LaMarcos store their
firearms in such a manner that they are
not accessible to their son Matthew or
any other third party, then why can't
```

```
                                              25
 2   their suspension be lifted?
 3        A    Again, as the common practice
 4   in my office, that if one person is in
 5   the household is ineligible, then the
 6   entire household is ineligible.
 7        Q    Is Matthew ineligible to
 8   possess firearms?
 9        A    Yes.
10        Q    And how so?
11        A    Because we would require a
12   doctor's note stating that he is capable
13   of possessing firearms before he would
14   get approved.
15        Q    Based on what?  In other
16   words, what information do you have in
17   your files that indicate that Matthew is
18   firearms prohibited?
19        A    He was transported to psyche
20   ward for a mental health evaluation.
21        Q    And a transport itself is
22   enough to disqualify someone from
23   firearms possession?
24        A    Yes.
25        Q    You said a few times that
```

```
                                                    35
    system?
         A    That occurred.
         Q    Okay, and if there was
    nothing reported in the system as a
    result of their background check, you're
    going to ask them if there were any other
    incidents that occurred?
         A    Yes, I would ask them for an
    updated statement.
         Q    And then you would check that
    to see whether they reported those
    incidents to the Pistol Licensing Bureau
    in accordance with the handbook?
         A    Yes, I would do a thorough
    background check.
         Q    And if there were additional
    incidents that didn't show up in your
    background check that they didn't report
    to the Pistol Licensing Bureau, that
    would further cause a suspension of
    their --
         A    It's possible.
         Q    Because they didn't comply
    with the handbook?
```

*Rich Moffett Court Reporting, Inc.*

```
                                              36
 1
 2         A     Correct.
 3         Q     Which is not a law under New
 4   York State law?
 5         A     I don't know.
 6               Are you asking me to quote
 7   the law?
 8         Q     Well, you know, you're a
 9   police officer working in the Pistol
10   Licensing Bureau, do you think that --
11               MS. ZWILLING:  She's not an
12         attorney.
13         Q     -- do you think that it is
14   your responsibility as a police officer
15   enforcing the pistol licensing rules and
16   regulations to know what the state of the
17   law is?
18               MS. ZWILLING:  Objection.
19               You may answer.
20         A     I follow the common practice
21   of our office.
22         Q     Without question?
23         A     Yes.
24         Q     Assuming there were no other
25   incidents listed in the LaMarco
```

*Rich Moffett Court Reporting, Inc.*