

**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
**PISTOL LICENSING BUREAU**
**30 YAPHANK AVENUE YAPHANK NEW YORK 11980**
PHONE: 631-852-6311   FAX: 631-852-6670   SUFFOLK COUNTY WEBSITE: www.co.suffolk.ny.us
OFFICE HOURS: MONDAY TO FRIDAY 9:00 AM TO 4:30 PM
PDCS-4444

# PISTOL LICENSE NOTICE OF SUSPENSION

Diane E LAMARCO
16 TAYLOR ST
PT JEFF STATION, NY 11776

RE:   License #   C-089591
Expiration Date: 04/01/2021

Date: 4/9/2021

Dear Licensee,

As a result of a Mental Health assist that occurred involving a member of your household and your failure to notify this office, your Suffolk County pistol license is hereby suspended pending further investigation into your continued qualification to possess same.

If you have not already done so, please respond to the Suffolk County Police Licensing Bureau, Police Headquarters, or your local precinct immediately and surrender your pistol license and all handguns in your possession. Only after surrendering your handguns will you have the right while under suspension, if you desire, to transfer ownership or sell the handgun(s) to a gun dealer. **(Unless prohibited by Court Order)**

You are directed to provide this office with a sworn statement (enclosed), in your own words, thoroughly explaining in detail the circumstances surrounding this incident. We must receive your **NOTARIZED STATEMENT** within ten days of your receipt of this correspondence. In the case of an arrest, your statement may be provided upon adjudication, but it must be accompanied by a Transcript of Record including disposition before your license can be reinstated. Please note that if the term of your license is set to expire while your license is under suspension, it will be your responsibility to initiate the renewal process.

You will be notified in writing of the result of the investigation.

If you have any questions regarding this matter, you may contact Police Officer Plihcik of this office at 631-852-6642.

Truly yours,

*[signature]*

William Walsh, Sgt.
Executive Officer
Pistol Licensing Bureau