```
                                                        1
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
    ------------------------------------x
    Thomas LaMarco and Diane LaMarco,
                        Plaintiffs,     Civil Index No:
                                         21 Civ. 3716
            -against-

    Suffolk County, New York, Commissioner
    Rodney Harrison, Individually and in
    his Professional capacity, Captain
    William Scrima, Individually, Sgt.
    William Walsh, Individually, Police
    Officer "John" Plihcik, Individually,
    and "John Does 1-5", Individually,
                        Defendants.
    ------------------------------------x
                            100 Federal Plaza
                            Central Islip, New York

                            November 16, 2023
                            10:00 a.m.

            Deposition of Defendant
        LIEUTENANT WILLIAM WALSH, pursuant
        to Notice, before Diana Mitchell, a
        Notary Public of the State of New
        York.
```

*Rich Moffett Court Reporting, Inc.*

```
                                              22
         Do the license requirements
that are depicted in Chapter 2 there, do
they inform the public of what the
eligibility is for obtaining a pistol
license?
     A    This is part of the
requirements.
     Q    If you turn to the next page,
023, toward the middle of the page, do
you see the sentence, "The final
statutory requirement"?
     A    Yes.
     Q    "The final statutory
requirement in the penal law grants the
licensing officer the authority to
consider facts not specifically addressed
above as grounds for disapproving an
application."  Do you see where it says
that?
     A    Yes.
     Q    I know what it says in the
pistol licensing handbook, we can see
that on page 023.  The factors that
determine eligibility, whether they're on
```

```
                                              31
    and federal law, can we agree on that?
         A     Yes.
         Q     Who in the licensing bureau
    enforces the handbook?
         A     It would be through the
    commissioner's office.
         Q     So if a licensee, like in
    this case, well, let's just use this
    case.  If you recall, and if you don't
    we'll go through documentation, but so
    Mr. and Mrs. LaMarco live with their
    adult son, and there were police-aided
    calls, like an aided call, like police
    responses to their home for their son, if
    you recall, how did that information get
    to the licensing bureau, how did it come
    to the licensing bureau's attention, if
    you know?
         A     I don't recall specifically
    this.
         Q     Do you recall generally
    during your years in the licensing bureau
    how the bureau learns of such
    information; in other words, is it from
```

*Rich Moffett Court Reporting, Inc.*

```
                                              32
 1
 2   police officers sending a report in or at
 3   renewal maybe, recertification?
 4         A     At renewal time.  One example
 5   is at renewal time our administrative
 6   office does review of the licensee of any
 7   incidents that may be police related that
 8   happened the prior -- during the time
 9   that -- that they had the license.  Also,
10   we'd receive email notifications for
11   certain incidents.
12         Q     From who?
13         A     It's a computer program and
14   officers will send documentation of
15   incidents.
16         Q     Like a domestic incident
17   report, is that the kind of information
18   that would be sent to the Pistol
19   Licensing Bureau?
20         A     That could be one, yes.
21         Q     And what are some other
22   types?
23         A     Mental health issue.
24         Q     And by "Mental health issue,"
25   do you mean a report under Mental Hygiene
```

```
                                                   33
   Law 9.46, or do you mean a police officer
   was called to a home and just classifies
   it as a mental health answer?
        A    I don't know the case laws of
   that specific section, but an example
   would be if someone was committed to a
   hospital for mental health issues which
   they needed assistance.
        Q    So a transport by one of the
   officers?
        A    That could be it, yes, that
   could be one situation.
        Q    That could be one?
        A    Yes.
        Q    And so mental health
   transports are -- well, are officers
   required to forward this type of
   information to the licensing bureau?
        A    I would have to review policy
   and procedure for the County on
   specifics.
        Q    With regard to the mental
   health-related information that was sent
   from the officers to the Pistol Licensing
```

```
                                                  34
 1
 2   Bureau, is that mental health information
 3   regarding the licensee or anyone in their
 4   household or something else?
 5        A    It would be licensee and
 6   household members.
 7        Q    So from the time that you
 8   were assigned to the Pistol Licensing
 9   Bureau, if a licensee resided with
10   someone who had a mental health issue or
11   who was transported to a hospital for a
12   mental health-related issue, that would
13   pose a ground for the license to be
14   suspended?
15        A    Yes, it can.
16        Q    And it did, right, during
17   your time?
18        A    Had it, yes, at times.
19        Q    So for the times that it did
20   not result in a suspension, what
21   delineated whether it was going to result
22   in a suspension for a licensee or not if
23   any family member had been transported
24   for a mental health evaluation, how was
25   that decision made?
```

*Rich Moffett Court Reporting, Inc.*

```
                                                          35
  2        A      I'm sorry, say that again.
  3   I'm sorry, if you can rephrase it?
  4        Q      So if there was a family
  5   member of a licensee that was transported
  6   for a mental health issue, transported
  7   for evaluation, you said sometimes that
  8   would result in the suspension of the
  9   pistol licensee's license and sometimes
 10   it wouldn't, so what were the factors
 11   that the Pistol Licensing Bureau looked
 12   at to make a decision about whether it
 13   would be suspended or not suspended?
 14        A      Determination could be made
 15   that the person doesn't live at that
 16   address anymore would be an example.
 17        Q      Anything else?
 18        A      No, not specifically that I
 19   can think of now.
 20        Q      And if the person still lived
 21   in the household with the licensee, the
 22   suspension was certain to happen?
 23        A      I would have -- I would have
 24   to -- I would have to see the -- I'm
 25   sorry, I'm just trying to think of the
```

—*Rich Moffett Court Reporting, Inc.*—

```
                                              36
 1
 2   proper way to articulate.
 3        Q    Okay, take your time.
 4        A    I would say traditionally the
 5   license would be suspended, but I can't
 6   recall every incident.
 7        Q    That was generally the
 8   policy?
 9        A    Yes.
10        Q    If you turn to 054 of Exhibit
11   1, in the middle of the page it
12   indicates, "Additional Reasons For
13   Disapproval," and underneath, right
14   underneath, it states, "The lack of a
15   'automatic bar' in your background does
16   not guarantee the issuance or renewal of
17   a pistol license.  There are many other
18   factors that are considered in the
19   investigation into an individual's
20   qualification to possess a pistol
21   license.  Reasons for disapproval, other
22   than the above referenced automatic bars,
23   include, but are not limited to," and
24   then it lists seven factors, and if you
25   look under Number 5, one of the factors
```

```
                                               47
 ```
```
   PowerPoint that I made.
          Q      What was the purpose of
   making the PowerPoint?
          A      I made the PowerPoint.  I
   took a course called IDC, Instructor
   Developmental Course, in which you had to
   create a lecture, a course, a class plan.
          Q      Where did you take that
   course?
          A      At the Suffolk County Police
   Academy.
          Q      Did you present this
   PowerPoint to anyone?
          A      I had to perform it in front
   of the instructors for the course.
          Q      Other than performing it for
   the instructors at the course, was this
   PowerPoint, to your knowledge, used to
   instruct the Suffolk County Police
   Officers in their duties and
   responsibilities?
          A      I did use it for that
   purpose, yes.
          Q      And when did you do that?
```

*Rich Moffett Court Reporting, Inc.*