62

a non-licensee to provide a release for their mental and mental health and/or medical records?

A    An example would be in an incident in which a household member was transported to a mental health facility by the police.

Q    And if Matthew LaMarco had refused to provide his medical records, is that a situation that would likely have resulted in the revocation of the LaMarcos' pistol license?

A    That I couldn't tell you based on the specifics.

Q    In your experience in the Pistol Licensing Bureau, have you seen or experienced other non-licensees provide this release to the bureau or this type of a release?

A    It has been used in other cases, I don't remember specific details.

Q    Can you recall, not the specifics, but whether in the past a licensee had been unable to or refused to

```
                                                63
 1
 2    provide this type of release from their
 3    household member or family member?
 4         A    No, I can't.
 5         Q    As you sit here is it your
 6    general recollection that when asked,
 7    licensees typically provide or obtain the
 8    release for medical records of their
 9    household members?
10         A    From what I am aware of, I
11    believe so.
12         Q    So once this authorization is
13    received, is the next step getting the
14    medical records from the hospital or
15    facility?
16         A    That would be one of the
17    steps.
18         Q    What would be another step?
19         A    Whatever other aspects of
20    their investigation.  I can't give you
21    specific details.  Depending on what else
22    we are working on references a specific
23    investigation.
24         Q    So that would be a part of
25    whatever investigation they're
```

```
                                            68
 1
 2    that's the request --
 3         A       It appears that's the
 4    request, yes.
 5         Q       -- to Catholic Charities?
 6                 In your experience, have you
 7    encountered circumstances where the
 8    mental health professional will not
 9    provide any professional opinion as to
10    whether a non-licensee is fit to reside
11    in a home with firearms?
12         A       I believe it has happened.
13    I'm tying to recall a specific.  Yes.
14         Q       If you can't get a mental
15    health professional to say that family
16    member is competent to live in a home
17    with firearms, then what's the policy,
18    when you were there in the Pistol
19    Licensing Bureau, for reinstatement of
20    that pistol license?
21         A       Well, I've had, I'm trying to
22    remember specific, I've had it where
23    people had issues getting medical
24    notification from a medical expert, but I
25    don't recall any incident where they
```

```
                                                    69
```

couldn't get anything from somebody who is in the medical profession that's an expert in the field.

    Q    But without a mental health professional or a medical professional's letter saying that this person is okay to live in the home with firearms, what is the rule or what was the rule in the Pistol Licensing Bureau about reinstating that pistol license? And again, we're talking about a family member or a household member, not the licensee who needs to get the letter.

    A    It would require someone in the medical expert in -- in this case, medical expert to be able to provide documentation before the pistol license would be reinstated, before we could reinstate.

    Q    The license?

    A    The license.

    Q    And if you go down to the next paragraph, the second sentence, "I am aware that the information disclosed

```
                                                    74
   could look back on that, look into the
   pistol licensing book to determine a
   specific term or section, but if someone
   in the household did have a mental health
   incident, it was a possibility for a
   suspension.
        Q    So she is unfit because the
   pistol license handbook defined her as
   being unfit for not reporting the
   incident or for living with someone who
   had a mental assist?
             MS. ZWILLING:  Objection.
             You may answer.
        A    Okay, it appears that as a
   combination of both, having someone -- a
   household member with a mental health
   assist incident and failure to notify the
   office.
        Q    Other than the pistol
   licensing handbook, are you aware of any
   other state statute or federal law that
   renders, like a felony conviction,
   renders someone ineligible or
   disqualified from possessing firearms
```

*Rich Moffett Court Reporting, Inc.*

```
                                                75
    because someone else has a mental health
    issue?
          A     I'm not familiar with the law
    in that nature.
          Q     So your point of reference is
    solely what's written in the pistol
    licensing handbook?
          A     I followed what was in the
    pistol licensing handbook.
          Q     And under the notice of
    suspension, Diane LaMarco was required to
    surrender pistol license and all
    handguns; is that correct?
          A     Yes.
          Q     Was she also required to
    surrender rifles and shotguns, if you can
    recall, under Penal Law Section 400?
          A     I can't recall.
          Q     Further down she was also
    directed to provide the Pistol Licensing
    Bureau with a sworn statement in her own
    words explaining in detail the
    circumstances surrounding the incident,
    correct?
```

*Rich Moffett Court Reporting, Inc.*

```
                                            76
```

        A       Yes.
        Q       And if you turn to the next page, that's a Pistol License Notice of Suspension Hearing, that's exactly the same but with regard to Mr. Thomas LaMarco, correct?
        A       Yes.
        Q       And if you turn the page again, do you recognize this document?
        A       Yes.
        Q       It is dated May 27th, so that's why I was asking. This is a letter from Thomas and Diane LaMarco to the Pistol Licensing Bureau explaining the incident that led to their son's transport for a mental health evaluation; is that right?
        A       Yes.
        Q       Do you recall when you saw this for the first time?
        A       No.
        Q       Now, in this letter in the second paragraph, it says, "The LaMarcos indicate that they have always kept their

```
 1                                                      77
 2      firearms in a closet that has a
 3      combination lock and that locks
 4      automatically when closed in a safe
 5      within that closet and with a trigger
 6      lock at all times."  Do you see that in
 7      the second paragraph?
 8              A      Yes.
 9              Q      If true, does the fact that
10      their firearms are safely secured from
11      third parties change the circumstances
12      with regard to the reinstatement of their
13      pistol license?  In other words, they're
14      saying their son has no access to these
15      firearms, is it still necessary under the
16      policies and procedures to look through
17      the medical records and make a
18      determination about their license and
19      whether it could be reinstated?
20              A      We'd have to refer to the
21      medical experts that it would be safe to
22      have the firearms in the house.
23              Q      Even if they're completely
24      locked up in a closet in a safe with a
25      combination lock with trigger locks that
```

```
 1                                          78
 2   the son has no access to, you still would
 3   need an approval from a mental health
 4   professional in order to reinstate the
 5   LaMarcos' pistol license?
 6        A     We would have to continue
 7   investigation to verify these facts and
 8   to get a medical expert's opinion on the
 9   subject.
10        Q     Assuming that a police
11   officer verified that they have
12   everything locked up, let's assume that,
13   you would still need an expert medical
14   opinion that the son could remain in the
15   house with the firearms; is that
16   accurate?
17        A     We would require a medical
18   expert's professional opinion on this,
19   yes.
20        Q     About Matthew?
21        A     Yes.
22        Q     I am going to show you what
23   has been marked as Exhibit 3.  Exhibit 3
24   is entitled Defendants' Initial
25   Disclosures Pursuant to Rule 26(a)(1)(A),
```

*Rich Moffett Court Reporting, Inc.*