

**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
**PISTOL LICENSING BUREAU**
**30 YAPHANK AVENUE YAPHANK NEW YORK 11980**
PHONE: 631-852-6311  FAX: 631-852-6670  SUFFOLK COUNTY WEBSITE: www.co.suffolk.ny.us
OFFICE HOURS: MONDAY TO FRIDAY 9:00 AM TO 4:30 PM, THURSDAY 9:00 AM TO 8:30 PM
PDCS-4444

Steve Levy                                                                                     Richard Dormer
County Executive                                                                          Police Commissioner

# PISTOL LICENSE HOLDER HANDBOOK RECEIPT

Thomas L LAMARCO
16 TAYLOR ST
PT JEFFERSON STATION, NY 11776

RE : License #   C-050572
Expiration Date  02/01/2011

I the above Suffolk County Pistol License holder, acknowledge receipt of my copy of the PISTOL LICENSE INFORMATION HANDBOOK and I understand that as a pistol license holder, I am responsible to know the contents of this book. I also understand that the failure to comply with the rules and regulations in the handbook may result in the suspension and or revocation of my Suffolk County Pistol License.

_____
SIGNATURE

DATE: 2/16/2006
TIME:  6:37 PM