

**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
**PISTOL LICENSING BUREAU**
**30 YAPHANK AVENUE YAPHANK NEW YORK 11980**
PHONE: 631-852-6311  FAX: 631-852-6670  SUFFOLK COUNTY WEBSITE: www.co.suffolk.ny.us
OFFICE HOURS: MONDAY TO FRIDAY 9:00 AM TO 4:30 PM
PDCS-4444

| | |
|---|---|
| Steve Levy<br>County Executive | Richard Dormer<br>Police Commissioner |

# PISTOL LICENSE APPLICANT HANDBOOK RECEIPT
## (PDCS-4000j)

Diane E LAMARCO
16 TAYLOR ST
PT JEFF STATION, NY 11776

**RE : Applicant #   C-089591**

You have completed the first step in obtaining a pistol license. The guidelines that regulate the issuance of pistol licenses are outlined in Section 400.00 of the New York State Penal Law. Those interested in researching this section can find a copy of the Penal Law in any local library or on the internet (by navigating the New York State home page at *http://www.state.ny.us* ).The Courts have recognized the authority of Licensing Officers to use discretion in instituting additional regulations as deemed necessary.

Although you have finished the interview phase, you may still have additional responsibilities. Should any of the following incidents occur while your application is being processed, you must notify your investigator within **ten (10) days of occurrence** . Failing to do so will negatively reflect on your fitness to possess a pistol license. Notification responsibilities are explained fully in **THE PISTOL LICENSE INFORMATION HANDBOOK** which you have just received and will acknowledge receipt of below.

1. Change of business or residential address, or telephone numbers.
2. Change of business name, occupation, or employment.
3. Change of name.
4. You are arrested, indicted, or convicted of any offense in any jurisdiction.
5. You have received a field appearance ticket (F.A.T.), or Criminal Summons.
6. Had a warrant or order of protection issued against you.
7. You are admitted to any state or private hospital for mental illness.

If you are approved, you will receive your license in the mail. If you are disapproved you will receive a correspondence from the Pistol Licensing Bureau advising you of the disapproval as well as the reason(s). The waiting period before you can re-apply will depend on the reason(s) for disapproval.

A Suffolk County Pistol License is renewable every five (5) years. Renewal packages are mailed approximately sixty (60) days prior to a license's expiration.  Failure to renew will be cause for cancellation. Should this occur, a new application must be filed.

If you have any questions or problems, you must address them with your assigned investigator who is **PO NIEDERT, Pistol License**. He/She may be reached by calling (631) 852-6312, Monday through Friday 9:00 A.M. - 4:30 P.M.

**I, the above Suffolk County Pistol License applicant, acknowledge receipt of my copy of the PISTOL LICENSE INFORMATION HANDBOOK. I understand that should my application for a Suffolk County Pistol License be approved, I will be responsible to know the contents of this book. I also understand that the failure to comply with the rules and regulations in the handbook may result in the suspension and/or revocation of any Suffolk County Pistol License that may be issued as a result of this application.**

*Diane LaMarco*
**SIGNATURE**

**DATE: 10/20/2010**
**TIME:  3:13 PM**