# PISTOL LICENSE INFORMATION HANDBOOK

PDCS-4000o



POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK

*ACCREDITED LAW ENFORCEMENT AGENCY*

# CHAPTER 6

## DUTIES AND RESPONSIBILITIES OF A LICENSE HOLDER

### INCIDENTS THAT REQUIRE POLICE REPORTS

You must **immediately** report to the Suffolk County Police Precinct of occurrence or local police agency where the incident occured, the following:

1) The loss or theft of a firearm.
2) Theft of a pistol license.
3) The discharge of a firearm (other than practice at an authorized range or while lawfully hunting).

### INCIDENTS THAT REQUIRE NOTIFICATION TO THE PISTOL LICENSING BUREAU

1) Loss or theft of a firearm within twenty-four (24) hours of incident.
2) Discharge of a firearm (other than practice at an authorized range or while lawfully hunting) within twenty-four (24) hours of incident.
3) Loss, theft or mutilation of a pistol license within twenty-four (24) hours of incident.
4) Change of business or residential address within ten (10) days of change.
5) Change of residential telephone number within ten (10) days of change.
6) Change of name within ten (10) days of change.
7) Change, termination, or cessation of employment for individuals with a Business, Security or Employment endorsement within ten (10) days of occurrence.
8) Any arrest, indictment or conviction in any jurisdiction within twenty-four (24) hours of incident or occurrence.
9) Issuance of a warrant, Field Appearance Ticket, Criminal Summons or Order of Protection against the licensee or household member within twenty-four (24) hours of issuance.
10) When any member of the pistol license holder's household is issued a criminal summons, arrested, indicted or convicted by, or in any jurisdiction within twenty-four (24) hours of incident or occurrence.
11) Any incapacitating illness or injury that would preclude the proper safeguarding of your firearms, as soon as feasible.
12) When the license holder receives professional treatment for mental health issues (including depression), notification must be made within twenty-four (24) hours of the initiation of treatment.
13) When any member of the license holder's household receives professional treatment for mental health issues (including depression), notification must be made within twenty-four (24) hours of the initiation of treatment.

25

14) When the pistol license holder is admitted into any public or private hospital for treatment of mental health issues (including depression), notification must be made within twenty-four (24) hours of the licensee's release.
15) When any member of the pistol license holder's household is admitted into any public or private hospital for treatment of mental health issues (including depression), notification must be made within twenty-four (24) hours of admission.
16) Within twenty-four (24) hours of the confiscation of a pistol license and/or handgun by a police officer or any other law enforcement official.
17) The sale of a handgun, within twenty (20) days.
18) Within twenty-four (24) hours of the surrender of your handguns to any law enforcement department or agency for any reason.
19) Within twenty-four (24) hours of a domestic incident requiring the intervention of law enforcement personnel.
20) Should it become apparent that a member of the licensee's household is the unlawful user of marijuana or its derivatives, narcotics or any controlled substances as defined by Section 21 U.S.C. 802 and/or section 220.00 of the New York State Penal Law, or is arrested in connection with same, the licensee is required to notify the Pistol Licensing Bureau within twenty-four (24) hours.

You will be responsible for making proper notifications to the Suffolk County Police Pistol Licensing Bureau. Do not assume that other law enforcement agencies or officers of the Suffolk County Police Department will make the necessary notification for you. Failure to make proper notification may be cause for suspension and/or revocation of your pistol license.

## GROUNDS FOR LICENSE SUSPENSION AND/OR REVOCATION

The most common circumstances for suspension and/or revocation include, but are not limited to:

1) Improper use of a firearm.
2) Unnecessary display of a firearm.
3) Failure to properly safeguard a firearm.
4) Failure to report a lost or stolen firearm.
5) Failure to properly register a firearm in a licensee's possession.
6) Failure to make the necessary notifications listed in INCIDENTS THAT REQUIRE NOTIFICATION TO THE SUFFOLK COUNTY POLICE PISTOL LICENSING BUREAU.
7) Carrying a firearm out of classification of license.
8) Failing to comply with the regulations and restrictions in this handbook.
9) When a licensee, or member of their household becomes the subject of an

