# Thomas and Diane LaMarco

16 Taylor Street
Port Jefferson Station, New York 11776
631-474-4684

May 27, 2021

To whom it may concern,

    We live with our son Matthew who is diagnosed with schizophrenia. He has been hospitalized a few times over the passed six years. Matthew has not needed to be hospitalized during the last two years as the medications prescribed seem to be appropriate. He is compliant with taking his medication and has voiced the desire to never return to his previous state.

    Prior to his illness and during it, we always kept our firearms in a closet that has a combination lock that locks automatically when closed, in a safe within that closet, and with a trigger lock at all times. We had called the police for assistance getting him to the hospital because he would not get in our car. While the police were here, an office asked if we had any firearms in the house, to which we replied we did and showed him where they were kept. He agreed that they were safely secured and not within our son's reach.

    It is our desire to have our pistol licenses reinstated and our firearms returned as we believe they are safe within our home. We believe that our son is not a danger to himself or others. He has not expressed such thoughts and has never acted on such thoughts.

    We have spoken with our son's therapist, Melissa Sossich LMHC, who has been seeing him for approximately two years and she expressed that he is doing well. She stated that it is Catholic Charities practice to not write a letter in support of firearms in the home as it opens them to liability, but she is willing to speak to whomever needs information regarding his current state. She can be reached at 631-654-1919.

Cordially,

*[signatures]*