UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THOMAS LAMARCO and DIANE LAMARCO,

                Plaintiff,                      22 Civ. 4629 (GRB) (JMW)

  -against-                             **REPLY DECLARATION OF**
                                                                              **AMY L. BELLANTONI**

SUFFOLK COUNTY, New York, Commissioner
RODNEY HARRISON, Individually and in his
Professional capacity, Captain WILLIAM SCRIMA,
Individually, Sgt. WILLIAM WALSH, Individually,
Police Officer CIARA PLIHCIK, Individually,

                Defendants.
------------------------------------------------------------x

       AMY L. BELLANTONI, an attorney duly admitted to practice in the United States District Courts for the Eastern District of New York, declares pursuant to 28 U.S.C. §1746 that:

       1.     I am counsel for the plaintiffs, Thomas and Diane LaMarco, in the above-captioned matter.

       2.     I submit this Reply Declaration and annexed exhibits in support of the plaintiffs' motion for summary judgment.

       3.     Attached hereto as Exhibit 11 is a true and accurate copy of the the Suffolk County Pistol Licensing Bureau Handbook dated July 1, 2020 that reflect the policies challenged herein.

Dated: July 1, 2024
       Scarsdale, New York

                                                             THE BELLANTONI LAW FIRM, PLLC
                                                             *Attorneys for Plaintiff*
                                                             _____/s_____
                                                             Amy L. Bellantoni (AB3061)
                                                            2 Overhill Road, Suite 400
                                                            Scarsdale, New York 10583
                                                             abell@bellantoni-law.com