United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

24-cv-06387-JMW
1) indicated that this case is related to the following case(s):

22-cv-04629-GRB-JMW

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to

_____