
November 7, 2024

Hon. Gary R. Brown, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Lamarco v. County of Suffolk*
   CV 22-4629 (GRB) (JMW)

   *Milau v. County of Suffolk*
   CV 17-06061 (SIL)

Dear Judge Brown:

The Suffolk County Attorney's Office represents defendants in this action pursuant to 42 U.S.C. § 1983 brought by plaintiffs Thomas and Diane LaMarco. Defendants submit this status report pursuant to the Court's Order of October 31, 2024.

The Suffolk County Police Department has restored plaintiffs' pistol licenses.

With respect to policy changes related to plaintiffs' claims, the Police Department will no longer deny pistol license applications or suspend pistol licenses solely on the basis that a cohabitant of the applicant/licensee has a history of mental illness, provided that there are no restrictive Court Orders addressing the possession of weapons in the cohabitant's residence.

The Police Department is in the process of implementing other changes to ease its pistol licensing processes that may relate to the claims made in this case and in *Milau v. County of Suffolk*, CV17-0601. We will inform the Court as such changes are made.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney
*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling