

February 28, 2025

**VIA ECF**

Hon. James M. Wicks
U.S. District Court, EDNY
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

    Re:    *LaMarco v. Suffolk County*
              22 Civ. 4629 (GRB) (JMW)

Your Honor,

    I represent the plaintiffs, Thomas and Diane LaMarco, in the above-referenced matter. In accordance with the Court's February 20, 2025 text order, I write on behalf of all parties to provide the Court with an update on resolution of the issues concerning monetary damages and attorney's fees.

    Counsel have conferred and have reached a monetary settlement for damages.

    With respect to the issue of attorney's fees and costs, the parties have been unable to reach a resolution. In that connection, counsel propose the following briefing schedule: plaintiffs will file their motion for attorney's fees and costs on Monday, March 17, 2025, defendants will file their opposition on April 22, 2025 and plaintiffs will file their reply on April 28, 2025.

    Thank you for your consideration.

Respectfully,

*Amy Bellantoni*
Amy L. Bellantoni

cc: Arlene Zwilling (ECF)

2 Overhill Road, Suite 400
Scarsdale, New York 10583

info@bellantoni-law.com
www.bellantoni-law.com

(914) 367-0090 (t)
(888) 763-9761 (f)