UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THOMAS LAMARCO and DIANE LAMARCO,

                            Plaintiffs,                    22 Civ. 4629 (GRB) (JMW)

  -against-

                                                      **NOTICE OF MOTION**

SUFFOLK COUNTY, New York, et al.,

                            Defendants.
------------------------------------------------------------x

     PLEASE TAKE NOTICE, that upon the Declaration of Amy L. Bellantoni dated March 17, 2025 with attached exhibits and accompanying Memorandum of Law, and upon all prior pleadings and proceedings had herein, Plaintiffs will move this Court before the Honorable James M. Wicks at the United States District Courthouse for the Eastern District of New York located at 100 Federal Plaza, Central Islip, New York for an award of reasonable statutory attorney's fees, costs, and disbursements pursuant to 42 U.S.C. § 1988 and all other statutes and regulations so providing such relief, and for such other further and different relief as to this Court seems just and proper.

     By agreement of the parties, and ordered by the Court on March 3, 3025, Defendant shall serve and file its response on or before April 22, 2025 and Plaintiffs shall serve and file their reply on or before April 28, 2025.

Dated: March 17, 2025
       Scarsdale, New York

                                                    THE BELLANTONI LAW FIRM, PLLC
                                                    *Attorneys for Plaintiffs*

                                                    *Amy L. Bellantoni*
                                                   Amy L. Bellantoni
                                                   2 Overhill Road, Suite 400
                                                   Scarsdale, New York 10583