

May 30, 2025

**VIA ECF**

Hon. James M. Wicks
U.S. District Court, EDNY
100 Federal Plaza
Central Islip, New York 11722

    Re:    *LaMarco v. Suffolk County*
                22 Civ. 4629 (GRB) (JMW)

Your Honor,

    I represent the plaintiffs, Thomas and Diane LaMarco, in the above-referenced matter.

    First, thank you for Your Honor's patience and assistance in this matter. The Stipulation of Voluntary Dismissal is being filed contemporaneously with this letter (the "Stipulation"). The delay in filing the Stipulation was due to obtaining the confirmation of the Suffolk County Legislature's approval of the settlement amount of attorney's fees and costs before dismissing the case.

    Yesterday, I was informed by counsel for Suffolk County, Arlene S. Zwilling, that the Legislature has approved the amount. Based on that representation, the Stipulation of Dismissal has been signed and filed. Thank you.

Respectfully,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Arlene Zwilling (ECF)

2 Overhill Road, Suite 400
Scarsdale, New York 10583

info@bellantoni-law.com
www.bellantoni-law.com

(914) 367-0090 (t)
(888) 763-9761 (f)