UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LAMARCO and DIANE LAMARCO,<br><br>                              Plaintiff,<br><br>         -against-<br><br>SUFFOLK COUNTY, New York, Commissioner<br>RODNEY HARRISON, Individually and in his<br>Professional capacity, Captain WILLIAM SCRIMA,<br>Individual, Sgt. WILLIAM WALSH, Individually,<br>Police Officer "John" PLIHCIK, Individually,<br>and 'JOHN DOES 1-5", Individually,<br><br>                              Defendants. | **STIPULATION AND ORDER<br>OF VOLUNTARY<br>DISMISSAL**<br><br><br>22-cv-04629(GRB)(JMW) |

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the respective parties hereto, that the above-captioned action be, and the same

hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without

costs or attorneys' fees to any party, and,

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so

ordered via endorsement hereon without further notice to any party.


Dated:    Hauppauge, New York
          May 29, 2025


*Amy Bellantoni*
By: Amy Bellantoni, Esq.
*Attorney for Plaintiffs*
The Bellantoni Law Firm, PLLC
2 Overhill Road, Suite 400
Scarsdale, New York 10583

   /s/ Arlene S. Zwilling
Christopher J. Clayton
Suffolk County Attorney
By: Arlene S. Zwilling
Assistant County Attorney
Attorney for Defendants County of Suffolk,
Rodney Harrison, William Scrima, William
Walsh and Ciara Plihcik
100 Veterans Memorial Highway
Hauppauge, New York 11788


**SO ORDERED:**
**Dated: New York**

**_____, 2025**

**_____**
**Hon. Gary R. Brown, U.S.D.J.**