**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **CHRISTOPHER J. CLAYTON**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

July 22, 2025

Hon. Gary R. Brown, U.S.D.J.
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:  LaMarco v. County of Suffolk, et al.
     Docket No.: CV22-4929 (GRB)(JMW)

Dear Judge Brown:

The parties have settled the outstanding issue of attorney's fees and costs. Pursuant to General Municipal Law §6-n(9)(b), insofar as the settlement amount of $41,000.00 exceeds the $25,000.00 statutory limit set forth by law, the settlement must be judicially approved prior to payment.

Filed herewith for the Court's consideration is a letter from plaintiff's counsel, Amy Bellantoni, Esq., which confirms consent to the settlement of attorney fees, and a letter which confirms approval of the settlement by the Ways & Means Committee of the Suffolk County Legislature.

An Order for the Court's signature is also attached.

Please advise if the Court requires any further information prior to approval of the settlement.

Very truly yours,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY    ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099    ♦

(631) 853-4049
TELECOPIER (631) 853-5169