Case 2:22-cv-04629-GRB-JMW   Document 47   Filed 07/31/25   Page 1 of 2 PageID #: 692

FILED
CLERK
4:58 pm, Jul 31, 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS LAMARCO and DIANE LAMARCO,

                                  Plaintiffs,

-against-

SUFFOLK COUNTY, New York, Commissioner
RODNEY HARRISON, Individually and in his
Professional capacity, Captain WILLIAM SCRIMA,
Individual, Sgt. WILLIAM WALSH, Individually,
Police Officer "John" PLIHCIK, Individually,
and 'JOHN DOES 1-5", Individually,

                                  Defendants.

ORDER ISSUED
PURSUANT TO G.M.L.
§ 6-n APPROVING
SETTLEMENT

22-cv-04629(GRB)(JMW)

P R E S E N T:  Hon. Gary R. Brown,

    WHEREAS, an application has been made to the undersigned by defendants the County of Suffolk, Rodney Harrison, William Scrima, William Walsh, and Ciara Plihcik, in the captioned action for an Order approving the settlement of the claim for attorney's fees arising out of this action pursuant to Section 6-n of the General Municipal Law of the State of New York, for Forty-One Thousand Dollars ($41,000.00),

    Now, upon reading and filing:

    a)    the letter of Assistant County Attorney, Arlene S. Zwilling, dated July 17, 2025;

    b)    the General Releases signed by plaintiffs' attorney, Amy Bellantoni, Esq.;

    c)    the letter of plaintiffs' attorney Amy Bellantoni, Esq. agreeing to settlement of attorney fees;

    d)    the letter of Robert Trotta, Chairman of the Suffolk County Ways & Means Committee of the Suffolk County Legislature, dated May 29, 2025, approving settlement of the claim;

And it satisfactorily appearing to the Court from all prior proceedings had herein, that the proposed settlement of attorney's fees for Forty One Thousand Dollars ($41,000.00), to be paid by defendants, County of Suffolk, Rodney Harrison, William Scrima, William Walsh, and Ciara Plihcik, is just, reasonable and in the best interest of Suffolk County and the plaintiffs' attorney;

IT IS, therefore, on the application of defendants, County of Suffolk, Rodney Harrison, William Scrima, William Walsh, and Ciara Plihcik and with the consent of the plaintiff's attorney;

THEREFORE, ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

ORDERED, that the settlement of the claim for attorney's fees for Forty One Thousand Dollars ($41,000.00), to be paid to plaintiffs' attorney, Amy Bellantoni, Esq., is approved, and the application for said approval is hereby granted.

SO ORDERED.

E N T E R:   Dated : 7/31/2025

   */s/ Gary R. Brown*
Hon. Gary R. Brown, U.S.D.J.