<ol start="9">
<li>Arrest, Indictment, Field Appearance Ticket, Order of Protection or any conviction, other than a traffic summons, in any jurisdiction.</li>
<li>Falsification of any documentation submitted to the Pistol Licensing Bureau including, but not limited to: statements, Amendment Forms and license renewal applications.</li>
<li>Possession of a loaded handgun containing armor piercing ammunition outside a designated firing range.</li>
<li>A psychiatric episode or psychiatric history of a licensee or his/her cohabitants that may limit the ability to properly handle, possess or safeguard a handgun, and/or could be detrimental to public safety or the safety of household members.</li>
<li>The illegal use or possession of a controlled substance as defined in Section 21 U.S.C. 802 and/or Section 220.00 of the New York State Penal Law by a licensee or a member of his/her household.</li>
<li>The conviction of the licensee or a household member for a felony or other serious offense, as defined in Section 265.00 Definitions, Sub. 17.</li>
<li>The licensee or a member of his/her household becomes subject to a court order restraining him or her from harassing, stalking, threatening or any acts of physical violence directed towards another person.</li>
<li>Failure to cooperate and comply with requests by the Pistol Licensing Bureau and/or law enforcement personnel.</li>
<li>Carrying a handgun in an area prohibited by local, state or federal law.</li>
<li>Entering a federal facility while they have on or about their person a firearm. This includes Postal property and Federal Court property, 18 U.S.C. Section 930. POSSESSION OF FIREARMS AND DANGEROUS WEAPONS IN FEDERAL FACILITIES. This prohibition does not apply to licensees that are exempt as per Section 930.(c)(1)(2)(3).</li>
<li>Entering any court facility while they have on or about their person a firearm. This prohibition does not apply to licensees employed at the court and/or the carrying of the firearm is authorized by the District Administrative Judge for Suffolk County.</li>
<li>Going through or attempting to go through a weapons screening area at an airport terminal, or board, or attempt to board an aircraft operated by an air carrier in air transportation, when the licensee has on or about their person or property, or the property of another, a firearm which is or could be accessible to them beyond the screening area or on board an aircraft. This prohibition does not apply to licensees employed at the airport or by an airline and the carrying of a handgun is a condition of that employment.</li>
<li>Incidents where the licensee or a member of his or her household:
<ol type="a">
<li>Is intoxicated and/or could be a threat to himself or another person; or</li>
<li>Has caused or threatened bodily harm to themselves or another person; or</li>
</ol>
</li>
</ol>

27

(e) Is behaving in a manner that causes a normal, rational person to be fearful or threatened by the licensee.

22) Volatile domestic situations.

IF A POLICE OFFICER OR MEMBER OF THE PISTOL LICENSING BUREAU REQUESTS YOU TO SURRENDER YOUR LICENSE AND FIREARM(S), AND YOU REFUSE, SUCH CONDUCT WILL BE SUFFICIENT CAUSE FOR THE REVOCATION OF YOUR LICENSE, AND YOU MAY BE ARRESTED AND CHARGED WITH A VIOLATION OF SECTION 400.00, SUB. 11(c), A CLASS A MISDEMEANOR.

Most licensees are notified by mail of any suspension or revocation of their license. Failure to cooperate with the investigation can result in the revocation of your license. Turning your handguns over to a gun dealer upon notification of a suspension is not permitted and will substantially lengthen the duration of your suspension and may constitute cause for the revocation of your license.

In addition to the above contents of this chapter, licensees:

1) Must be in possession of their license at all times while carrying a firearm in conformance with the restrictions of their license.
2) Shall not draw or otherwise display a firearm unjustifiably, unnecessarily or carelessly.
3) Shall not be in possession of their firearm while consuming or while they are impaired by or under the influence of alcohol.
4) Shall not acquire a firearm prior to obtaining a purchase document from the Suffolk County Police Pistol Licensing Bureau.
5) Are authorized to possess ONLY the firearm(s) that are endorsed on their license or unexpired purchase document.
6) Are required to take proper safeguards at all times to keep firearms away from unauthorized persons, ESPECIALLY CHILDREN.
7) Are expected to advise those individuals they have designated as "safeguard persons", as well as family and friends, of their responsibilities in the event of the licensee's death or incapacitation.

The following safety measures will be accepted as standard practice for the securing of firearms:

   i. **UNLOADED** and locked in a metal container.
   ii. **UNLOADED** and secured in a safe.

ALL LAWS, RULES, REGULATIONS, AND REQUIREMENTS CONTAINED IN THIS HANDBOOK ARE APPLICABLE TO ALL LICENSEES, **INCLUDING WHILE UNDER SUSPENSION**.

28